# EXHIBIT A

# MetLife®

# Metropolitan Life Insurance Company

## A Mutual Company Incorporated in New York State

Certifies that under and subject to the terms and conditions of the Group Policies issued to the Employer, coverage is provided for each Employee as defined herein.

The date when an Employee is eligible for coverage is set forth in the form with the title Eligibility for Benefits.

The date when an Employee's Personal Benefits become effective is set forth in the form with the title Effective Date of Personal Benefits.

The date when an Employee's Dependent Benefits become effective is set forth in the form with the title Effective Date of Dependent Benefits.

The amounts of coverage are determined by the form with the title Schedule of Benefits.

### Metropolitan Life Insurance Company,

Robert H. Benmosche
Chairman, President and Chief Executive Officer

Employer: GENERAL MOTORS CORPORATION

| Group Policies Nos. | | |
|---|---|---|
| | 15500-G | Basic Life Insurance, Accidental Death or Dismemberment Insurance, Survivor Income Benefits Insurance |
| | 33600-G | Optional Life Insurance |
| | 25090-G | Dependent Life Insurance |

Hourly Plan 1999

Accelerated Benefits may be taxable. If so, You or Your Beneficiary may incur a tax obligation. As with all tax matters, You should consult Your personal tax advisor to assess the impact of this benefit.

**Florida Residents: The benefits of the policy providing your coverage are governed primarily by the law of a state other than Florida.**

**For Maryland residents: The group life insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

Texas Residents: Please Read the Notice Pages for Texas Residents Carefully

If any prior certificate relating to the coverage set forth herein has been given to the EMPLOYEE, such certificate is void.

Form G.23000-Cert.-1

Arkansas residents please be advised of the following:

IMPORTANT NOTICE

IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER OR GROUP ACCOUNT ADMINISTRATOR. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:

1-800-275-4638

IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:

ARKANSAS INSURANCE DEPARTMENT
CONSUMER SERVICES DIVISION
1200 WEST THIRD
LITTLE ROCK, ARKANSAS 72201-1904

California residents please be advised of the following:

IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT METLIFE AT:

METROPOLITAN LIFE INSURANCE COMPANY
1 MADISON AVENUE
NEW YORK, NY 10010
ATTN: CORPORATE CONSUMER RELATIONS DEPARTMENT
1-800-275-4638

IF, AFTER CONTACTING METLIFE REGARDING A COMPLAINT, YOU FEEL THAT A SATISFACTORY RESOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

CALIFORNIA DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1-800-927-4357 (within California)
1-213-897-8921 (outside California)

Georgia residents please be advised of the following:

## IMPORTANT NOTICE

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

**For Texas Residents:**

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call MetLife's toll-free telephone number for information or to make a complaint at

1-800-638-5433

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-252-3439

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact MetLife first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document.

**Para Residentes de Texas:**

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de MetLife para informacion o para someter una queja al

1-800-638-5433

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al

1-800-252-3439

Puede escribir al Departmento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

For Texas Residents:

## IMPORTANT NOTICES

DEATH BENEFITS WILL BE REDUCED IF AN ACCELERATION-OF-LIFE-INSURANCE BENEFIT IS PAID.

DISCLOSURE: The acceleration-of-life-insurance benefits offered under this certificate are intended to qualify for favorable tax treatment under the Internal Revenue Code of 1986. If the acceleration-of-life-insurance benefits qualify for such favorable tax treatment, the benefits will be excludable from YOUR income and not subject to federal taxation. Tax laws relating to acceleration-of-life insurance benefits are complex. YOU are advised to consult with a qualified tax advisor about circumstances under which YOU could receive acceleration-of-life-insurance benefits excludable from income under the federal law.

DISCLOSURE: Receipt of acceleration-of-life-insurance benefits may affect YOUR, YOUR spouse or YOUR family's eligibility for public assistance programs such as medical assistance (Medicaid), Aid to families with Dependent Children (AFDC), supplementary social security income (SSI), and drug assistance programs. YOU are advised to consult with a qualified tax advisor and with social service agencies concerning how receipt of such payment will affect YOUR, YOUR spouse and YOUR family's eligibility for public assistance.

# TABLE OF CONTENTS

*Page(s)*

Certification ............................................................................................................................ 1

Definitions of Certain Terms Used Herein ............................................................................ 2

Schedule of Benefits (Also See Schedule Supplement) ....................................................... 7

Schedule Supplement ........................................................................................................... 14

Eligibility for Benefits ........................................................................................................... 16

Effective Dates of Personal Benefits .................................................................................... 18

Effective Dates of Dependent Benefits ................................................................................. 20

Life Benefits (On Your Own Account) .................................................................................... 22

Accelerated Life Benefits for Total and Permanent Disability (On Your Own Account) ......... 23

Life Benefits (On Account of Dependents) ............................................................................ 25

Survivor Income Benefits ...................................................................................................... 26

Accidental Death or Dismemberment Benefits ..................................................................... 29

Beneficiary ............................................................................................................................ 31

Claim Procedure for Accidental Death or Dismemberment Benefits ..................................... 32

Right to Obtain a Personal Policy of Life Insurance on Your Own Life ................................... 33

Right to Obtain a Personal Policy of Life Insurance on the Life of a Dependent ..................... 35

When Benefits End ................................................................................................................ 37

Notices .................................................................................................................................. 42

## DEFINITIONS OF CERTAIN TERMS USED HEREIN

1. "We," "us" and "our" mean Metropolitan Life Insurance Company or MetLife, whether or not capitalized.

The following terms will appear capitalized throughout.

2. "THIS PLAN" means the Group Policy or Policies which are issued by us to provide PERSONAL BENEFITS and DEPENDENT BENEFITS.

3. "YOU" or "YOUR" means the EMPLOYEE.

4. "ACTIVELY AT WORK" or "ACTIVE WORK" means that the EMPLOYEE is performing the job for which the EMPLOYEE has been hired.

   For the purpose of THIS PLAN, an EMPLOYEE will be considered to be ACTIVELY AT WORK on:

   (a) any day on which the EMPLOYEE is on approved vacation;

   (b) any day which is not a scheduled workday for the EMPLOYEE, provided the EMPLOYEE was ACTIVELY AT WORK on the last scheduled work day immediately preceding such date;

   (c) any day on which the EMPLOYEE is on an approved leave of absence working for the International Union or the Local Union; or

   (d) any day on which the EMPLOYEE is in the Job Opportunity Bank-Security (JOBS) Program.

5. "ANNUAL BASE WAGE" means the EMPLOYEE'S BASE HOURLY RATE times 2,080 hours.

6. "BASE HOURLY RATE" means the EMPLOYEE'S current hourly rate of pay excluding:

   (a) overtime; or

   (b) night shift premium; or

   (c) cost of living allowance.

   An EMPLOYEE working on an incentive pay plan shall be deemed to have a BASE HOURLY RATE equal to the EMPLOYEE'S average earned hourly rate for the preceding four pay periods before the EMPLOYEE was covered or the period of employment, if less.

7. "CALENDAR YEAR" means a period of time which starts on any January 1st and ends on the next December 31st.

8. "COVERED PERSON" means an EMPLOYEE or a DEPENDENT on whose account benefits are in effect under THIS PLAN.

9. "DEPENDENT" means:

   (a) YOUR spouse; or

   (b) any unmarried child over 14 days of age:

      (1) of YOURS by birth, legal adoption or guardianship, who;

         (i) legally resides with YOU; and

    **(ii)**  is dependent upon YOU; or

**(2)**  of YOUR spouse while such child;

    **(i)**  is in the custody of and dependent upon YOUR spouse; and

    **(ii)**  is residing in and a member of YOUR household; or

**(3)**  as defined in (1) or (2) who;

    **(i)**  does not reside with YOU; and

    **(ii)**  is YOUR legal responsibility for the provision of health care; or

**(4)**  who resides with YOU, is related to YOU by blood or marriage and for whom YOU provide principal support as defined by the Internal Revenue Code of the United States; and

    **(i)**  was reported as a dependent on YOUR most recent income tax return; or

    **(ii)**  qualifies in the current year for dependency tax status; or

**(5)**  who was eligible at the date of YOUR death and following such date resides with YOUR Surviving Spouse and for whom such Surviving Spouse provides principal support as defined by the Internal Revenue Code of the United States; and

    **(i)**  was reported as a dependent on YOUR Surviving Spouse's most recent income tax return; or

    **(ii)**  qualifies in the current year for dependency tax status.

A child as defined in **(1)**, **(2)**, **(3)**, **(4)** or **(5)** above shall be a DEPENDENT until the end of the CALENDAR YEAR in which such child attains age 25. After the end of the CALENDAR YEAR in which such child attains age 19, such child must;

    **(a)**  be dependent upon YOU as defined by the Internal Revenue Code of the United States; and

    **(b)**  legally reside in the household of which YOU are the head.

If a DEPENDENT child on the last day of the CALENDAR YEAR in which that child attains age 25 is:

    **(a)**  a COVERED PERSON under THIS PLAN; and

    **(b)**  Totally and Permanently Disabled, as defined in this definition;

that child will continue to be a DEPENDENT after the end of the CALENDAR YEAR in which age 25 is attained as long as:

    **(a)**  that child is and remains Totally and Permanently Disabled, as defined in this definition; and

    **(b)**  YOU give us proof, when we ask for it, that the child is and remains so Totally and Permanently Disabled. We will not ask for proof more than once a year. The proof YOU provide must be satisfactory to us.

    **(c)**  that child is and remains dependent upon YOU as defined by the Internal Revenue Code of the United States; and

    **(d)**  that child continues to legally reside in the household of which YOU are the head.

"Totally and Permanently Disabled" means that a child has a:

    **(a)**   physical; or

    **(b)**   mental;

medical condition which:

    **(a)**   stops the child from engaging in any gainful activity; and

    **(b)**   can be expected to result in death or be of long-term or indefinite duration.

The term "DEPENDENT" does not include YOUR Domestic Partner or child of the Domestic Partner, as defined under the General Motors Health Care Program for Hourly Employees.

**10.**   "DEPENDENT BENEFITS" mean the insurance which is provided on account of a DEPENDENT under THIS PLAN.

**11.**   "DEPENDENT BENEFITS ELIGIBILITY DATE" means the date YOUR DEPENDENT becomes eligible for DEPENDENT BENEFITS as set forth in the form with the title **ELIGIBILITY FOR BENEFITS.**

**12.**   "DOCTOR" means a person who is legally licensed to practice medicine.   A licensed practitioner will be considered a DOCTOR if:

    **(a)**   there is a law which applies to THIS PLAN and that law requires that any service performed by such a practitioner must be considered for benefits on the same basis as if the service were performed by a DOCTOR; and

    **(b)**   the service performed by the practitioner is within the scope of his or her license.

**13.**   "EMPLOYEE" means a person who is regularly employed in the United States by:

    **(a)**   the EMPLOYER; or

    **(b)**   a wholly owned, or substantially wholly owned domestic subsidiary of the EMPLOYER listed in Schedule A of the Group Policies;

and who is categorized by the EMPLOYER in one of the following classes:

    **(a)**   hourly EMPLOYEES employed on a full-time basis;

    **(b)**   hourly EMPLOYEES on incentive pay plans;

    **(c)**   part-time hourly EMPLOYEES who, on a regular and continuing basis, perform jobs:

        **(i)**   having definitely established working hours; and

        **(ii)**   the complete performance of which requires fewer hours than the regular work week; provided the services of such EMPLOYEES are normally available for at least half of the employing unit's regular work week;

    **(d)**   former hourly EMPLOYEES of the EMPLOYER at any General Motors plant who:

        **(i)**   were covered by the GM-UAW Collective Bargaining Agreement; and

        **(ii)**   had unbroken SENIORITY as of their date of employment at New Venture Gear,

Muncie, Indiana (formerly Hydramatic Muncie);

(e) former General Motors Corporation EMPLOYEES for whom the applicable sales or joint venture agreement provided for continued participation in the General Motors Life and Disability Benefits Program for Hourly Employees for a limited transitional period of time, where such transitional period of time is still in effect, and where such sales or joint venture agreement has been approved by the General Motors Corporation Board of Directors or other committee or person(s) to whom such Board of Directors has delegated such approval authority; or

(f) former General Motors Corporation EMPLOYEES for whom the applicable sales or joint venture agreement provides for participation in the General Motors Life and Disability Benefits Program for Hourly Employees solely for purposes of those post-retirement benefits specifically provided for under the terms of such sales or joint venture agreement, and where such sales or joint venture agreement has been approved by the Corporation's Board of Directors or other committee or person(s) to whom the Corporation's Board of Directors has delegated such approval authority; or

(g) represented employees of Saturn Corporation who were formerly hourly EMPLOYEES of General Motors Corporation and who subsequently retire(d) from Saturn Corporation on or after January 1, 1988 with 10 or more years of credited service with General Motors Corporation on December 31, 1987 or date of transfer to Saturn Corporation, if later. Such employees will be deemed eligible EMPLOYEES under this Program solely for purposes of post-retirement benefits.

The term "EMPLOYEE" does not include:

(a) employees of a directly or indirectly wholly owned or substantially wholly owned subsidiary of the EMPLOYER acquired or formed after January 1, 1984 unless specifically approved by the General Motors Corporation Board of Directors for inclusion in Schedule A of the Group Policies;

(b) employees represented by a labor organization with which no written agreement has been reached to make available the benefits under the Group Policies unless such employees are included through understandings between the EMPLOYER and their collective bargaining representatives;

(c) leased employees as defined in Section 414(n) of the Internal Revenue Code;

(d) employees of Saturn Corporation, except as set forth in item (g) above;

(e) employees of Delphi Automotive Systems Corporation;

(f) employees without SENIORITY (either former EMPLOYEES who have lost all SENIORITY or employees who never had SENIORITY) who are hired as temporary employees; or

(g) employees hired under a competitive hire agreement whose benefits under THIS PLAN are provided under a separate certificate of insurance.

14. "EMPLOYER" means General Motors Corporation as defined in the Group Policies.

15. "ENROLLMENT FORM" means the form on which the EMPLOYEE indicates the amounts of PERSONAL and DEPENDENT BENEFITS for which the EMPLOYEE wishes to enroll under THIS PLAN. Such form may be a paper ballot or an election made through a telephone or other electronic enrollment system. The enrollment information is maintained with the EMPLOYEE'S insurance records relating to THIS PLAN.

16. "PERSONAL BENEFITS" mean the insurance which is provided on account of an EMPLOYEE under THIS PLAN.

17. "PERSONAL BENEFITS ELIGIBILITY DATE" means the date YOU become eligible for PERSONAL BENEFITS as set forth in the form with the title ELIGIBILITY FOR BENEFITS.

18. "SENIORITY" means an EMPLOYEE'S seniority as defined in the Collective Bargaining Agreement under which such EMPLOYEE is represented.

19. "YEARS OF PARTICIPATION" means:

(a) For an EMPLOYEE who was ACTIVELY AT WORK prior to September 1, 1950, YEARS OF PARTICIPATION will be equal to the EMPLOYEE'S length of service, in years, from the EMPLOYEE'S continuous plant service date to September 1, 1950, plus additional recognized length of service, if any, as a Salaried EMPLOYEE as of the EMPLOYEE'S continuous plant service date. If the EMPLOYEE is represented under a Collective Bargaining Agreement, length of service from continuous plant service date to September 1, 1950 shall be the EMPLOYEE'S SENIORITY as defined in such Agreement, at September 1, 1950.

(b) For an EMPLOYEE who was ACTIVELY AT WORK on or after September 1, 1950 but prior to October 1, 1975, YEARS OF PARTICIPATION will be equal to the total duration of all periods after September 1, 1950 but prior to the end of the month in which the EMPLOYEE attains age 65 during which the EMPLOYEE was insured for Life Insurance under the Group Policy, whether or not the EMPLOYEE'S service was continuous for such periods plus any time spent by the EMPLOYEE on military leave of absence during which the EMPLOYEE was not insured for Life Insurance under the Group Policy, plus any period during which the EMPLOYEE received Total and Permanent Disability Benefits under the Group Policy.

For an EMPLOYEE who had a break in insurance coverage for a continuous period in excess of 24 months during the period from September 1, 1950 to before October 1, 1975, a specific rule will apply. If the EMPLOYER determines that the EMPLOYEE'S SENIORITY remains unbroken, YEARS OF PARTICIPATION can include a period of time which occurred before the end of the break in coverage. If the EMPLOYER determines the EMPLOYEE'S SENIORITY was broken at any time during that break in coverage, YEARS OF PARTICIPATION will not include any period between September 1, 1950 and the date on which the EMPLOYEE'S Life Insurance coverage resumed.

(c) For an EMPLOYEE:

(i) who was ACTIVELY AT WORK prior to October 1, 1975; and

(ii) who was under age 65; and

(iii) whose number of years of credited service under The General Motors Hourly-Rate Employees Pension Plan, accrued before the end of the month in which the EMPLOYEE attains age 65, exceeds the number of YEARS OF PARTICIPATION as determined by combining the sums above in items (a) and (b);

YEARS OF PARTICIPATION will be equal to such years of credited service.

(d) For an EMPLOYEE ACTIVELY AT WORK on or after October 1, 1975, YEARS OF PARTICIPATION shall be the sum of:

(i) the greater of such EMPLOYEE'S YEARS OF PARTICIPATION or Credited Service accrued under the General Motors Hourly-Rate Employees Pension Plan as of September 30, 1975; plus

(ii) the EMPLOYEE'S Credited Service accrued under such Plan on and after October 1, 1975.

### SCHEDULE OF BENEFITS
### (Also see SCHEDULE SUPPLEMENT)

### PERSONAL BENEFITS

#### 1. BASIC LIFE AND ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS

All EMPLOYEES          YOU will be covered for an amount in accordance with the following table:

| BASE HOURLY RATE | Amount of Basic Life Benefits | Amount of Accidental Death or Dismemberment Benefits |
|---|---|---|
| Less than $15.00 | $34,000 | $17,000 |
| 15.00 but less than 15.35 | 35,000 | 17,500 |
| 15.35 but less than 15.70 | 36,000 | 18,000 |
| 15.70 but less than 16.05 | 36,500 | 18,250 |
| 16.05 but less than 16.40 | 37,500 | 18,750 |
| 16.40 but less than 16.75 | 38,000 | 19,000 |
| 16.75 but less than 17.10 | 38,500 | 19,250 |
| 17.10 but less than 17.45 | 39,500 | 19,750 |
| 17.45 but less than 17.80 | 40,500 | 20,250 |
| 17.80 but less than 18.15 | 41,000 | 20,500 |
| 18.15 but less than 18.50 | 42,500 | 21,250 |
| 18.50 but less than 18.85 | 43,000 | 21,500 |
| 18.85 but less than 19.20 | 44,000 | 22,000 |
| 19.20 but less than 19.55 | 44,500 | 22,250 |
| 19.55 but less than 19.90 | 45,500 | 22,750 |
| 19.90 but less than 20.25 | 46,500 | 23,250 |
| 20.25 but less than 20.60 | 47,000 | 23,500 |
| 20.60 but less than 20.95 | 47,500 | 23,750 |
| 20.95 but less than 21.30 | 48,500 | 24,250 |
| 21.30 but less than 21.65 | 49,000 | 24,500 |
| 21.65 but less than 22.00 | 50,000 | 25,000 |
| 22.00 but less than 22.35 | 50,500 | 25,250 |
| 22.35 but less than 22.70 | 51,500 | 25,750 |
| 22.70 but less than 23.05 | 52,500 | 26,250 |
| 23.05 but less than 23.40 | 53,000 | 26,500 |
| 23.40 but less than 23.75 | 54,000 | 27,000 |
| 23.75 but less than 24.10 | 54,500 | 27,250 |

Table Continues on Next Page

| BASE HOURLY RATE | Amount of Basic Life Benefits | Amount of Accidental Death or Dismemberment Benefits |
|---|---|---|
| $24.10 but less than $24.45 | $55,500 | $27,750 |
| 24.45 but less than 24.80 | 56,500 | 28,250 |
| 24.80 but less than 25.15 | 57,000 | 28,500 |
| 25.15 but less than 25.50 | 58,000 | 29,000 |
| 25.50 but less than 25.85 | 58,500 | 29,250 |
| 25.85 but less than 26.20 | 59,500 | 29,750 |
| 26.20 but less than 26.55 | 60,500 | 30,250 |
| 26.55 but less than 26.90 | 61,000 | 30,500 |
| 26.90 but less than 27.25 | 62,000 | 31,000 |
| 27.25 but less than 27.60 | 62,500 | 31,250 |
| 27.60 but less than 27.95 | 63,500 | 31,750 |
| 27.95 but less than 28.30 | 64,500 | 32,250 |
| 28.30 but less than 28.65 | 65,000 | 32,500 |
| 28.65 but less than 29.00 | 66,000 | 33,000 |
| 29.00 but less than 29.35 | 67,500 | 33,750 |
| 29.35 but less than 29.70 | 68,000 | 34,000 |
| 29.70 but less than 30.05 | 69,000 | 34,500 |
| 30.05 but less than 30.40 | 70,000 | 35,000 |
| 30.40 but less than 30.75 | 70,500 | 35,250 |
| 30.75 and over | 71,500 | 35,750 |

## AMOUNTS OF BASIC LIFE BENEFITS ON OR AFTER AGE 65

(a)   If YOU have 10 or more YEARS OF PARTICIPATION under THIS PLAN on the last day of the calendar month in which YOU become age 65:

The amount of YOUR Basic Life Benefits will automatically reduce on the first day of each calendar month following the month in which YOU become age 65 by an amount equal to 2% of the amount of YOUR Basic Life Benefits in force on YOUR 65th birthday.  Such reductions will continue until the amount of YOUR Basic Life Benefits equals 1-1/2% of the amount of Basic Life Benefits in force on YOUR 65th birthday, multiplied by the number of YEARS OF PARTICIPATION for which YOU had credit under THIS PLAN on the last day of the calendar month in which YOU become age 65, or, if later the number of YEARS OF PARTICIPATION, on the last day of the calendar month in which YOUR separation from service occurs. The amount of Basic Life Benefits following the end of the month in which YOU become age 65 is referred to as Continuing Life Insurance. If the amount of Continuing Life Insurance after all reductions is not a multiple of $1, such amount shall be rounded to the next higher multiple of $1. In no event, will the amount of YOUR Basic Life Benefits reduce to less than $5,000, except as otherwise provided in item (d) below.

(b)   If YOU have less than 10 YEARS OF PARTICIPATION under THIS PLAN on the last day of the calendar month in which YOU become age 65:

The amount of YOUR Basic Life Benefits will automatically reduce on the first day of each calendar month following the month in which YOU become age 65 by an amount equal to 2% of the amount of YOUR Basic Life Benefits in effect on YOUR 65th birthday until the earliest of:

(i)   25 months of layoff;

(ii)  12 months of leave of absence other than for disability; and

(iii) YOUR separation from active service;

and any amount remaining in effect shall then be discontinued. However, if YOU attain credit for 10 YEARS OF PARTICIPATION after the last day of the calendar month in which YOU become age 65, the amount of YOUR Basic Life Benefits in effect on YOUR 65th birthday shall be reduced and continued in accordance with item (a) above.

(c)   In the event YOUR BASE HOURLY RATE changes after YOUR 65th birthday and as a result YOU are entitled to an increased or decreased amount of Basic Life Benefits, then, for the purposes of the provisions stated in items (a) and (b) above, the amount of YOUR Basic Life Benefits will be determined as though such increased or decreased amount of Basic Life Insurance was the amount for which YOU were covered at the end of the month in which YOU attained age 65.

(d)   If YOU last worked:

(i)   prior to November 15, 1993 but on or after October 1, 1990, and are otherwise eligible for Continuing Life Insurance after age 65, YOUR minimum amount of Continuing Life Insurance is $4,500;

(ii)  prior to October 1, 1990 but on or after October 26, 1987, and are otherwise eligible for Continuing Life Insurance after age 65, YOUR minimum amount of Continuing Life Insurance is $3,500;

(iii) prior to October 26, 1987, and are otherwise eligible for Continuing Life Insurance after age 65, YOUR minimum amount of Continuing Life Insurance is $3,000, except that if YOU last worked prior to September 17, 1984 and, having reached age 60, but not age 65 YOU:

(1)   recover from disability; and

(2)   cease to receive monthly installment payments for Total and Permanent Disability; and

(3)   do not return to work; and

(4)   have Basic Life Benefits revived in an amount which is less than $3,000;

such lesser amount shall be the minimum amount of YOUR Continuing Life Insurance.

(e)   If YOU first participate in THIS PLAN at or after age 65, YOUR Basic Life Benefits will be subject to reduction as set forth herein.

## INCREASES AND DECREASES IN AMOUNTS OF BASIC LIFE BENEFITS

YOUR BASE HOURLY RATE of pay on the date you become covered under THIS PLAN will determine the amount of YOUR Basic Life Benefits on that date, in accordance with the preceding chart in this section. For any increase or decrease in YOUR BASE HOURLY RATE for which there is a corresponding increase or decrease in the amount of YOUR Basic Life Benefits, in accordance with such preceding chart, such increase or decrease in the amount of YOUR Basic Life Benefits will be effective on the date of the change in YOUR HOURLY BASE RATE, provided YOU are ACTIVELY AT WORK on that date. If YOU are not ACTIVELY AT WORK on the date of the change in YOUR BASE HOURLY RATE, any corresponding change in the amount of YOUR Basic Life Benefits will take effect on the date YOU return to ACTIVE WORK.

In the event of death, if YOUR BASE HOURLY RATE on either of the two quarterly review dates (January 1, April 1, July 1 or October 1) immediately preceding YOUR last day worked would entitle YOU to a higher amount of Basic Life Benefits than that which was in effect on the date of YOUR death, payment of benefits shall be based on such higher amount. If YOU work on an incentive method of pay, payment of such benefits shall be based on YOUR average earned hourly rate for the four pay periods in which YOU worked full weeks (or YOUR period of employment, if less) which include and immediately precede YOUR last day worked.

YOU may request payment of an Accelerated Life Benefit from only YOUR Basic Life Benefits. If YOU elect payment from YOUR Basic Life Benefits, the Accelerated Benefits payment will be determined as set forth in the form with the title **ACCELERATED LIFE BENEFITS FOR TOTAL AND PERMANENT DISABILITY (On YOUR Own Account)**, but not more than $250,000 will be payable. For further information regarding Accelerated Life Benefits, see the aforementioned form herein.

Only YOUR Basic Life Benefits will be reduced if Accelerated Life Benefits are paid. Any amount of Accidental Death Benefits will be based on the amount of YOUR Basic Life Benefits in effect on the date immediately preceding the date payment of the Accelerated Life Benefit is made.

## 2.   SURVIVOR INCOME BENEFITS

Monthly Transition Benefit*          $550          ($300 for any month for which an Eligible Survivor is eligible for:

    (i)    an unreduced old-age benefit;

    (ii)    a survivor's benefit not reduced because of age; or

    (iii)    a disability benefit under the Federal Social Security Act as now in effect or hereafter amended)

For EMPLOYEES at Work On or After November 1, 1999**

$600          ($325 for any month for which an Eligible Survivor is eligible for:

    (i)    an unreduced old-age benefit;

    (ii)    a survivor's benefit not reduced because of age; or

    (iii)    a disability benefit under the Federal Social Security Act as now in effect or hereafter amended)

Monthly Bridge Benefit*          $550

For EMPLOYEES at Work On or After November 1, 1999**

$600

*Such Monthly Transition Benefit or Monthly Bridge Benefit shall be reduced by an amount equal to the full amount of any monthly benefit payable to the Eligible Survivor spouse under any pension plan or retirement program then in effect to which the EMPLOYER or any of its subsidiaries has contributed.

**For the purpose of this section, another date may be specified in the Collective Bargaining Agreement that applies to YOU.

3.   **ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS**

All EMPLOYEES

For loss of life, YOU will be covered for an amount in accordance with the table in the preceding section 1. However, for a work-related accidental death, YOU will be covered for a benefit amount equal to three times the amount of YOUR Accidental Death or Dismemberment Benefits shown in such table. For any other covered loss, as set forth in the form with the title **ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS**, YOU will be covered for a maximum benefit amount not to exceed the amount of Accidental Death or Dismemberment Benefits applicable to YOU in accordance with the table in the preceding section 1.

Any increase or decrease in the amount of YOUR Basic Life Benefits, as set forth in the preceding section 1, will result in a corresponding increase or decrease in the amount of YOUR Accidental Death or Dismemberment Benefits. However, if YOUR Basic Life Benefits are reduced because YOU receive an Accelerated Benefits payment under THIS PLAN, YOUR Accidental Death or Dismemberment Benefits will be based on the amount of YOUR Basic Life Benefits on the date immediately preceding the date payment of the Accelerated Benefits was made.

4.   **OPTIONAL LIFE BENEFITS**

All EMPLOYEES

YOU may elect one of the following:

|  | Amount of Optional Life Benefits |
|---|---|
| Schedule I | $10,000 |
| Schedule II | 20,000 |
| Schedule III | 30,000 |
| Schedule IV | 40,000 |
| Schedule V | 50,000 |
| Schedule VI | 75,000 |
| Schedule VII | 100,000 |
| Schedule VIII | 125,000 |
| Schedule IX (Effective January 1, 2000) | 150,000 |

**INCREASES AND DECREASES IN AMOUNTS OF OPTIONAL LIFE BENEFITS**

YOU may elect a higher amount of Optional Life Benefits at any time by completing a new ENROLLMENT FORM.

YOU must provide evidence of YOUR good health satisfactory to us, except if such higher amount is being requested within 31 days of an increase in YOUR family status resulting from the addition of one or more DEPENDENTS.

Such increased amount of benefits will become effective on:

(a)   the first day of the calendar month following the receipt of YOUR ENROLLMENT FORM as a result of the increase in YOUR family status; or

(b)   the first day of the calendar month following the date evidence of YOUR good health is approved by us;

provided YOU are then ACTIVELY AT WORK or, if YOU are not then ACTIVELY AT WORK, on the date YOU return

to ACTIVE WORK, whichever occurs later.

If the evidence of good health is not accepted by us as satisfactory, YOU will be insured for the amount of benefits previously in effect.

YOU may elect a lower amount of Optional Life Benefits at any time by completing a new ENROLLMENT FORM. Such lower amount of benefits will become effective on the first day of the calendar month following the date we receive YOUR ENROLLMENT FORM, regardless of whether YOU are ACTIVELY AT WORK.

## DEPENDENT BENEFITS

**DEPENDENT LIFE BENEFITS**

All EMPLOYEES                         YOU may elect one of the following:

|  | Amount of Dependent Life Benefits | |
|---|---|---|
|  | Spouse | Child |
| Schedule I | $5,000 | $2,000 |
| Schedule II | 10,000 | 4,000 |
| Schedule III | 15,000 | 6,000 |
| Schedule IV | 20,000 | 8,000 |
| Schedule V | 25,000 | 10,000 |
| Schedule VI | 30,000 | 12,000 |
| Schedule VII (Effective January 1, 2000) | 35,000 | 14,000 |

## INCREASES AND DECREASES IN AMOUNTS OF DEPENDENT BENEFITS

YOU may elect a higher amount of DEPENDENT BENEFITS at any time by completing a new ENROLLMENT FORM.

YOU must provide evidence of YOUR DEPENDENT'S good health satisfactory to us.

Such increased amount of benefits will become effective (See **Note** below) on the first day of the calendar month following the date evidence of YOUR DEPENDENT'S good health is accepted by us as satisfactory, provided YOU are then ACTIVELY AT WORK or, if YOU are not then ACTIVELY AT WORK, on the date YOU return to ACTIVE WORK. If the evidence of good health is not accepted by us as satisfactory, YOU will be insured for the amount of benefits previously in effect.

YOU may elect a lower amount of DEPENDENT BENEFITS at any time by completing a new ENROLLMENT FORM.

Such lower amount of benefits will become effective on the first day of the calendar month following the date we receive YOUR ENROLLMENT FORM, regardless of whether YOU are ACTIVELY AT WORK.

**Note:** In order for benefits in the amount of $10,000 or more on account of a DEPENDENT age 18 or older to become effective, such DEPENDENT must have signed the ENROLLMENT FORM.

## CONTRIBUTIONS

YOU are required to contribute the full cost of the Optional Life and Dependent Life Benefits. The contributions are payable monthly and in advance. Where possible, the contributions are taken from monies then payable to YOU in the form of wages or benefits under any other plan or program of the EMPLOYER.

The amount of the monthly contribution for Optional Life Benefits will be based on YOUR age as of December 31 of the applicable CALENDAR YEAR.

The amount of the monthly contribution for Dependent Life Benefits will change on the first day of the calendar month next following the month in which YOUR birthday places YOU in a higher age bracket.

The monthly rate of contribution for DEPENDENT coverage will be the same regardless of the number of eligible DEPENDENTS.

In the case of Dependent Life Benefits continued after YOUR death (as set forth in the form with the title, **WHEN BENEFITS END**), YOUR Surviving Spouse shall contribute the full cost of such benefits. Contributions are payable monthly and in advance. Where authorized, deductions shall be made from any monies then payable to YOUR Surviving Spouse under the Survivor Income Benefit Plan or The General Motors Hourly-Rate Employees Pension Plan. In either case, the monthly rate of contribution for benefits on account of YOUR surviving spouse will be determined based on the progressing age of YOUR Surviving Spouse.

**SCHEDULE SUPPLEMENT**

1. **Statements Made By YOU Which Relate To Insurability**

   Any statement made by YOU will be deemed a representation and not a warranty. With respect to such representation, any such statement made by YOU which relates to insurability may be used:

   (a) in contesting the validity of the benefits with respect to which such statement was made; or

   (b) to reduce the benefits;

   if the conditions listed in items (1) and (2) below have been met.

   (1) The statement is contained in a written application which has been signed by YOU.

   (2) A copy of the application has been furnished to YOU or to YOUR Beneficiary.

   No such statement made by YOU will be used at all after such benefits have been in force for a period of one year prior to the contest.

2. **Assignment**

   This certificate may not be assigned by YOU. YOUR benefits may not be assigned prior to a loss.

3. **Recovery of Overpayments**

   If any benefits paid to YOU under THIS PLAN should not have been paid or should have been paid in a lesser amount:

   (a) written notice shall be given to YOU; and

   (b) YOU shall repay the amount of the overpayment.

   But no repayment shall be required if notice has not been given within one year from the date the overpayment was established and:

   (a) the overpayment was caused solely by the EMPLOYER'S error; or

   (b) the overpayment was caused solely by our error.

   If YOU fail to repay promptly, the EMPLOYER, on our behalf, shall arrange to recover the overpayment.

   The overpayment will be automatically recovered:

   (a) by a deduction or deductions from any benefit payment(s) payable to YOU under the Group Policy(ies); or

   (b) by a deduction or deductions from any monies then payable or which may become payable to YOU in the form of:

       (i) wages; or

       (ii) benefits payable under any other benefit plan of the EMPLOYER (excluding The General Motors Hourly-Rate Employees Pension Plan and the General Motors Health Care Program for Hourly Employees); or

   (c) if not by the methods above, the EMPLOYER shall arrange to recover the overpayment on our behalf.

Benefits paid under any other General Motors benefit plan that should not have been paid or should have been paid in a lesser amount may be similarly recovered, upon receipt of notice from the EMPLOYER, from benefits payable to YOU under THIS PLAN.

## ELIGIBILITY FOR BENEFITS

### 1. PERSONAL BENEFITS ELIGIBILITY DATE

YOUR PERSONAL BENEFITS ELIGIBILITY DATE is the later of:

**(a)** October 18, 1999 (or such date as is specified in the Collective Bargaining Agreement applicable to YOU); and

**(b)** the first day of the month next following the month in which YOUR employment with the EMPLOYER commences following YOUR most recent date of hire, as determined by the EMPLOYER.

However, if YOU die during the period from the date YOUR employment commences with the EMPLOYER to YOUR PERSONAL BENEFITS ELIGIBILITY DATE and YOUR death results from bodily injuries which:

**(a)** otherwise constitute a Covered Loss as set forth in the form entitled **ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS**; and

**(b)** are caused solely by employment with the EMPLOYER; and

**(c)** result solely from an accident in which both the cause and result are unexpected and definite as to time and place;

YOU will be eligible on the date of YOUR death for Basic Life Benefits, Accidental Death or Dismemberment Benefits and Survivor Income Benefits.

If YOUR PERSONAL BENEFITS are discontinued and YOU subsequently return to work, YOUR PERSONAL BENEFITS ELIGIBILITY DATE is as set forth above, except as follows:

**(a)** If YOUR PERSONAL BENEFITS are discontinued while YOU are on a layoff or leave of absence and YOU return to ACTIVE WORK with SENIORITY, YOU shall be eligible for PERSONAL BENEFITS, in the amount that was in effect at the time of YOUR layoff or leave of absence, immediately on the date YOU return to ACTIVE WORK.

**(b)** If YOUR PERSONAL BENEFITS are discontinued due to a quit or discharge but YOU are reemployed within 31 days of YOUR quit or discharge date and no individual policy has been issued to YOU in accordance with the provisions set forth in the form with the title **RIGHT TO OBTAIN A PERSONAL POLICY OF INSURANCE ON YOUR OWN LIFE**, YOU shall be eligible for PERSONAL BENEFITS immediately on the date YOU return to ACTIVE WORK.

**(c)** If YOUR PERSONAL BENEFITS are discontinued due to a separation other than a quit or discharge and YOU never acquired SENIORITY or YOUR SENIORITY was canceled as established in the Collective Bargaining Agreement and YOU return to ACTIVE WORK within a period of 24 months from the date of YOUR separation, YOU shall be eligible for PERSONAL BENEFITS immediately on the date YOU return to ACTIVE WORK.

**(d)** If YOUR PERSONAL BENEFITS are discontinued while YOU are on a military leave of absence, YOU shall be eligible for Basic Life Benefits, Survivor Income Benefits, and Accidental Death or Dismemberment Benefits immediately upon reporting for work from such leave.

### 2. DEPENDENT BENEFITS ELIGIBILITY DATE

YOUR DEPENDENT BENEFITS ELIGIBILITY DATE is the later of:

**(a)** YOUR PERSONAL BENEFITS ELIGIBILITY DATE; and

Form G.23000-C

16

(b) the first day of the month following the date YOU first acquire an eligible DEPENDENT, provided YOU are insured for Basic Life Benefits on that later date.  If YOU are not insured for Basic Life Benefits on that date, YOUR DEPENDENT BENEFITS ELIGIBILITY DATE will be the first day of the calendar month following the date on which YOU meet all three of the following conditions:

(1) YOU are insured for Basic Life Benefits; and

(2) YOU have an eligible DEPENDENT; and

(3) it is past YOUR PERSONAL BENEFITS ELIGIBILITY DATE.

If YOUR DEPENDENT coverage is discontinued and YOU subsequently return to work, YOUR DEPENDENT BENEFITS ELIGIBILITY DATE is as set forth above, except as follows:

(a) If YOUR coverage is discontinued while YOU are on a layoff or leave of absence and YOU return to ACTIVE WORK with SENIORITY, YOU shall become eligible for DEPENDENT BENEFITS, in the amount that was in effect at the time of YOUR layoff or leave of absence, immediately on the day YOU return to ACTIVE WORK.

(b) If YOUR coverage is discontinued because of YOUR separation from service due to a quit or discharge but YOU are reemployed within 31 days and no individual policy has been issued in accordance with the provisions set forth in the form entitled **RIGHT TO OBTAIN A PERSONAL POLICY OF INSURANCE ON THE LIFE OF A DEPENDENT**, YOU shall be eligible for DEPENDENT BENEFITS immediately on the date YOU return to ACTIVE WORK.

(c) If YOUR coverage is discontinued because of YOUR separation from service due to a reason other than quit or discharge and YOU never acquired SENIORITY or YOUR SENIORITY was cancelled, and YOU return to ACTIVE WORK within a period of 24 consecutive months, YOU shall be eligible for DEPENDENT BENEFITS immediately on the date YOU return to ACTIVE WORK.

## EFFECTIVE DATES OF PERSONAL BENEFITS

1. **Applicable to Basic Life Benefits, Survivor Income Benefits and Accidental Death or Dismemberment Benefits**

   YOUR Basic Life Benefits, Survivor Income Benefits and Accidental Death or Dismemberment Benefits will become effective on YOUR PERSONAL BENEFITS ELIGIBILITY DATE, subject to the Active Work Requirement (see section 4, below).

2. **Making a Request for Benefits**

   YOU must make a request to the EMPLOYER if YOU wish to become covered for Optional Life Benefits. Such request must be made by completing an ENROLLMENT FORM.

   If YOUR request is approved by us on or before YOUR PERSONAL BENEFITS ELIGIBILITY DATE, YOUR Optional Life Benefits will become effective on YOUR PERSONAL BENEFITS ELIGIBILITY DATE, subject to the Active Work Requirement (see section 4, below).

   If YOUR request is received within 31 days after YOUR PERSONAL BENEFITS ELIGIBILITY DATE or within 31 days following YOUR return to work in the case where YOU were on layoff or leave of absence on YOUR PERSONAL BENEFITS ELIGIBILITY DATE, YOUR Optional Life Benefits will become effective on the first day of the calendar month next following the date YOUR request is approved by us, subject to the Active Work Requirement (see section 4, below).

   If YOUR request is received more than 31 days after YOUR PERSONAL BENEFITS ELIGIBILITY DATE, or more than 31 days following YOUR return to work in the case where YOU were on layoff or leave of absence on YOUR PERSONAL BENEFITS ELIGIBILITY DATE, evidence of YOUR good health, satisfactory to us, must be provided, at YOUR expense, in order for YOUR Optional Life Benefits to become effective. However, such requirement for evidence of YOUR good health will be waived if YOU provide evidence, satisfactory to us, that YOU have had an increase in YOUR family status and that request was made within 31 days of such increase in YOUR family status. In either case, YOUR Optional Life Benefits will become effective on the first day of the calendar month following our approval of such evidence, subject to the Active Work Requirement (see section 4, below).

3. **Reinstatement of Benefits**

   If YOUR Optional Life Benefits end:

   (a) because YOU do not make a required contribution to their cost while on layoff or approved leave of absence; or

   (b) due to expiration of the maximum period during which your Basic Life Benefits may be continued by making the required contributions;

   such benefits will be reinstated, to the amount that was in effect prior to such discontinuance, on the date YOU return to ACTIVE WORK, provided YOU are then still eligible for Optional Life Benefits and make the required contributions.

4. **Active Work Requirement**

   YOU must be ACTIVELY AT WORK as an EMPLOYEE in order for YOUR PERSONAL BENEFITS to become effective. If YOU are not ACTIVELY AT WORK as an EMPLOYEE on the date YOUR PERSONAL BENEFITS would otherwise become effective, YOUR PERSONAL BENEFITS will become effective on the date of YOUR return to ACTIVE WORK as an EMPLOYEE, provided such date is not more than 24 months later or, if later, YOU have not then broken SENIORITY.

5.  **Application of Provisions**

    The provisions for **EFFECTIVE DATES OF PERSONAL BENEFITS** are to be separately applied to each type of PERSONAL BENEFITS.

## EFFECTIVE DATES OF DEPENDENT BENEFITS

**1.  Making a Request for Benefits**

YOU must make a request to the EMPLOYER if YOU wish to become covered for DEPENDENT BENEFITS. Such request must be made by completing an ENROLLMENT FORM.

If YOUR request is approved by us on or before to YOUR DEPENDENT BENEFITS ELIGIBILITY DATE, YOUR DEPENDENT BENEFITS will become effective on the later of:

**(a)**  YOUR DEPENDENT BENEFITS ELIGIBILITY DATE; and

**(b)**  YOUR PERSONAL BENEFITS ELIGIBILITY DATE;

subject to the Active Work and Dependents Age 18 or Older Requirements (see sections **4** and **5**, below).

If YOUR request is received within 31 days after YOUR DEPENDENT BENEFITS ELIGIBILITY DATE or within 31 days following YOUR return to work in the case where YOU were on layoff or leave of absence on YOUR DEPENDENT BENEFITS ELIGIBILITY DATE, YOUR DEPENDENT BENEFITS will become effective on the later of:

**(a)**  the first day of the calendar month following the date YOUR request is approved by us; and

**(b)**  the effective date of YOUR PERSONAL BENEFITS;

subject to the Active Work and Dependents Age 18 or Older Requirements (see sections **4** and **5**, below).

If YOUR request is received more than 31 days after YOUR DEPENDENT BENEFITS ELIGIBILITY DATE or more than 31 days following YOUR return to work in the case where YOU were on layoff or leave of absence on YOUR DEPENDENT BENEFITS ELIGIBILITY DATE, evidence of the good health of YOUR DEPENDENT, satisfactory to us, must be provided, at YOUR expense, in order for DEPENDENT BENEFITS to become effective. Such benefits will become effective on the first day of the month following our approval of evidence of YOUR DEPENDENT'S good health, subject to the Active Work and Dependents Age 18 or Older Requirements (see sections **4** and **5**, below).

**2.  New Dependents**

DEPENDENT BENEFITS with respect to a person who becomes YOUR DEPENDENT while YOU are covered for DEPENDENT BENEFITS will be effective on the date such person becomes YOUR DEPENDENT, subject to all provisions herein.

**3.  Reinstatement of Benefits**

If YOUR DEPENDENT BENEFITS end:

**(a)**  because YOU do not make a required contribution to their cost while on layoff or approved leave of absence; or

**(b)**  due to expiration of the maximum period during which your Basic Life Benefits may be continued by making the required contributions;

such benefits will be reinstated, to the amount that was in effect prior to such discontinuance, on the date YOU return to ACTIVE WORK, provided YOU are then still eligible for DEPENDENT BENEFITS and make the required contributions.

4. **Active Work Requirement**

YOU must be ACTIVELY AT WORK as an EMPLOYEE in order for YOUR DEPENDENT BENEFITS to become effective. If YOU are not ACTIVELY AT WORK as an EMPLOYEE on the date YOUR DEPENDENT BENEFITS would otherwise become effective, YOUR DEPENDENT BENEFITS will become effective on the date of YOUR return to ACTIVE WORK as an EMPLOYEE, provided such date is not more than 24 months later or, if later, YOU have not then broken SENIORITY.

5. **Requirement for Dependents Age 18 or Older**

If YOU have a DEPENDENT who is age 18 or older, such DEPENDENT must sign the ENROLLMENT FORM in order for benefits in amounts of $10,000 or more to become effective.

**LIFE BENEFITS**
**(On Your Own Account)**

1. **Coverage**

   If YOU die while YOU are covered for Life Benefits, we will pay to the Beneficiary the amount of Life Benefits that is in effect on YOUR life on the date of YOUR death.

2. **Optional Types of Payment**

   Payment of any amount of Life Benefits may be made in installments. Details on the payment options may be obtained from us.

## ACCELERATED LIFE BENEFITS FOR TOTAL AND PERMANENT DISABILITY
### (On Your Own Account)

**A. Definitions**

"**Totally and Permanently Disabled**" for the purposes of this benefit means:

1. YOUR life span is drastically limited; and

2. YOU are expected to die within 12 months; and

3. YOU are not expected to recover.

These must be certified by a DOCTOR and accepted by us.

"**Meet the Requirements**" means that, due to a sickness or injury, YOU are "Totally and Permanently Disabled".

**B. Coverage**

We will pay Accelerated Benefits to YOU if:

1. YOU apply for Accelerated Benefits while YOUR Basic Life Benefits are in effect; and

2. YOU Meet the Requirements while YOU are covered for Basic Life Benefits; and

3. YOU or YOUR legal representative requests payment of Accelerated Benefits while YOUR Basic Life Benefits are in effect.

Accelerated Benefits are payable only once.

Payment of Accelerated Benefits will reduce YOUR Basic Life Benefits and the amount available for YOU to convert to a personal policy of life insurance under **RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE**.

**C. Proof**

Accelerated Benefits will be payable when we receive proof that YOU Meet the Requirements.

Proof must be given to us. The proof must be in a form that is satisfactory to us. We have no duty to ask for any proof. Any delay in submitting proof will not cause a claim to be denied so long as the proof is given as soon as reasonably possible.

At the time such proof is given, we may have YOU examined by DOCTORS of our choice, at our expense.

**D. Amount**

The amount of Accelerated Benefits payable is:

1. up to 50% of YOUR Basic Life Benefits shown in the **SCHEDULE OF BENEFITS**, but not less than $1,000; and

2. determined as of the date we accept certification that YOU Meet the Requirements; and

3. no more than $250,000.

If YOUR Basic Life Benefits are scheduled to reduce within 12 months of such certification date, we will, for the

purpose of determining the amount of Accelerated Benefits, deem the amount of YOUR Basic Life Benefits to have already been reduced on such certification date.

After payment of the Accelerated Benefits, the amount of YOUR Basic Life Benefits will be the amount of Basic Life Benefits actually in effect on the certification date less the amount of Accelerated Benefits requested.

When the scheduled reduction date occurs, the amount of YOUR Basic Life Benefits will be reduced. The amount of such reduction will be determined by applying the applicable reduction formula shown in the **SCHEDULE OF BENEFITS** to the amount of YOUR Basic Life Benefits actually in effect on the certification date.

After such scheduled reduction, the amount of YOUR Basic Life Benefits will be the amount of YOUR Basic Life Benefits actually in effect on the certification date:

REDUCED BY

the amount of such scheduled reduction; and

MINUS

the amount of Accelerated Benefits requested.

Accelerated Benefits will be payable only if YOU are living when payment is made.

**E. Exclusions**

Accelerated Benefits will not be payable if:

1. YOU are making contributions to continue YOUR Basic Life Benefits in accordance with the applicable provisions set forth in section B of the form entitled **WHEN BENEFITS END** or will be required to make such contributions within 12 months of the date YOUR DOCTOR otherwise certifies that YOU Meet the Requirements for the Accelerated Benefits Option;

2. we have been notified that all or a portion of YOUR Basic Life Benefits are to be paid to YOUR child(ren) or to YOUR former spouse as part of a divorce agreement; or

3. the amount of YOUR Basic Life Benefits is less than $2,000.

## LIFE BENEFITS
### (On Account Of Dependents)

1. **Coverage**

   If a DEPENDENT dies while Life Benefits are in effect for that DEPENDENT, we will pay the amount of Life Benefits that is in effect for that DEPENDENT on the date of that DEPENDENT'S death.

2. **Payment of Benefits**

   The benefits will be paid to YOU if YOU survive the DEPENDENT. If the DEPENDENT dies following YOUR death, while Life Benefits are in effect for that DEPENDENT because of YOUR contributions, benefits will be paid to:

   (a) YOUR spouse, if living; or

   (b) YOUR children who survive YOU, equally; or

   (c) YOUR mother or father or both, equally; or

   (d) YOUR estate.

   If a DEPENDENT child dies while the Surviving Spouse is continuing the Life Benefits for that DEPENDENT child, such benefits will be paid to the Surviving Spouse.

   If the Surviving Spouse dies while Life Benefits are in effect for that Surviving Spouse, such benefits will be paid to the Surviving Spouse's beneficiary.

   In any other instance the benefits will be paid to the Surviving Spouse's estate; or we may instead, at our discretion, pay all or part of the benefits, generally in the following order, to one or more of the following persons who are related to that Surviving Spouse and who survive that Surviving Spouse:

   (a) child(ren);

   (b) parent(s);

   (c) brother(s) and sister(s).

   Any payment will discharge our liability for the amount so paid.

3. **Optional Types Of Payment**

   Payment of any amount of DEPENDENT BENEFITS may be made in installments. Details on the payment options may be obtained from us.

## SURVIVOR INCOME BENEFITS

**A.  Classes of Eligible Survivors**

"Eligible Survivors" means the following classes of survivors, in the order in which they qualify for benefits, as follows:

(1)  "Class A Survivor" means the widow of a deceased male EMPLOYEE but only if she was legally married to the deceased EMPLOYEE at the time of death.

(2)  "Class B Survivor" means the widower of a deceased female EMPLOYEE but only if he was legally married to the deceased EMPLOYEE at the time of death.

(3)  "Class C Survivor" means YOUR child who, at the time a Transition Survivor Income Benefit first becomes payable, is not married, and is either:

    (a)  under 21 years of age; or

    (b)  at least 21 years of age, but under age 25; or

    (c)  totally and permanently disabled at any age over 21;

provided, however, that with respect to items **(b)** and **(c)** above, such child must have been legally residing with and dependent upon the EMPLOYEE at the time of the EMPLOYEE'S death.

A child shall cease to be defined as a Class C Survivor upon marrying or, if not totally and permanently disabled, upon reaching age 25.

(4)  "Class D Survivor" means YOUR parent if, during the CALENDAR YEAR before YOUR death, YOU provided at least 50% of such parent's support.

**B.  Coverage**

Survivor Income Benefits consist of 2 parts:

    (i)  The Monthly Transition Benefit, as shown in the **SCHEDULE OF BENEFITS**, which may be payable for 24 months.

    (ii)  The Monthly Bridge Benefit, as shown in the **SCHEDULE OF BENEFITS**, which may be payable after the 24 Monthly Transition Benefits.

**1.  Monthly Transition Benefit**

If YOU die while YOU are covered for Survivor Income Benefits, we will pay a Monthly Transition Benefit, as shown in the **SCHEDULE OF BENEFITS**, to the Eligible Survivor(s) in the first of the following classes in which there is an Eligible Survivor(s) on the first day of the calendar month after the date of YOUR death:

    (a)  Class A Survivor;

    (b)  Class B Survivor;

    (c)  Class C Survivor; and

    (d)  Class D Survivor.

A class of survivors will qualify for benefits when there is no Eligible Survivor left in any of the preceding classes.

No Monthly Transition Benefits will be paid to any person on or after the date such person ceases to be an Eligible Survivor. In any case, a person's rights to benefits will cease on the date of his or her death.

For months in which there is more than one Class C or Class D Eligible Survivor that qualifies for benefits, each Eligible Survivor's share will be computed as an equal fraction of the Monthly Transition Benefit. However, where Social Security benefits may be payable to one or more Eligible Survivors, each survivor's share is computed as such equal fraction of the Transition Benefit that would be paid to such survivor as a sole survivor according to the individual's eligibility for Social Security benefits.

If there is no Eligible Survivor in any class on the first day of the calendar month after the date of YOUR death, no payments will be made under the Survivor Income Benefits. Once begun, payments will cease when there is no eligible survivor in any class.

Monthly Transition Benefits payable to a Class A or Class B Survivor will be reduced by an amount equal to the full amount of any monthly benefit payable to such Eligible Survivor under any pension plan or retirement program then in effect to which the EMPLOYER or any of its subsidiaries has contributed. In any case in which a Class A or Class B Survivor is eligible for such reduced benefits and such Survivor subsequently dies, any payments of Transition Benefits to a Class C or Class D Survivor shall be determined as though such reductions had not occurred. In no event would any such benefit be paid to a Class C or Class D Survivor for any month in which the Transition Benefit payable to a Class A or Class B Survivor was reduced to zero.

No Survivor Income Benefits are payable unless YOU are also covered for Accidental Death or Dismemberment Benefits under THIS PLAN at the time of YOUR death.

## 2. Monthly Bridge Benefit

If the 24 Monthly Transition Benefits have been paid to a Class A or Class B Survivor, we will pay a Monthly Bridge Benefit to such Class A or Class B Survivor. However, we will not pay a Monthly Bridge Benefit for any month for which such Class A or Class B Survivor is eligible, because of the care of a child, to receive Mother's Insurance Benefits or comparable benefits for a father, whether or not called Father's Insurance Benefits, under the Federal Social Security Act.

Monthly Bridge Benefits payable to a Class A or Class B Survivor will be reduced by an amount equal to the full amount of any monthly benefit payable to such Eligible Survivor under any pension plan or retirement program then in effect to which the EMPLOYER or any of its subsidiaries has contributed.

## C. Payment of Benefits

The first Monthly Transition Benefit will be payable on the first day of the calendar month after the date of YOUR death. These payments will continue to be made each month; but no Monthly Transition Benefits will be paid on or after the earlier of:

(1) the date 24 Monthly Transition Benefit payments have been made in total, regardless of whether such benefits payable to a Class A or Class B Survivor were reduced as set forth in B.1, above; and

(2) the date there is no Eligible Survivor left in any class of survivors.

The first Monthly Bridge Benefit will be payable on the first day of the calendar month following the month in which payment of the 24th Monthly Transition Benefit is made. These payments will continue to be made each month, however, no Monthly Bridge Benefits will be paid on or after the earliest of:

(1) the date the Class A or Class B Survivor remarries;

**(2)**   the date of the death of the Class A or Class B Survivor; and

**(3)**   the date the Class A or Class B Survivor reaches:

    **(a)**   the age of 62 (age 62 and one month, if such survivor attains age 62 on or after March 1, 1982, and receives an initial Old Age Survivor's Insurance Benefit under the Federal Social Security Act which is paid during the second month following the survivor's 62nd birthday); or

    **(b)**   any lower age at which full Widow's or Widower's Insurance Benefits or Old Age Insurance Benefits become payable under the Federal Social Security Act as now in effect or hereafter amended.

Payments of any Survivor Income Benefits to any Eligible Survivor or Eligible Survivors will discharge our liability for the amount so paid unless, at the time such payment was made, we:

**(1)**   had knowledge from our records; or

**(2)**   received written notice;

that another person was entitled to the benefits paid.

No Survivor Income Benefits payable under THIS PLAN will be subject in any manner to:

**(1)**   assignment; or

**(2)**   pledge; or

**(3)**   attachment; or

**(4)**   encumbrance of any kind; or

**(5)**   the debts or liability of any Eligible Survivor except as required by applicable law.

## ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS

**1.    Coverage**

We will pay Accidental Death or Dismemberment Benefits for a Covered Loss shown in section **3** if YOU are injured in an accident which occurs while YOU are covered for Accidental Death or Dismemberment Benefits and if:

**(a)**    that accident is the sole cause of the injury; and

**(b)**    that injury is the sole cause of a Covered Loss specified in the following Table of Covered Losses and Benefits Amounts; and

**(c)**    that Covered Loss occurs not more than:

**(i)**    one year after the date of that accident, with respect to loss of life; or

**(ii)**    two years after the date of that accident, with respect to all other Covered Losses.

If loss of life results solely from accidental bodily injuries caused solely by employment with the EMPLOYER, and results solely from an accident in which the cause and result are unexpected and definite as to time and place, the amount payable shall be three times the full amount of Accidental Death or Dismemberment Benefits

**2.    Maximum Benefit for All Covered Losses in Each Accident**

For all Covered Losses caused by all injuries which YOU sustain in one accident, not more than the Full Amount will be paid, except that where loss of life results solely from injuries caused solely by employment with the EMPLOYER, as set forth in section **1**, above, not more than three times the Full Amount will be paid.

**3.    Table of Covered Losses and Benefit Amounts**

| Covered Losses (Subject to Exclusions) | Benefit Amounts (See Notes 1, 2 and 3 Below) |
|---|---|
| Life | Full Amount |
| A hand | One-half of the Full Amount |
| A foot | One-half of the Full Amount |
| Sight of an eye | One-half of the Full Amount |
| Two or more of the above members | Full Amount |

Note 1:    "Loss" means the actual severance through or above the wrist or ankle joints and the entire and irrecoverable loss of sight.

Note 2:    "Member" means hand, foot or sight of eye.

Note 3:    "Full Amount" means that amount of Accidental Death or Dismemberment Benefits for which YOU are covered at the time of the accident as set forth in the **SCHEDULE OF BENEFITS**.

4.  **Exclusions**

We will not pay for any Covered Loss shown in section 3 if it in any way results from, or is caused or contributed to, wholly or partly, directly or indirectly, by:

(a)   physical or mental illness, diagnosis of or treatment for the illness;

(b)   an infection, unless it is caused by an external wound that can be seen and which was sustained in an accident;

(c)   hernia, no matter how or when sustained;

(d)   war, or any act of war, whether or not in a time of peace; or

(e)   injuring oneself on purpose, while sane or insane.

5.  **Payment of Benefits**

The Accidental Death or Dismemberment Benefits for a Covered Loss will be paid when we receive notice and satisfactory proof of that loss.

Accidental Death or Dismemberment Benefits will be paid:

(a)   to YOUR Beneficiary for the loss of YOUR life; and

(b)   to YOU for any other Covered Loss sustained by YOU.

6.  **Optional Types of Payment**

Payment of any amount of Accidental Death or Dismemberment Benefits for loss of life may be made in installments. Details on the payment options may be obtained from us.

## BENEFICIARY

### 1. Your Beneficiary

The "Beneficiary" is the person or persons YOU choose to receive any benefit payable because of YOUR death.

YOU make YOUR choice in writing on a form approved by us. This form must be filed with the records for THIS PLAN.

YOU may change the Beneficiary at any time by filing a new form with us. YOU do not need the consent of the Beneficiary to make a change. When we receive a form changing the Beneficiary, the change will take effect as of the date YOU signed it. The change of Beneficiary will take effect even if YOU are not alive when it is received, provided such change of beneficiary is received prior to the payment of benefits. Any beneficiary designation made for Basic Life Benefits will also apply to Accidental Death or Dismemberment Benefits.

If YOU did not designate a Beneficiary for Optional Life Benefits under Group Policy No. 33600-G, YOUR Beneficiary for all or part of the amount of Optional Life Benefits payable because of YOUR death will be the Beneficiary YOU last designated for Basic Life Benefits under Group Policy No. 15500-G.

A change of Beneficiary will not apply to any payment made by us prior to the date the form was received by us.

### 2. More Than One Beneficiary

If, when YOU die, more than one person is YOUR Beneficiary, they will share in the benefits equally, unless YOU have chosen otherwise.

### 3. Death of a Beneficiary

A person's rights as a Beneficiary end if:

(a) that person dies before YOUR death occurs; or

(b) that person dies at the same time YOUR death occurs or within 24 hours of YOUR death, except as provided for in the common disaster section of the Designation of Beneficiary form YOU filed with us.

The share for that person will be divided among the surviving persons YOU have named as Beneficiary, unless YOU have chosen otherwise.

### 4. No Beneficiary at Your Death

If there is no Beneficiary at YOUR death for any amount of benefits payable because of YOUR death, that amount will be paid to YOUR estate. However, we may instead, at our discretion, pay all or part of that amount, generally in the following order, to one or more of the following persons who are related to YOU and who survive YOU:

(a) spouse;

(b) child(ren);

(c) parent(s).

Any payment will discharge our liability for the amount so paid.

## CLAIM PROCEDURE
## FOR ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS

**1. When Notice of Claim Must Be Given**

Written notice of a claim must be given to us for Accidental Death or Dismemberment Benefits within 20 days after the date of the accident which caused the loss.

**2. Claim Forms**

When we receive written notice of a claim, we may furnish printed forms for filing proof of the claim. If we do not furnish printed forms within 15 days after written notice of claim is provided, the claimant must furnish their own form of proof in writing.

Proof must describe the event, the nature and the extent of the cause for which a claim is made; it must be satisfactory to us.

**3. When Proof of Claim Must Be Given**

Written proof of a claim must be given to us not later than 90 days after the date of the loss.

**4. Late Notice or Proof**

If notice or proof is not given on time, the delay will not cause a claim to be denied or reduced as long as the notice or proof is given as soon as possible.

**5. Time Limits on Starting Law Suits**

No law suit may be started to obtain benefits until 60 days after proof is given. No law suit may be started more than 3 years after the time proof must be given.

**6. Medical Examination**

While a claim is pending, we, at our expense, have the right to have YOU examined by DOCTORS of our choice when and as often as we reasonably choose.

**7. Autopsy**

If Accidental Death Benefits are claimed, we, at our expense, have, in the case of death, the right to have an autopsy made where it is not against the law.

**8. Additional Provisions**

No agent has the authority:

(a) to accept or to waive the required notice or proof of a claim; or

(b) to extend the time within which a notice or a proof must be given to us.

## RIGHT TO OBTAIN A PERSONAL POLICY OF
## LIFE INSURANCE ON YOUR OWN LIFE

**1. Application**

We will issue a personal policy of life insurance without disability or accidental means death benefits to YOU if YOU apply for it in writing during the Application Period. The Application Period is:

**(a)** the 31 day period from the date YOUR Life Benefits end because YOUR employment ends or because YOU are no longer in a class which remains eligible for Life Benefits; or

**(b)** the 31 day period from the date YOUR Life Benefits end because THIS PLAN ends but only if YOUR Life Benefits under THIS PLAN have been in effect for at least 5 years; or

**(c)** while YOU are insured for Basic Life Benefits and after YOU have ceased ACTIVE WORK, a period beginning with the day on which the amount of YOUR Basic Life Benefits has begun reducing and ending with the day on which YOUR Basic Life Benefits end.

Proof that YOU are insurable is not required by us.

Items **1(a)** and **1(b),** above, apply to Basic Life Benefits and Optional Life Benefits, except that if YOUR Optional Life Benefits under Group Policy No. 33600-G cease solely because Group Policy No. 15500-G ends, such Optional Life Benefits may not be converted to an individual policy of life insurance.

**2. Conditions**

The personal policy will be issued to YOU subject to these conditions:

**(a)** It will be on one of the forms then usually issued by us, except term insurance; and

**(b)** It will not take effect until after the Application Period ends; and

**(c)** The premium for the policy will be based on:

   **(i)** the class of risk to which YOU belong; and

   **(ii)** YOUR age on the effective date of the policy; and

   **(iii)** the form and amount of the policy; and

**(d)** If item **1(a)** applies to YOU, the amount of the policy will not be more than the amount of YOUR Life Benefits on the date the Life Benefits end; and

**(e)** If item **1(b)** applies to YOU, the amount of the policy will not be more than the lesser of:

   **(i)** the amount of YOUR Life Benefits on the date YOUR Life Benefits end; and

   **(ii)** $2,000; and

**(f)** If item **1(c)** applies to YOU, the amount of the policy will be the amount of YOUR Basic Life Benefits on the date YOU apply for a personal policy.

With respect to items **2(d)** and **2(e)**, if YOU are covered for Survivor Income Benefits on the date YOUR Life Benefits end, the amount of the personal policy may, at YOUR option, be increased by an amount not to exceed the total amount of monthly Survivor Income Benefit payments that would have been made if YOU had died on the date YOUR Life Benefits ended.

With respect to items **2(f)** above, if YOU are covered for Survivor Income Benefits on the date YOU apply for a personal policy, the amount of the personal policy may, at YOUR option, be increased by an amount not to exceed the total amount of monthly Survivor Income Benefit payments that would have been made if YOU had died on the date YOU apply for a personal policy.

### 3. If YOU Die During the Application Period

If YOU die during the Application Period, we will pay a death benefit to the Beneficiary. The amount of the death benefit will be the highest amount of life insurance, pursuant to item **2(d), 2(e)** or **2(f)**, above, for which a personal policy could have been issued, excluding any increase in such amount due to Survivor Income Benefits. This death benefit will be paid even if YOU did not apply for a personal policy and such excluded amount of Survivor Income Benefits will be paid to YOUR Eligible Survivor(s), in accordance with the otherwise applicable provisions set forth in the form with the title **SURVIVOR INCOME BENEFITS**.

However, such amount will not be paid on account of any EMPLOYEE who becomes insured under any group policy issued to the EMPLOYER or to a directly or indirectly wholly-owned or substantially wholly-owned subsidiary of the EMPLOYER for the same or similar insurance issued or reinstated by us or by any other insurer within the Application Period.

### RIGHT TO OBTAIN A PERSONAL POLICY
### OF LIFE INSURANCE ON THE LIFE OF A DEPENDENT

1. **Application**

    We will issue a personal policy of life insurance without disability or accidental means death benefits to a DEPENDENT if that DEPENDENT applies for it in writing during the Application Period. The Application Period is the 31 day period after the date the Life Benefits on that DEPENDENT end because:

    **(a)** YOUR employment ends or YOU are no longer in a class which remains eligible for Dependent Life Benefits; or

    **(b)** THIS PLAN ends; or

    **(c)** YOU die and any applicable continuation by YOUR DEPENDENT Spouse of YOUR DEPENDENT BENEFITS has ceased due to:

        **(i)** the surviving spouse's remarriage; or

        **(ii)** the surviving spouse's death; or

        **(iii)** the discontinuance of Dependent Life Insurance under THIS PLAN; or

    **(d)** the DEPENDENT no longer qualifies as a DEPENDENT as defined in DEFINITIONS; or

    **(e)** Basic Life Benefits on YOUR own account cease, except in the event that such cessation of Basic Life Benefits is due to the discontinuance of Group Policy No. 15500-G.

    Proof that the DEPENDENT is insurable is not required by us.

2. **Conditions**

    The personal policy will be issued to the DEPENDENT subject to these conditions:

    **(a)** It will be on one of the forms then usually issued by us, except term insurance; and

    **(b)** It will not take effect until after the Application Period ends; and

    **(c)** The premium for the policy will be based on:

        **(1)** the class of risk to which the DEPENDENT belongs; and

        **(2)** the DEPENDENT'S age on the effective date of the policy; and

        **(3)** the form and amount of the policy; and

    **(d)** The amount of the policy on any DEPENDENT will not be more than the amount of Life Benefits on that DEPENDENT on the date the Life Benefits end.

3. **If the DEPENDENT Dies During the Application Period**

    If the DEPENDENT dies during the Application Period, we will pay a death benefit. The payment of the death benefit will be in the same manner as if the Life Benefits on that DEPENDENT had been in effect on the date of that DEPENDENT'S death. The amount of the death benefit will be the highest amount of life insurance, pursuant to item 2(d) above, for which a personal policy could have been issued. This death benefit will be paid even if the DEPENDENT did not apply for a personal policy.

Form G.23000-7B3                                    35

However, such amount will not be paid on account of any person: **(i)** whose Dependent Life Benefits are continued hereunder or **(ii)** who becomes insured as a DEPENDENT of the EMPLOYEE under any Group Policy issued to the EMPLOYER or any directly or indirectly wholly-owned or substantially wholly-owned subsidiary of the EMPLOYER, for the same or similar insurance issued or reinstated by us or by any other insurer, within the Application Period.

## WHEN BENEFITS END

A.  If YOU quit or are discharged, all of YOUR benefits will end on that date or the date YOUR SENIORITY is broken, if later. Otherwise, YOUR benefits will end on the last day of the calendar month in which YOUR employment ends. YOUR employment ends when YOU cease ACTIVE WORK as an EMPLOYEE. However, there may be circumstances where YOU are not ACTIVELY AT WORK when certain of YOUR benefits under THIS PLAN may be continued. Please refer to section B below for such circumstances. In addition to the preceding, YOUR benefits will also end as indicated below.

1.  If THIS PLAN ends in whole or in part, YOUR benefits which are affected will end.

2.  All benefits on account of any DEPENDENT will end on the day immediately preceding the date that DEPENDENT ceases to be an eligible DEPENDENT.

3.  If a COVERED PERSON does not make a payment which is required by the EMPLOYER, to the cost of any benefits, those benefits will end on the last day of the period for which a payment required by the EMPLOYER was made. However, if Optional Life Benefits or Dependent Life Benefits cease in accordance with this item 3 while YOU are on layoff or approved leave of absence, such benefits will be reinstated when YOU return to ACTIVE WORK for the EMPLOYER, provided YOU are still eligible for such benefits as set forth in **ELIGIBILITY FOR BENEFITS** and YOU make the required contributions.

4.  YOUR Accidental Death or Dismemberment Benefits, Survivor Income Benefits, Optional Life Benefits and Dependent Life Benefits will cease when YOUR Basic Life Benefits end.

5.  YOUR Accidental Death or Dismemberment Benefits will cease on the last day of the month in which YOU attain age 65, unless you continue to be ACTIVELY AT WORK.

6.  YOUR Survivor Income Benefits end when:

    (a)  YOUR Accidental Death or Dismemberment Benefits end;

    (b)  YOU retire other than under the Total and Permanent Disability provisions of any pension plan or retirement program to which the EMPLOYER has contributed; or

    (c)  YOU attain age 65, unless you continue to be ACTIVELY AT WORK.

    In any case, Survivor Income Benefits will end when YOU no longer have at least one DEPENDENT who, in the event of YOUR death while covered for Survivor Income Benefits, would qualify as an eligible survivor in one of the classes as defined in the form entitled **SURVIVOR INCOME BENEFITS**.

7.  YOUR Dependent Life Benefits will end on the date YOU no longer have a DEPENDENT.

8.  YOUR Dependent Life Benefits will end on the last day of the month which includes the date of YOUR death. However, YOUR Surviving Spouse, who was insured for Dependent Life Benefits under THIS PLAN on the date of YOUR death, may elect to continue the Dependent Life Benefits in effect on his or her own account and on account of any DEPENDENT Child on the date of YOUR death, as defined below, by completing an ENROLLMENT FORM furnished by the EMPLOYER. The benefits so continued shall end on the earliest of:

    (a)  the date of YOUR Surviving Spouse's remarriage;

    (b)  the date of YOUR Surviving Spouse's death;

    (c)  the last day of the period for which a payment required by the EMPLOYER was not made by YOUR Surviving Spouse; or

(d) the date of discontinuance of Group Policy No. 25090-G or the date of discontinuance of Group Policy No. 15500-G, whichever occurs first.

"DEPENDENT Child" means YOUR or YOUR Surviving Spouse's child who was insured for Dependent Life Benefits under THIS PLAN on the date of YOUR death.

A child born after YOUR death shall be a DEPENDENT Child only if such child is the issue of YOUR marriage to YOUR Surviving Spouse and was conceived prior to YOUR death. Any such child shall be eligible on the same basis as a child born prior to YOUR death.

"Surviving Spouse" means YOUR spouse who was insured as a DEPENDENT under the Group Policy at the date of YOUR death.

The end of any type of benefits on account of a COVERED PERSON will not affect a claim which is incurred before those benefits ended.

B.  If YOU are not ACTIVELY AT WORK as an EMPLOYEE because of a situation set forth in item **B.1** below, YOUR Basic Life Benefits under THIS PLAN may be continued for specific periods in accordance with the provisions set forth in items **B.2** through **B.6**, below. In addition, if YOU meet the requirements set forth in item **B.7**, below, YOUR Basic Life Benefits and Accidental Death or Dismemberment Benefits may be continued for the period specified therein. However, the Accelerated Benefits option is not available during any period in which YOU are required to make contributions for YOUR Basic Life Benefits or during any period, within 12 months of which, YOU will be required to make contributions for YOUR Basic Life Benefits.

**During any month YOUR Basic Life Benefits under Group Policy No. 15500-G remain in effect, YOUR Accidental Death or Dismemberment Benefits, Survivor Income Benefits, Optional Life Benefits and DEPENDENT Life Benefits may also be continued, unless otherwise noted. YOU must make the required contributions for Optional Life Benefits and DEPENDENT Life Benefits in all cases.**

All such benefits will be subject to prior cessation as set forth in section A above and to any applicable reduction formula set forth in the **SCHEDULE OF BENEFITS**. In any case, the benefits will end on: (i) the date the EMPLOYER notifies us that YOUR benefits are not to be continued; or (ii) the end of the last period for which the EMPLOYER has paid premiums to us for YOUR benefits.

1.  The situations for which YOUR Basic Life Benefits may be continued under THIS PLAN are:

    (a) non-disability leave of absence;

    (b) layoff;

    (c) disability leave of absence; and

    (d) retirement.

2.  If YOUR Basic Life Benefits are to be continued in accordance with B.1(a) above, such benefits, along with YOUR Accidental Death or Dismemberment Benefits, Survivor Income Benefits, Optional Life Benefits and DEPENDENT Life Benefits, may be continued for:

    (a) 12 months following the end of the calendar month during which YOU last worked prior to such non-disability leave of absence; or

    (b) the duration of an approved leave of absence requested by the International Union or Local Union to permit YOU to work for the International Union or Local Union.

    YOU must make the required contributions for YOUR Basic Life Benefits after the month following the month in which YOU last worked prior to YOUR leave of absence.

3. If YOUR Basic Life Benefits are to be continued in accordance with **B.1(b)** above, such benefits, along with YOUR Accidental Death or Dismemberment Benefits, Survivor Income Benefits, Optional Life Benefits and DEPENDENT Life Benefits, may be continued, for a maximum period of:

   **(a)** 25 months following the end of the calendar month during which YOU last worked prior to such layoff, if YOU have less than 10 years of SENIORITY as of YOUR last day worked before such layoff; or

   **(b)** 37 months following the end of the calendar month during which YOU last worked prior to such layoff, if YOU have 10 or more years of SENIORITY as of YOUR last day worked before such layoff.

   Contributions for YOUR Basic Life Benefits will be made by the EMPLOYER for the balance of the month in which YOU last worked prior to YOUR layoff and the first full month thereafter. Following such period, the number of months of EMPLOYER-paid continuance of YOUR Basic Life Benefits will be as set forth in **(a)** and **(b)** below.

   **(a)** If YOU have less than 10 years of SENIORITY as of YOUR last day worked prior to YOUR layoff, the number of months of EMPLOYER-paid Basic Life Benefits continuance will be as set forth in the table below.

| Years of SENIORITY on last day worked | Maximum number of months of EMPLOYER-paid continuance |
|---|---|
| Less than 1 (See Note Below) | 0 |
| 1 but less than 2 | 4 |
| 2 but less than 3 | 6 |
| 3 but less than 4 | 8 |
| 4 but less than 5 | 10 |
| 5 but less than 10 | 12 |

   Note: If YOU are a UAW, IUE or PML represented EMPLOYEE with less than 1 year of SENIORITY as of YOUR last day worked prior to YOUR layoff, the period during which YOUR benefits may be continued is limited to 13 months following the end of the month in which YOU last worked. If YOU are an EMPLOYEE with less than 1 year of SENIORITY as of YOUR last day worked prior to YOUR layoff and are **not** represented by the UAW, IUE or PML, YOU may continue YOUR benefits for up to 25 months following the end of the month in which YOU last worked, provided YOU do not break SENIORITY.

   **(b)** If YOU have 10 or more years of SENIORITY as of YOUR last day worked prior to YOUR layoff, YOU will be eligible for EMPLOYER-paid continuance of YOUR Basic Life Benefits for up to 24 months after the month following the month in which YOU last worked.

   If YOU wish to continue YOUR Basic Life Benefits beyond the period for which the EMPLOYER makes the required contributions, as set forth in **(a)** or **(b)** above, YOU must make the required contributions.

   If YOU are placed on layoff immediately after reporting for work from:

   **(a)** an approved disability leave of absence; or

   **(b)** a military leave of absence;

   the day YOU report for work shall be deemed YOUR last day worked prior to such layoff for the purpose of continuing benefits. However, the maximum duration of insurance continuance during such layoff shall not exceed the duration to which YOU were entitled under the provisions of the Plan in effect on YOUR actual

last day worked.

4. If YOUR Basic Life Benefits are to be continued in accordance with **B.1(c)** above, such benefits, along with YOUR Accidental Death or Dismemberment Benefits, Survivor Income Benefits, Optional Life Benefits and DEPENDENT Life Benefits, may be continued while:

   **(a)** YOU are entitled to receive Sickness and Accident Benefits or Extended Disability Benefits;

   **(b)** YOU are totally and continuously disabled while covered for Sickness and Accident Benefits and YOU remain on an approved disability leave of absence but not to exceed the period equal to YOUR YEARS OF PARTICIPATION as of the first day of disability;

   **(c)** YOUR disability leave of absence is canceled because the period of such leave equaled YOUR SENIORITY and YOU receive Extended Disability Benefits under the EMPLOYER'S Life and Disability Benefit Plan;

   **(d)** YOU are disabled so as to qualify for Sickness and Accident Benefits within 3 working days of YOUR disability leave of absence being canceled due to YOUR disability ceasing, but not beyond the maximum period for which Sickness and Accident Benefits would have been payable at the onset of the initial disability; or

   **(e)** YOU are totally and continuously disabled while not covered for Sickness and Accident Benefits after having been placed on an approved disability leave of absence from layoff while insured for Basic Life Benefits, but not to exceed the period equal to YOUR YEARS OF PARTICIPATION as of the first day of disability.

No contributions will be required for YOUR Basic Life Benefits during any of the periods set forth in **4.(a)** through **4.(e)** above.

If YOUR Basic Life Benefits cease to be continued in accordance with **(a)** through **(e)** above, and YOU are receiving payments because of employment with the EMPLOYER under any Workers' Compensation Law or Act or any Occupational Disease Law or Act, such benefits, along with YOUR Accidental Death or Dismemberment Benefits, Survivor Income Benefits, Optional Life Benefits and DEPENDENT Life Benefits, may be continued, without any premium contributions for Basic Life Benefits, Accidental Death or Dismemberment Benefits and Survivor Income Benefits which were in effect prior to such disability, while YOU continue to receive such payments.

If, at the end of any period specified above, YOU continue to be totally disabled prior to age 65, YOU may continue YOUR Basic Life Benefits, along with YOUR Accidental Death or Dismemberment Benefits, Optional Life Benefits and DEPENDENT Life Benefits, which were in effect immediately prior to such disability, provided YOU make the required contributions:

   **(a)** if YOU have less than 10 YEARS OF PARTICIPATION as of the first day of disability, until the later of:

   **(i)** one year from the date of disability; and

   **(ii)** the date on which the number of years and months by which YOUR YEARS OF PARTICIPATION as of the first day of disability exceeds the period during which YOUR insurance coverage has already been continued, but not beyond age 65; or

   **(b)** if YOU have 10 or more YEARS OF PARTICIPATION as of the first day of disability, until the end of the period of such total disability but not beyond age 65.

5. If YOUR Basic Life Benefits are to be continued in accordance with **B.1(d)** above and YOU:

   **(a)** retire or are retired prior to age 60 under the early retirement provisions of the General Motors Hourly-

Rate Employees Pension Plan (other than Total and Permanent Disability retirement); and

**(b)** are insured to the date of YOUR retirement;

YOUR Basic Life Benefits may be continued, along with YOUR Accidental Death or Dismemberment Benefits, Optional Life Benefits and DEPENDENT life Benefits. No contributions will be required for YOUR Basic Life Benefits and Accidental Death or Dismemberment Benefits. After age 65, only Basic Life, Optional Life and DEPENDENT Life Benefits may be continued.

6. If YOUR benefits are to be continued in accordance with **B.1(d)** above and YOU:

  **(a)** retire from a layoff or leave of absence with benefits (other than total and permanent disability or deferred vested) under any pension plan or retirement program to which the EMPLOYER has contributed, without returning to work from such layoff or leave of absence; and

  **(b)** are not insured for Basic Life Benefits;

YOU shall become insured for Basic Life Benefits and Accidental Death or Dismemberment Benefits, only, if YOU are then under age 65, on the first day of the month in which YOU retire. The amount of such coverage will be the amount for which YOU were eligible at the time of YOUR retirement, as set forth in the **SCHEDULE OF BENEFITS**. No contributions will be required for such benefits.

7. If YOU:

  **(a)** cease active work at or after age 60, other than for a quit or discharge, and are insured from age 60 to the date you cease active work; or

  **(b)** cease active work prior to age 60 but are insured at age 60;

and, in either case, have 5 or more YEARS OF PARTICIPATION at the end of the month in which YOU attain age 60, YOUR Basic Life Benefits may be continued to age 65, along with YOUR Accidental Death or Dismemberment Benefits, Survivor Income Benefits, Optional Life Benefits and DEPENDENT Life Benefits. YOU must make the required contributions for YOUR Basic Life Benefits during such period.

If cessation of YOUR ACTIVE WORK is due to YOUR retirement under Article II, Section 2 or 3 of the GM Hourly Rate Employees Pension Plan, no such contributions will be required. No contributions will be required for YOUR Basic Life Benefits at all after age 65.

## NOTICES

This certificate is of value to YOU.  It should be kept in a safe place.  YOUR Beneficiary should know where the certificate is kept.

As soon as YOUR benefits end, YOU should consult YOUR EMPLOYER to find out what rights, if any, YOU may have to continue YOUR protection.

The benefits under THIS PLAN do not at any time provide paid-up insurance, or loan or cash values.

Our Home Office is located at One Madison Avenue, New York, NY  10010-3690.

Page 1 87

# Supplemental Agreement

Covering

## LIFE AND DISABILITY
## BENEFITS PROGRAM

Exhibit B
to
AGREEMENT
between
GENERAL MOTORS CORPORATION
and
UAW
dated
September 28, 1999

NIL090819

26 0002

NIL090813   4495 0002

Page 2 87

# TABLE OF CONTENTS

| | | Page No. |
|---|---|---|
| Index to Exhibit B, Exhibit B-1, and Miscellaneous Life and Disability Benefits Program Documents | | |
| Exhibit B — Supplemental Agreement between General Motors Corporation and the UAW (Life and Disability Benefits Program) | | (1) |
| Section 1 | Establishment of Program | (1) |
| Section 2 | Financing | (2) |
| | Schedule of Insurance Continuance | (3) |
| Section 3 | Corporation Options | (3) |
| Section 4 | Administration | (4) |
| Section 5 | Coverages During Union Leave of Absence | (9) |
| Section 6 | Coverages Following Loss of Seniority | (9) |
| Section 7 | Reinstatement of Sickness and Accident Benefit Coverage During Layoff | (11) |
| Section 8 | GM-UAW Impartial Medical Opinion Program | (13) |
| Section 9 | Non-Applicability of Collective Bargaining Agreement Grievance Procedure | (14) |
| Section 10 | Recovery of Benefit Overpayments | (14) |
| Section 11 | Amounts of Life Insurance in States With Insurance Laws Which Conflict With Insurance Policy Provisions | (15) |
| Section 12 | Payment of Basic Life Insurance Under an Accelerated Benefits Option | (15) |
| Section 13 | Duration of Agreement | (17) |
| Exhibit B-1 — The General Motors Life and Disability Benefits Program for Hourly Employees | | |

(i)

Article I — Establishment of Life and Disability Benefits Program, Eligibility for and Effective Date of Coverages, and Financing and Administration of Program .................................. 3

Section 1    Establishment and Effective Date of Program ......................... 3

Section 2    Enrollment Options ................ 3

Section 3    Eligibility For and Effective Date of Coverage ...................... 4

Section 4    Program in States With Disability Benefits Laws ................. 8

Section 5    Net Costs, Administration of Program and Non-Applicability of Grievance Procedure ............ 9

Section 6    Treatment of Existing Coverages on Effective Date ................. 10

Section 7    Named Fiduciary .................. 11

Article II — Basic Life Insurance, Extra Accident Insurance, Sickness and Accident Benefits, Extended Disability Benefits, Survivor Income Benefit Insurance, Optional Life Insurance, Dependent Life Insurance and Personal Accident Insurance .......................... 11

Section 1    Amount of Basic Life and Extra Accident Insurance .............. 11

Schedule of Benefits ....................... 12

Section 2    Basic Life Insurance .............. 13

Section 3    Extra Accident Insurance .......... 15

Section 4    Payment of Basic Life Insurance and Extra Accident Insurance ........ 17

Section 5    Amount of Disability Benefits ....... 18

Schedule of Benefits ....................... 19

Section 6    Sickness and Accident Benefits ..... 20

Section 7    Extended Disability Benefits ....... 26

Section 8    Survivor Income Benefit Insurance .. 32

(ii)

Section 9    Optional Life Insurance ........... 38

Schedule of Benefits ....................... 40

Schedule of Contributions ................... 40

Section 10    Dependent Life Insurance .......... 43

Schedule of Benefits ....................... 46

Schedule of Contributions ................... 48

Section 11    Personal Accident Insurance ....... 54

Schedule of Losses ....................... 57

Schedule of Contributions ................... 61

Schedule of Continuance ................... 67

Article III — Continuation of Coverages, Corporation and Employee Contributions, and Cessation of Coverages ....................... 68

Section 1    Employees in Active Service ....... 68

Section 2    Employees on Layoff or Leave of Absence Other Than For Disability ...................... 68

Section 3    Disabled Employees .............. 72

Section 4    Special Continuation of Insurance ... 76

Section 5    Cessation of Coverages .......... 77

Article IV — General Provisions ................. 79

Section 1    Amount of Coverage Depends on Base Hourly Rate .............. 79

Section 2    Amount of Coverage Subsequent to Becoming Covered Under the Program ...................... 79

Section 3    Benefits for Part-Time Employees ... 81

Section 4    Recovery of Benefit Overpayments .. 81

Section 5    Recovery of Disability Benefit Advances ...................... 82

Section 6    Conversion Privilege .............. 83

Section 7    Recovery of Loans Not Repaid Under the Guaranteed Income Stream Relocation Loan Program ........ 84

(iii)

| | | |
|---|---|---|
| Article V — Definitions | | 84 |
| Section 1 | Employee | 84 |
| Section 2 | Years of Participation | 85 |
| Section 3 | Seniority | 87 |
| Section 4 | Plan | 88 |
| Section 5 | Carrier | 88 |
| Section 6 | Layoff | 88 |
| Miscellaneous Life and Disability Benefits Program Documents | | 89 |
| Items Agreed To September 28, 1999 | | 91 |
| Procedure for Review of Denied Claims | | 98 |
| Statement of Intent — Representation | | 101 |
| Miscellaneous Life and Disability Benefits Program Letters | | 107 |
| Eligibility for Employees With Adjusted Seniority Date | | 109 |
| MIC Programs | | 111 |
| IMO | | 113 |
| OLI and PAI Premium Waiver | | 115 |
| Reinstated Sickness and Accident | | 117 |
| Definition of Employee-NVG | | 118 |
| Optional and Dependent and Personal Accident Contribution Deductions | | 119 |
| Total Control Account | | 120 |
| Benefits Training and Education | | 121 |
| Improving Benefits Service Through Technology | | 123 |
| Special Enrollment – Optional and Dependent Life Insurance | | 125 |
| Optional Life Insurance Plans – Understandings | | 127 |
| Procedure for Review of Denied Claims | | 128 |
| Change in Appeal Process for SSDIB Claims | | 129 |

## INDEX

EXHIBIT B   Supplemental Agreement Between General Motors Corporation and the UAW (Life and Disability Benefits Program),

EXHIBIT B-1   The General Motors Life and Disability Benefits Program for Hourly Employees
*and*
Miscellaneous Life and Disability Benefits Program Documents and Letters

| | Reference | Page No. |
|---|---|---|
| **Accelerated Benefits Option:** | | |
| Amount Available | B, Sect. 12(c) | (15) |
| Eligibility for Benefits | B, Sect. 12(b) | (15) |
| Exclusions | B, Sect. 12(d) | (16) |
| Notice and Proof of Claim | B, Sect. 12(e) | (16) |
| Payment | B, Sect. 12(f) | (16) |
| Requirements | B, Sect. 12(a) | (15) |
| **Administration:** | | |
| Of Article II, Expense of | I, 5(b)(2) | 10 |
| Of Program, Expense of | B, Sect. 2(d) | (3) |
| Responsibility for | B, Sect. 4; | (4) |
| | I, 5(b)(1) | 10 |
| **Approval of Program by Board of Directors** | B, Sect. 1 | (1) |
| **Basic Life Insurance:** | | |
| Amount of Insurance | II, 1 | 11 |
| After Age 65 | II, 2(b) | 13 |
| Changes in Rate for Employees After Age 65 | II, 1 | 12 |
| Determined by: | | |
| Base Hourly Rate | IV, 1 | 79 |
| Cost-of-Living Allowance | IV, 1(c) | 79 |
| First Participating At or After Age 65 | II, 2(c) | 15 |
| Notice of, After Age 65 | II, 2(b)(4) | 15 |
| Prior to Age 65 | II, 2(a) | 13 |

Reduction of Insurance at
  Age 65 . . . . . . . . . . . . . . .   II, 2(b)    13
Subsequent to Becoming
  Covered Under the Program    IV, 2    79
Conversion Privilege and
  Coverage After Age 65 . . . . .    III, 4(d)    77
Eligibility . . . . . . . . . . . . . . . .    I, 3    4
Employee Placed On Disability
  Leave From Layoff . . . . . . .    III, 3(c)    73
Employee Returning From
  Military Leave . . . . . . . . .    I, 3(e);    7
       III, 2(d)(3)    72
Instalment Settlement Option . .    II, 4(b)&(c)    18
Payment of Benefits . . . . . . . . . .    II, 4    17
Reemployment of Retired
  Employee . . . . . . . . . . . . . . .    I, 3(d)(4);    6
       IV, 1(d)    79
Uninsured Employee Retiring
  From Layoff or Leave . . . . . .    III, 4(c)    76
While Receiving Workers
  Compensation . . . . . . . . . . . .    III, 3(d)    74
Work-Related Fatality Prior to
  Becoming Insured . . . . . . . . .    I, 3(g)    7

Beneficiary, Payment to:
  Basic Life and Extra Accident
    Insurance . . . . . . . . . . . . . . .    II, 4    17
  For Death Within 31 Days After
    Coverage Ceases . . . . . . . . . .    IV, 6(b)    83
  Personal Accident Insurance . . .    II, 11(g)    63
  Sickness and Accident
    Benefits . . . . . . . . . . . . . . . .    II, 6(j)(2)    25

Bridge Benefit (See Survivor
Income Benefit Insurance)

Certificate of Mailing . . . . . . . . . .    B, Sect. 8    (14)

Cessation of Coverages (See
"Continuance . . .")

Committee to Study and
Evaluate Life and Disability
Benefits . . . . . . . . . . . . . . . . . . . .    B, Sect. 4(d)    (8)

(vi)

Continuance Privileges and
Cessation of Life and Other
Coverages:
  Automatic Cessation of Sickness
    and Accident Benefit
    Coverage . . . . . . . . . . . . . . . .    III, 5    77
  Conversion Privilege . . . . . . . . .    II, 8(g);    37
       IV, 6    83
  Coverage After Age 65 . . . . . . .    III, 4(d)    77
  Death Within 31 Days After
    Cessation . . . . . . . . . . . . . . . .    IV, 6(b)    83
  Discontinuance of the Plan . . . .    III, 5(c)    78
  During Layoff . . . . . . . . . . . . . .    III, 2    68
    Failure to Meet Earnings
    Requirement Before
    Subsequent Layoff . . . . . . .    III, 2(c)    70
    For Employee Placed On
    Layoff From Disability
    Leave . . . . . . . . . . . . . . . .    III, 2(d)(2)    71
    For Employee Placed On
    Layoff From Military Leave . .    III, 2(d)(3)    72
    With Ten or More Years of
    Seniority . . . . . . . . . . . . . .    III, 2(b)    68
  During Non-Disability Leave . .    III, 2    67
  For Clinically Anticipated
    Disability . . . . . . . . . . . . . .    III, 2(d)(1)    71
  During Total Disability . . . . . . .    III, 3    72
  During Union Leave . . . . . . . . .    B, Sect. 5    (9)
  Failure to Make Required
    Employee Contribution . . . . .    III, 5(b)    78
  Following Cancellation of
    Disability Leave . . . . . . . . . .    III, 3(a)    72
  Following Quit or Discharge . . .    III, 5(a)    77
    During Appeal of Loss of
    Seniority . . . . . . . . . . . . . .    B, Sect. 6(b)    (10)
  For Disabled Employee:
    Placed On Disability Leave
    From Layoff . . . . . . . . . . . .    III, 3(c)    73
    Placed on Disability Leave on
    Reinstatement of Seniority
    Under Grievance Procedure . .    B, Sect. 6    (9)
    Receiving Extended Disability
    Benefits . . . . . . . . . . . . . . .    III, 3(a)    72

(vii)

Page 6  87

With Less Than Ten Years of
   Participation ............... III, 3(e)(1)  74
With Ten or More Years of
   Participation ............... III, 3(e)(2)  75
For Insured Employee:
  Ceasing Work At or After
   Age 60 ............... III, 4(a)  76
  Retiring Prior to Age 60 .... III, 4(b)  76
For Uninsured Employee Retiring
  From Layoff or Leave ....... III, 4(c)  76
  To Age 65 ............... III, 3(e)(2)  75
  While Receiving Extended
   Disability Benefits .......... III, 3(a)  72
  While Receiving Workers
   Compensation ............. III, 3(d)  74

**Contributions for Life and Other**
**Coverages:**
 Active Employee ............. III, 1  68
 Basic Life Insurance After
  Age 65 ............... II, 2(b)(3)  15
 Continuation of Coverages to
  Age 65 ............... III, 4(a)  76
 Disabled Employees .......... III, 3  72
  Entitled to Sickness and
   Accident Benefits ........ III, 3(a)  72
  On Approved Disability Leave . III, 3(a)  72
  Placed On Disability Leave
   From Layoff ............ III, 3(c)  73
  While Receiving Extended
   Disability Benefits ....... III, 3(a)  72
  With Less Than Ten Years of
   Participation ............ III, 3(e)(1)  74
  With Ten or More Years of
   Participation ............ III, 3(e)(2)  75
 During Appeal Following Loss
  of Seniority ............... B, Sect. 6(b)  (10)
 During Non-Disability Leave .. III, 2  68
 During Union Leave ......... B, Sect. 5  (9)
 Laid-Off Employee .......... III, 2  68
  Continuation Based on
   Seniority ............... B, Sect. 2(c)1  (2)
                  III, 2(b)(1)  69

(viii)

Sickness and Accident Benefit
 Coverage, If Disabled While
 on Non-Disability Leave .... III, 2(d)(1)  71
States With Disability Benefits
 Laws ................... I, 4  8
While Receiving Workers
 Compensation ............. III, 3(d)  74

**Conversion Privilege:**
For Employee Separated At or
 After Age 55 ............. III, 4(d)(2)  77
Provisions for Obtaining
 Individual Life Insurance
 Policy ................... IV, 6  83
Survivor Income Benefit
 Insurance ................ II, 8(g);  37
                  IV, 6(b)  83
**Corporation Options** ......... B, Sect. 3  (3)
**Cost-of-Living Allowance:**
Exclusion From Base Hourly
 Rate ................... IV, 1(c)  79
**Definitions** ................... V  84
**Dependent Life Insurance:**
Amount of Insurance ........ II, 10(d)  46
Cessation of Insurance ....... II, 10(h)  51
Continuation for Certain
 Survivors ............... II, 10(e)  47
Contributions:
 By Employee ............ II, 10(f)  47
 By Surviving Spouse ...... II, 10(f)  50
Conversion Privilege ........ II, 10(j)  52
Dependent, Definition of ..... II, 10(e)  44
Eligibility ................. II, 10(a)  43
Enrollment and Effective Dates . II, 10(b)  43
Payment of Benefits ......... II, 10(g)  50
Reserves ................. Misc.  115
**Disability Benefit Advances,**
**Recovery of** ................. IV, 5  82
**Disability Benefits Laws, State** .. I, 4  8
**Discharge (See "Continuance . . .")**
**Duration of Agreement** ....... B, Sect. 13  (12)

(ix)

Effective Date of Amended
Program .................... I, 1(b)         3
    Treatment of Existing Coverages
    on Effective Date ........... I, 6        10

Effective Date of Life and Other
Coverages .................. I, 3(f);        7
                           I, 3(g)          7

Eligibility Earnings
Requirement ................ I, 3(d);        5
                           III, 2          68

Eligibility For Life and Other
Coverages:
    Eligibility Earnings Requirement .. I, 3(d)      5
    Employees Returning From
        Military Leave ............ I, 3(e)        7
    Employees Returning to Work  . I, 3(d)        5
    If Rehired Prior to Becoming
        Eligible for Coverage ....... I, 3(c)        5
    New Employees .............. I, 3(b)        4
    Present Employees ........... I, 3(a)        4
    Rehired Employees ........... I, 3(c)        5
    While on Approved Vacation .. Misc.          92
    Work-Related Fatality Prior to
        Becoming Insured ......... I, 3(g)        7

Employee, Definition .......... V, 1          84

Enrollment, Employee Option for
Coverages .................. I, 2          3

ERISA ...................... B, Sect. 2(b)     (2)

Establishment of Program:
    Board of Director Approval .... B, Sect. 1     (1)
    By the Corporation ........... I, 1(a)       3

Extended Disability Benefits:
    Amount of Benefit ........... II, 7(b)        26
    Commencement and Duration of
        Benefits ................ II, 7(c)        29
                           II, 7(a)        26
    Eligibility ................. 
    If Disabled At or After
        Age 63 ................ II, 7(c)(2)(ii)   30
    If Rehired Prior to Becoming
        Eligible for Coverage ....... I, 3(c)        5

Impartial Medical Examinations  .. B, Sect. 8;     (13)
                           Misc.          113
    Not Applicable in States With
    Laws Providing Such
        Benefits ................ I, 4(a)        8
    Permanent Partial Disabilities .. II, 7(b)(1)(ii)  26
    Proof of Disability ........... II, 7(e)        32
    Rehabilitation ............... II, 7(d)        32
    Reinstatement of Benefits ..... II, 7(e)(2)     30
    Resumption of Benefits ....... II, 7(e)(3)     31
    Schedule of Benefits ......... II, 5          19
    Social Security, Reduction for
        Receipt of ............. II, 7(b)(1)(iii);  27
                           II, 7(b)(3)      28
    Suspension of Benefits ........ II, 7(b)(5)     29
    Workers Compensation,
        Reduction for Receipt of .... II, 7(b)(1)(ii);  26
                           II, 7(b)(2)(ii)   27

Extra Accident Insurance:
    Amount of Benefits .......... II, 3(b)        15
    Change in, for Rate Change
        for Employees After
        Age 65 ................ II, 1(1)        12
        For Work-Related Fatalities .. II, 3(b)        16
    Eligibility for Insurance ....... II, 3(a)        15
    If Rehired Prior to Becoming
        Eligible for Coverage ....... I, 3(c)        5
    Notice and Proof of Loss ...... II, 3(c)        17
    Payment of Benefits .......... II, 4          17
    Work-Related Fatality Prior to
        Becoming Insured ......... I, 3(g)        7

Fiduciary ................... I, 7          11

Financing ................... B, Sect. 2       (2)

General Motors Disability
Advances ................... Misc. 1        91
    Recovery of ............... IV, 5          82

Grievance Procedure, Non-
Applicability of ............... B, Sect. 9       (14)

Group Insurance Contract ..... B, Sect. 4(c)      (9)

(x)   (xi)

Page 8 87

Guaranteed Income Stream
Program:
  Relocation Loan, Not Repaid,
    Recovery of ..............   IV, 7           84
Impartial Medical Opinion
Program:
  Agreements ................   B, Sect. 8      (13)
  Certificate of Mailing, Use of ..   B, Sect. 8   (14)
  Designation of Physicians .....   B, Sect. 8   (14)
  Extended Disability Benefits ...   B, Sect. 8   (13)
  Failure to Report for
    Examination ..............   II, 6(i)(2)      25
  Mileage Allowance for Travel to
    Examination ..............   B, Sect. 8      (13)
  Sickness and Accident Benefits .   B, Sect. 8   (13)
Items Agreed To ..............   Misc.           91
Layoff, Definition of ..........   V, 6           88
Liability, Corporation .........   B, Sect. 2(b)  (2)
Military Leave, Employees
Returning From .............   I, 3(e);         7
                                III, 2(d)(3)     72
Net Costs ...................   I, 5(a)          9
Optional Life Insurance:
  Amount of Insurance .........   II, 9(c)        40
  Cessation of Insurance .......   II, 9(f)        41
  Contributions, By Employee ...   II, 9(d)        40
  Conversion Privilege .........   II, 9(g)        42
  Eligibility ..................   II, 9(a)        38
  Enrollment and Effective
    Dates ...................   II, 9(b)        38
  Payment of Benefits ..........   II, 9(e)        41
  Reserves ..................   Misc.           115
Overpayments, Recovery of ....   B, Sect. 10     (14)
  Waiver by the Carrier ........   IV, 4(d)        82
Part-Time Employees .........   IV, 3           81
Personal Accident Insurance:
  Amount of Insurance .........   II, 11(d)       56
  Personal Coverage .........   II, 11(d)(1)     56
  Family Coverage .........   II, 11(d)(2)     56

(xii)

Schedule of Losses .........   II, 11(d)        57
Cessation of Insurance ........   II, 11(i)        65
Comatose ..................   II, 11(d)(5)     58
Common Disaster ..........   II, 11(d)(9)     60
Continuation After Cessation
  of Active Work ..........   II, 11(j)        66
Contributions
  By Employees and Retirees ..   II, 11(e)        61
Dependent, Definition of ......   II, 11(c)        55
Eligibility ..................   II, 11(a)        54
Enrollment and Effective Dates .   II, 11(b)        55
Exclusions ................   II, 11(f)        62
Paralysis ..................   II, 11(d)(4)     58
Payment of Benefits .........   II, 11(g)        63
Seatbelt and Airbag Benefit ....   II, 11(d)(10)    60
Repatriation Expense Benefit ..   II, 11(d)(11)    61
Special Education ...........   II, 11(d)(6)     58
Special Child Care Center .....   II, 11(d)(7)     59
Spousal Occupational Training .   II, 11(d)(8)     60
Plan, Definition of ............   V, 4           88
Procedure for Review of Denied
Claims ....................   Misc.           98
Program Modification, Disability
Laws, Federal or State:
  Corporation Options ..........   B, Sect. 3      (3)
  Program in States With
    Disability Benefits Laws ....   I, 4           8
Quit (See "Continuance . . . ")
Reports, Annual ............   B, Sect. 4(b)    (4)
Schedule of Benefits:
  Basic Life and Extra Accident ..   II, 1           12
  Disability ..................   II, 5           19
Seniority, Definition of .........   V, 3           87
Sickness and Accident Benefits:
  Amount of Benefit ..........   II, 5           18
  Permanent Partial Disability,
    Treatment of ............   II, 6(f)(2)       23
  Prior to Attaining One Year's
    Seniority ..............   II, 6(e)         21

(xiii)

Page 9 87

| | | |
|---|---|---|
| Corporation Options .......... | B, Sect. 3 | (3) |
| Daily Benefits ............... | II, 6(c) | 22 |
| Definition of Disability ....... | II, 6(a)(1) | 20 |
| Disability Benefits Laws, State . | I, 4 | 8 |
| Duration and Commencement of Benefits ................. | II, 6(b) | 21 |
| Benefits for More Than One Absence ............... | II, 6(d) | 22 |
| Eligibility ................... | II, 6(a) | 20 |
| Eligibility Earnings Requirement | | |
| (Regeneration) .......... | B, Sect. 7(a); | (11) |
| | I, 3(d) | 5 |
| Failure to Report for Medical Examination ............. | II, 6(i)(2) | 25 |
| For Day Eligible for Holiday Pay .................... | II, 6(a)(2) | 21 |
| For Organ Donor Testing ...... | II, 6(a)(1) | 20 |
| For Sterilization ............. | II, 6(a)(1) | 20 |
| For Treatment in Substance Abuse Facility ........... | II, 6(a)(1) | 20 |
| If Rehired Prior to Becoming Eligible for Coverage ....... | I, 3(c) | 5 |
| Medical Examination of Employee ................ | B, Sect. 8; | (13) |
| | II, 6(i)(2); | 25 |
| | Misc. | 113 |
| Not Applicable in States With Laws Providing Such Benefits .. | I, 4(a) | 8 |
| Notice and Proof of Claim ..... | II, 6(i) | 24 |
| Occupational Disabilities ...... | II, 6(f) | 23 |
| Payment of Benefits .......... | II, 6(j) | 25 |
| Reduced Benefits for Newly Eligible Employees ........ | II, 6(e) | 23 |
| Reinstatement for Employees: Disabled While on Non-Disability Leave ......... | III, 2(d)(1) | 71 |
| Eligible for Trade Readjustment Act ........ | B, Sect. 7 | (11) |
| On SUB Covered Layoff .... | B, Sect. 7 | (11) |
| Prior to Meeting Eligibility Earnings Requirement After Return From Layoff ...... | B, Sect. 7 | (11) |

(xiv)

| | | |
|---|---|---|
| Reinstatement of 1987 Program ............... | Misc. | 117 |
| Upon Reemployment After: Occupational Disability Absence ............... | IV, 2(d) | 80 |
| Retirement ............. | I, 3(d)(4); | 6 |
| | IV, 1(d) | 79 |
| Social Security Benefits: Reduction of ............ | II, 6(h); | 24 |
| | Misc. | 92 |
| Suspension of Benefits ........ | II, 6(h) | 24 |
| Unemployment Compensation: Effect of ............. | II, 6(g) | |
| Waiting Period .............. | II, 6(b)(2); | 21 |
| | Misc. | 91 |
| Waiver of Benefits ........... | II, 6(k) | 25 |
| Social Security Benefits: Survivor Income Benefits ..... | II, 8(a); | 32 |
| | II, 8(f)(I) | 36 |
| Extended Disability Benefits ... | II, 7(b)(1)(iii) | 27 |
| | II, 7(b)(3) | 28 |
| Sickness and Accident Benefits . | II, 6(h); | 24 |
| | Misc. | 92 |
| State Insurance Laws ......... | B, Sect. 11 | (15) |
| Supplemental Life and Disability Benefits Agreement: Duration of ................. | B, Sect. 11 | (15) |
| Parties to .................. | Exhibit B | (1) |
| Survivor Income Benefit Insurance: Bridge Benefit: Amount and Duration of Benefits ............... | II, 8(e) | 36 |
| Age 62, Attainment of .... | II, 8(f)(2)(ii) | 37 |
| Eligibility for ............. | II, 8(e) | 36 |
| Age of Spouse .......... | II, 8(e) | 36 |
| Age of Spouse and Employee's Years of Participation .......... | II, 8(e) | 36 |
| If Rehired Prior to Becoming Eligible for Coverage ............ | I, 3(c) | |

(xv)

| Work-Related Fatality Prior | | |
| to Becoming Insured ... | I, 3(g) | 7 |
| Payment of ............... | II, 8(f) | 36 |
| Conversion Privilege ......... | II, 8(g); | 37 |
| | IV, 6 | 83 |
| Coverage for Totally and | | |
| Permanently Disabled | | |
| Pensioner ............... | II, 8(a) | 32 |
| Transition Benefits: | | |
| Amount of Insurance ....... | II, 8(a) | 32 |
| Eligibility for ............... | II, 8(a) | 32 |
| If Rehired Prior to Becoming | | |
| Eligible for Coverage ..... | I, 3(c) | 5 |
| One Year Marriage | | |
| Requirement ........... | II, 8(c) | 34 |
| Work-Related Fatality Prior to | | |
| Becoming Insured ....... | I, 3(g) | 7 |
| Eligible Survivors, Classes of .. | II, 8(c) | 34 |
| Payment of .................. | II, 8(b) | 33 |
| Sequence of Payments ....... | II, 8(d) | 35 |
| Retirement, Eligibility After ... | II, 8(a) | 32 |
| Transition Benefit (See Survivor | | |
| Income Benefit Insurance) | | |
| Years of Participation: | | |
| Credited Service in Lieu of .... | V, 2(c) | 86 |
| Definition of ................ | V, 2 | 85 |
| Employees Age 65, Basic Life | | |
| Insurance for .............. | II, 2(b) | 13 |
| For Coverage After Age 65 .... | III, 4(d) | 77 |
| For Extended Disability Benefits | II, 7(c)(2) | 29 |
| For Insurance Continuance: | | |
| During Total Disability ..... | III, 3(a)(2) | 72 |
| To Age 65 ............... | III, 4(a) | 76 |
| For Sickness and Accident | | |
| Benefits .................. | II, 6(b)(1) | 21 |
| Years of Seniority ............. | B, Sect. 2(c)(1) | (2) |

**INDEX TO
OTHER LIFE AND DISABILITY
BENEFITS ITEMS**

Items Agreed To September 28, 1999 .......... 91
Life and Disability Benefits .................... 91
Disability Benefits Procedures for Offset by
Social Security Benefits .................... 92
General Motors Disability Advances .......... 91
Letter Agreement Regarding:
Benefits Training and Education ............... 121
Contribution Deductions (OLI, DLI & PAI) .... 119
Definition of Employee
New Venture Gear ...................... 118
Denied Claims ............................ 128
Eligibility for Employees With
Adjusted Seniority Date .................... 109
Improving Benefits Service
Through Technology ...................... 123
MIC Programs ............................ 111
Optional Life Insurance Plans – Understandings .. 127
Premium Waiver (OLI, PAI) .................. 115
Reinstated S&A (1987 Program) ............... 117
Single IMO Administrator .................... 113
Special Enrollment – Optional and
Dependent Life Insurance ................. 125
SSDIB Process ............................. 129
Total Control Account ....................... 120
Procedure for Review of Denied Claims ......... 98
Statement of Intent
Representation ............................. 101

1160 S6bb      £180960IIN

EXHIBIT B

# SUPPLEMENTAL AGREEMENT

### (Life and Disability Benefits Program)

IN 090813   26 001 2

IN 090813   4495 0012

B, Sect. 1

# SUPPLEMENTAL AGREEMENT
## (LIFE AND DISABILITY
## BENEFITS PROGRAM)

On this twenty-eighth day of September 1999, General Motors Corporation, hereinafter referred to as the Corporation, and the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, hereinafter referred to as the Union, on behalf of the employees covered by the Collective Bargaining Agreement of which this Supplemental Agreement becomes a part, agree as follows:

### Section 1. Establishment of Program

Subject to the approval of its Board of Directors the Corporation will establish an amended Life and Disability Benefits Program, hereinafter referred to as the "Program", a copy of which is attached hereto as Exhibit B-1 and made a part of this Agreement to the extent applicable to the employees represented by the Union and covered by this Agreement as if fully set out herein, modified and supplemented, however, by the provisions hereinafter. In the event of any conflict between the provisions of the Program and the provisions of this Agreement, the provisions of this Agreement will supersede the provisions of the Program to the extent necessary to eliminate such conflict.

In the event that the Program is not approved by the Board of Directors of the Corporation, the Corporation, within 30 days after any such disapproval, will give written notice thereof to the Union and this Agreement shall thereupon have no force or effect. In that event the matters covered by this Agreement shall be the subject of further negotiation between the Corporation and the Union.

(1)

B, Sect. 2

## Section 2. Financing

(a) The Corporation agrees to pay the contributions due from it for the Program in accordance with the terms and provisions of Exhibit B-1.

(b) The Corporation shall be relieved of any further liability with respect to the benefits provided under the Program, except as otherwise may be required by the Employee Retirement Income Security Act of 1974.

(c) Corporation contributions shall be in accordance with this subsection (c) for Basic Life, Extra Accident and Survivor Income Benefit Insurance continued while on layoff pursuant to the provisions of Article III, Section 2(b)(1) of the Program as follows:

(1) In any month during which the employee is continuously laid off for one of the reasons set forth in Article V, Section 6 of the Program, and with respect to such month receives no earnings from the Corporation, the Corporation shall provide continued coverages as set forth in the following Schedule:

B, Sect. 2(c)(1)

**SCHEDULE OF INSURANCE CONTINUANCE
FOR EMPLOYEES LAID OFF
AS DEFINED UNDER THIS PROGRAM**

| Years of Seniority* as of Last Day Worked Prior to Layoff | Maximum Number of Months for Which Coverage Will Be Continued Without Cost to Employee |
|---|---|
| Less than 1 | 0 |
| 1 but less than 2 | 4 |
| 2 but less than 3 | 6 |
| 3 but less than 4 | 8 |
| 4 but less than 5 | 10 |
| 5 but less than 10 | 12 |
| 10 and over | 24 |

*For the purpose of this Schedule, Seniority is as defined under Article V, Section 3 of the Program.

(2) With respect to any period of continuous layoff, changes in an employee's seniority subsequent to the date layoff begins shall not change the number of months of Corporation contributions for which such employee is eligible.

(d) Unless otherwise specifically provided herein, the Corporation shall pay all expenses incurred by it in the administration of the Program.

## Section 3. Corporation Options

The options afforded the Corporation to provide a plan of benefits supplementary to state plan benefits or to substitute a private plan of benefits for state plan benefits as provided in Sections 4(a) and 4(b), respectively, in Article I of the Program shall not be exercised except by mutual agreement between the Corporation and the Union.

(2)

(3)

B, Sect. 4

B, Sect. 4(b)(7)

## Section 4. Administration

(a) The Corporation shall have the responsibility for administration of the Program.

(b) Each year the Corporation will furnish the Union the following information with respect to coverages provided under Article II of the Program:

(1) number of employees covered for Sickness and Accident, and Extended Disability Benefit coverages, by base hourly rate bracket and by coverage, and total aggregate amount in effect for each such coverage;

(2) separately for Basic Life and Extra Accident Insurance, the number of employees under age 65 insured, by base hourly rate bracket and age, and total aggregate insurance in effect for each such coverage during December of the preceding calendar year;

(3) number of employees age 65 and over insured for Continuing Life Insurance and aggregate insurance in force, by base hourly rate bracket and age, during December of the preceding calendar year;

(4) number of retired employees insured for Basic Life Insurance and Continuing Life Insurance and aggregate insurance in force, by base hourly rate bracket and age, during December of the preceding calendar year;

(5) average number of lives covered for Basic Life, Sickness and Accident, Extended Disability Benefit, and Continuing Life coverages, by coverage, in the preceding calendar year;

(6) unit premiums, total premiums paid, claims paid, increase in claim reserves, and claims incurred, by type of coverage, for the preceding calendar year;

(7) increase in reserves, by type of reserve, during the preceding calendar year and amount of reserves, by types of reserve, at the end of the preceding calendar year;

(8) interest allowed on reserves, expenses and taxes, net cost, refund of excess premiums, and employee contributions, for the preceding calendar year;

(9) separately for Basic Life and Extra Accident Insurance, the number of insured employee deaths by total amount paid (in $500 brackets), age (in 5-year brackets) and sex of deceased for the preceding calendar year;

(10) separately for Basic Life and Extra Accident Insurance, the number of insured retired employee deaths by total amount paid (in $500 brackets), age (in 5-year brackets) and sex of deceased for the preceding calendar year;

(11) number of Survivor Income Benefit Insurance claims, separately for such claims which involve transition benefits only and for such claims which involve both transition and bridge benefits, with the first payment made during the preceding calendar year, by survivor class and by age of survivor at date of employee's death;

(12) for Survivor Income Benefit Insurance claims with the first payment made during the preceding calendar year, the present value at commencement of such claims, separately for such claims which involve transition benefits only and for such claims which involve both transition and bridge benefits;

(13) for Survivor Income Benefit Insurance claims terminated during the preceding calendar year, the number of claims, the average number of payments made, and total amount paid, by reason of termination

(4)

(5)

B, Sect. 4(b)(13)

(death, marriage, maximum payment, waivers, age), separately for such claims which involve transition benefits only and for such claims which involve both transition and bridge benefits;

(14) monthly average number of employees covered for Sickness and Accident Benefits in the preceding calendar year, and number of claims, amount, average duration (including and excluding waiting period), average gross weekly benefit, average weekly amount of Social Security Benefit offset, and average daily benefit of Sickness and Accident Benefit claims closed during the preceding calendar year, by sex. Such information will exclude pregnancy claims and California claims;

(15) number of Sickness and Accident Benefit claims closed during the preceding calendar year, by duration (including and excluding waiting period), type of claim (Illness: hospitalized, non-hospitalized, outpatient surgery for which a benefit of $25 or more was payable; Accident: hospitalized occupational, hospitalized non-occupational, non-hospitalized occupational, non-hospitalized non-occupational, occupational outpatient surgery for which a benefit of $25 or more was payable, non-occupational outpatient surgery for which a benefit of $25 or more was payable), and sex. Such information will exclude pregnancy claims and California claims;

(16) with respect to Extended Disability Benefit claims for which first payment was made during the preceding calendar year, number of claims, average gross monthly benefit, average monthly amount of each benefit offset (pension, workers compensation, Social Security, other), and average net monthly benefit, by sex, age (5-year brackets), and full Years of Participation;

(17) for Extended Disability Benefit claims terminated during the preceding calendar year, the

(6)

B, Sect. 4(b)(17)

number of claims and the average number of payments made, by reason of termination (recovery, death, age 65, maximum duration, waiver), by age at commencement of benefit (5-year brackets), and sex; 

(18) number of employees insured for Optional Life Insurance, by age (5-year brackets) and insurance schedule, during December of the preceding year;

(19) for Optional Life Insurance, total premium paid, interest allowed on reserves, expenses and taxes, claims paid, claims pending, liability for unreported claims, claims incurred, premium stabilization reserve, and surplus, at the end of the preceding calendar year;

(20) for Optional Life Insurance, the number of claims paid by age (5-year brackets) and insurance schedule during the preceding calendar year;

(21) number of employees insured for Dependent Life Insurance, by age (5-year brackets) and insurance schedule, during December of the preceding year;

(22) for Dependent Life Insurance, total premium paid, interest allowed on reserves, expenses and taxes, claims paid, claims pending, liability for unreported claims, claims incurred, premium stabilization reserve, and surplus, at the end of the preceding calendar year;

(23) for Dependent Life Insurance, the number of claims paid by employee age (5-year brackets) and insurance schedule (distinguishing between spouse and child), during the preceding calendar year;

(24) number of employees insured for Personal Accident Insurance, by insurance schedule, during December of the preceding year;

(25) number of retired employees insured for Personal Accident Insurance, by insurance schedule, during December of the preceding year;

(7)

B. Sect. 4(b)(26)

(26) for Personal Accident Insurance, total premium paid, interest allowed on reserves, expenses and taxes, claims paid, claims pending, liability for unreported claims, claims incurred, premium stabilization reserve, and surplus, at the end of the preceding calendar year;

(27) for Personal Accident Insurance, the number of claims paid by insurance schedule, separately by employees and retired employees, during the preceding calendar year.

(c) A representative of the Corporation and the Union will review a copy of the Group Insurance contract and any riders or amendments thereto. In the event of any conflict between the provisions of the contract and any riders or amendments thereto and the provisions of this Supplemental Agreement, the Corporation shall have the Group Insurance contract and any riders or amendments thereto modified so that provisions of such contract document shall be in agreement with the provisions of this Supplemental Agreement.

(d) A Committee composed of an equal number of members designated by the Union and an equal number of members designated by the Corporation shall be established to study and evaluate the coverages provided under Article II of the Program, to make recommendations to the Carrier, and to implement pilot programs, for the purpose of improving the functioning of such coverages and reducing costs, while continuing to provide the level of the benefits under, and consistent with the intent of, such coverages. In the performance of its duties, this Committee shall consult with and advise representatives of the Carrier providing such coverages and keep the parties to the Collective Bargaining Agreement informed with respect to the problems which arise in the operation of such coverages.

(8)

B. Sect. 5

## Section 5. Coverages During Union Leave of Absence

(a) An employee who is on leave of absence requested by the Local Union to permit such employee to work for the Local Union may continue, until the date such leave or any extension thereof ceases to be operative, all coverages provided in Article II of the Program. The employee shall pay 60¢ per month per $1000 of Basic Life Insurance for Basic Life, Extra Accident and Survivor Income Benefit Insurance, $5.00 per month for Sickness and Accident and Extended Disability Benefit coverages, and the full cost of Optional and Dependent Life Insurance and Personal Accident Insurance.

(b) An employee who is on leave of absence granted under Paragraph (109a) of the Collective Bargaining Agreement may continue, until the date such leave or any extension thereof ceases to be operative, Basic Life, Extra Accident, Survivor Income Benefit, Optional Life and Dependent Life Insurance. The employee shall contribute 60¢ per month per $1000 of Basic Life Insurance for Basic Life, Extra Accident and Survivor Income Benefit Insurance, and the full cost of Optional and Dependent Life Insurance and Personal Accident Insurance.

(c) Furthermore, such leaves of absence existing on the applicable effective date of the amended Program for any such employees will not operate to defer the effective dates of any such coverages for such employees under the Program.

## Section 6. Coverages Following Loss of Seniority

The provisions of Article III, Section 5(a) to the contrary notwithstanding, if an employee loses seniority under the Collective Bargaining Agreement pursuant to:

(9)



B, Sect. 6(a)

B, Sect. 6(b)

(a)  Paragraphs (64)(c), (64)(d), (111)(a), or (111)(b), all coverages provided under Article II shall cease as of the last day of the month in which seniority is lost;

(b)  Paragraph (64)(a) or (64)(b), and if such employee is seeking to have seniority reinstated through the grievance procedure established in the Collective Bargaining Agreement, all coverages provided under Article II shall cease as of the last day of the month in which seniority is lost.

If an employee loses seniority pursuant to Paragraphs (64)(a), (64)(b), (64)(c), (64)(d), (111)(a), or (111)(b) of the Collective Bargaining Agreement, and if such employee is seeking to have seniority reinstated through the grievance procedure established in the Collective Bargaining Agreement, such employee's Basic Life, Extra Accident, Survivor Income Benefit, Optional Life, Dependent Life and Personal Accident Insurance provided in Article II of the Program may be continued while such employee's grievance is pending beyond the periods specified in (a) or (b) above. The employee shall contribute 50¢ per month per $1000 of Basic Life Insurance for Basic Life, Extra Accident, and Survivor Income Benefit Insurance, and the full cost of Optional Life, Dependent Life and Personal Accident Insurance.

The provisions of Article III, Section 5(a) to the contrary notwithstanding, if an employee loses seniority under the Collective Bargaining Agreement pursuant to Paragraphs (64)(a), (64)(b), (64)(c), (64)(d), (111)(a), or (111)(b), and if such employee has seniority reinstated through the grievance procedure established in the Collective Bargaining Agreement, but is unable to return to work because of disability, and is placed on a Sick Leave of Absence, for purposes of coverages provided under Article II such employee will be deemed to have returned to active work on the

(10)

last regularly scheduled work day prior to the day such employee would otherwise have returned to work except for such disability.

### Section 7.  Reinstatement of Sickness and Accident Benefit Coverage During Layoff

(a)  Sickness and Accident Benefit coverage shall be reinstated, subject to the modifications set forth herein, for an employee insured for Basic Life Insurance who becomes wholly and continuously disabled while on a qualifying layoff as defined in the Supplemental Unemployment Benefit Plan or who, upon responding to recall from such layoff, is found medically disabled by the plant physician, thereby preventing return to work, or is certified by such employee's physician to be unable to return to work because of disability, and who was either eligible for a Regular SUBenefit, or a Trade Readjustment Allowance benefit such as those payable under the Trade Act of 1974, or was employed by another employer, immediately prior to becoming disabled. In addition, an employee who returns to active work with the Corporation from a permanent layoff, and becomes disabled prior to satisfying the eligibility requirements for Sickness and Accident and Extended Disability Benefit coverages set forth in Article I, Section 3(d) of the Program, shall have Sickness and Accident Benefit coverage so reinstated.

(b)  The provisions of Article II, Section 6 of the Program to the contrary notwithstanding, Sickness and Accident Benefits provided hereunder for an employee who last worked prior to October 1, 1990, shall be payable only if the employee has at least one Credit Unit under the 1987 SUB Plan with respect to each Week (as defined in such SUB Plan) for which Sickness and Accident Benefits are claimed (Credit

(11)

B, Sect. 7(b)

Units shall be canceled for each Sickness and Accident Benefit payable, in accordance with Article III, Section 4 of the 1987 SUB Plan). No Sickness and Accident Benefit provided hereunder shall be payable for any Week for which the Credit Unit Cancellation Base under such SUB Plan is below the applicable dollar amount at which a SUBenefit is payable in accordance with the employee's seniority as provided under Article II, Section 5(b) of the 1987 SUB Plan.

(c) Such benefits shall be payable effective the later of the day following the last day for which a Regular SUBenefit or a Trade Readjustment Allowance benefit was payable to the employee, or the first day of disability.

(d) The Sickness and Accident Benefit for any Week shall be reduced by the amount of any other disability benefit the employee receives for the same Week under a plan financed in whole or in part by another employer.

(e) Except as specifically modified herein, the payment of reinstated Sickness and Accident Benefits shall be governed by the applicable provisions of the Program with respect to Sickness and Accident Benefit coverage.

(f) Notwithstanding the provisions of Article III, Section 2(c) of the Program, if an employee on layoff becomes wholly and continuously disabled and becomes eligible for reinstated Sickness and Accident Benefits under this Section 7, the Corporation will continue Basic Life, Extra Accident and Survivor Income Benefit Insurance coverages while the employee remains wholly and continuously disabled, but not to exceed the period for which is eligible to receive Extended Disability Benefits.

(12)

B, Sect. 8

### Section 8. GM-UAW Impartial Medical Opinion Program

Impartial Medical Opinion programs developed in accordance with the Statement of Intent (Impartial Medical Examination Review Procedure) dated November 19, 1973, which were designed to provide an impartial medical opinion in disputed Sickness and Accident Benefit cases which is final and binding upon the Corporation, the Union, the insurance company and the employee, shall continue indefinitely, except that either party to this Agreement has the right to terminate a program effective 90 days after giving written notice of such decision to the other party. In the event a program is terminated, the administrative practices and procedures in effect prior to the establishment of the program for the plant or geographical area affected will be reinstated until a new arrangement is agreed to by the parties.

Examinations requested by the insurance company in accordance with Article II, Section 7(e) of the Program shall be performed, whenever possible, by physicians who have been designated as impartial medical examiners in accordance with agreements made between the Corporation and the Union pursuant to the Statement of Intent (Impartial Medical Examination Review Procedure) dated November 19, 1973. The opinion of such an examiner with respect to the existence of total disability as defined in Article II, Section 7(a) of the Program shall be final and binding upon the Corporation, the Union, the insurance company, and the employee.

An employee whose residence is more than forty (40) miles one way from the office where a medical examiner will perform an examination will be reimbursed, upon request, at the rate of thirty-one (31) cents per mile for miles actually driven from such residence to such physician's office and back, using the most direct route available.

(13)

**B, Sect. 8**

A Certificate of Mailing will be obtained from the United States Postal Service whenever a notice is mailed to an employee advising such employee to report for a medical examination in accordance with Article II, Section 6(i)(2) or 7(e) of the Program.

Notwithstanding the provisions of Article II, Sections 6(i)(2) and 7(e) of the Program, the designation of a physician by the insurance company, whenever possible, shall be subject to the provisions of any Impartial Medical Opinion program applicable to the employee to be examined.

### Section 9. Non-Applicability of Collective Bargaining Agreement Grievance Procedure

No matter respecting the Program as modified and supplemented by this Agreement or any difference arising thereunder shall be subject to the grievance procedure established in the Collective Bargaining Agreement between the Corporation and the Union.

### Section 10. Recovery of Benefit Overpayments

If it is determined that any benefit(s) paid to an employee under a General Motors benefit plan incorporated under the GM-UAW National Agreement or any Exhibits thereto, should not have been paid or should have been paid in a lesser amount, written notice thereof shall be given to such employee and the employee shall repay the amount of the overpayment.

If the employee fails to repay such amount of overpayment promptly, the Corporation, on behalf of the applicable benefit plan, shall arrange to recover the amount of such overpayment from any monies then payable, or which may become payable, to the employee in the form of wages or benefits payable

(14)

**B, Sect. 10**

under a General Motors benefit plan (excluding the General Motors Hourly-Rate Employees Pension Plan) incorporated under the GM-UAW National Agreement or any Exhibits thereto.

### Section 11. Amounts of Life Insurance in States With Insurance Laws Which Conflict With Insurance Policy Provisions

The Basic Life, Optional Life and Dependent Life Insurance Programs shall be administered in compliance with applicable state laws to the extent legally required and to the extent such laws are not preempted by federal law.

### Section 12. Payment of Basic Life Insurance Under an Accelerated Benefits Option

(a) *Requirements*

Effective January 1, 1997, a terminally ill employee or retiree who has a life expectancy not to exceed 12 months, may access a portion of Basic Life Insurance.

(b) *Eligibility for Benefits*

An employee or retiree is eligible for payment of an accelerated benefit if at the time the employee, retiree or a legal representative applies for the payment, Basic Life Insurance is in effect and the employee or retiree meets the requirements specified in (a) above.

(c) *Amount Available for Accelerated Benefit Payment*

The maximum amount of the accelerated benefit is 50% of the amount of the Basic Life Insurance in force as of the date the insurance company accepts that all requirements are met.

(15)

B, Sect.12(c)

If Basic Life Insurance will be reduced within twelve months of the date the accelerated benefit is approved, such payment will be limited to 50% of the fully reduced amount of coverage.

Payment of an accelerated benefit will reduce the amount of Basic Life Insurance payable at death. The total of the accelerated benefit payment and the amount payable at death may never exceed the amount which would have been payable without the accelerated benefit provision.

### (d) *Exclusions*

An accelerated benefit will not be payable if (1) all or a portion of an employee's or retiree's Basic Life Insurance is to be paid to a former spouse of the employee as part of a divorce agreement; (2) the employee or retiree is making contributions for Basic Life Insurance; or (3) a totally and permanently disabled employee or retiree is drawing out their life insurance benefits.

### (e) *Notice and Proof of Claim*

The benefit will be payable only following receipt of a claim form and certification acceptable to the insurance company from a physician confirming that the employee or retiree meets the requirements in (a) above.

The insurance company shall have the right and opportunity to have medical examinations of the employee or retiree made by a physician or physicians designated by it.

### (f) *Payment of Accelerated Benefits*

Accelerated benefits are payable only if the employee or retiree is living when payment is made. Accelerated benefits are payable in a lump-sum. No other payment options are available.

(16)

B, Sect.12(f)

An employee or retiree may receive an accelerated benefit payment only once, regardless of the amount elected.

### Section 13. Duration of Agreement

This Agreement and Program as modified and supplemented by this Agreement shall continue in effect until the termination of the Collective Bargaining Agreement of which this is a part.

In witness hereof, the parties hereto have caused this Agreement to be executed the day and year first above written.

(17)

| INTERNATIONAL UNION, UAW | GENERAL MOTORS CORPORATION |
|---|---|
| STEPHEN P. YOKICH | JOHN F. SMITH, JR. |
| RICHARD SHOEMAKER | HARRY J. PEARCE |
| JIM BEARDSLEY | G. R. WAGONER, JR. |
| DICK MONCZKA | GARY L. COWGER |
| HENDERSON SLAUGHTER | DEAN W. MUNGER |
| PAUL MASSARON | FREDERICK R. CURD, JR. |
| FRANK MUSICK | JAMES C. CUBBIN |
| JOE SPRING | RICHARD F. O'BRIEN |
| L. E. BUNCH | LARRY E. KNOX |
| BILL CAPSHAW | TERRY LEE |
| MIKE GRACEY | DIANA D. TREMBLAY |
| RICK LYONS | THOMAS A. CROSKEY |
| JUDY MURPHY | GARY N. PHELEY |
| KEN TERRY | ARTHUR R. SCHWARTZ |
| TOM WALSH | THOMAS E. UTTER |
| TOM WEEKLEY | THOMAS W. ALLEN |
| TOM RICHARDSON | JOHN H. BERRY III |
| JIM SHROAT | E. PRESTON BOLDEN |
| RON BIEBER | BRUCE E. BRADLEY |
| BENNIE BURGESS | W. GARY BRYANT |
| ESTHER CAMPBELL | JOHN P. CARDIERO |
| SCOTT CAMPBELL | VALERIE J. CATCHINGS |
| BOB FARLEY | LERICK R. CHISSUS |
| GREG FEDAK | KEVIN W. COBB |
| LARRY JOLLY | STUART R. COHEN |
| DICK JONES | WILLIAM L. COWELL |
| TONY ORTIZ | PRESTON M. CRABILL |
| HAROLD SHELTON | DONALD E. FRAZIER |
| LAWRENCE SMITH | DANIEL G. GALANT |
| CINDY SUEMNICK | THOMAS A. GAWEL |
| WILLIE WILLIAMS | ELISE R. GRENIER |
| WAYNE BELUE | MICHAEL A. HALL |
| BOB BUENO | FRANCIS S. JAWORSKI |
| DICK DIFFIN | ROBERT A. JENNENS |
| NORWOOD JEWELL | CARLTON V. MATZELLE |
| MIKE JONES | TERRY J. MCDOUGALL |
| GREG NELSON | ROBERT D. MORONI |
| RITA PERSINGER | RONALD E. NEWTON |
| JEFF PIETRZYK | CHERYL A. OLLILA |
| RUSS RUSSAW | DANIEL J. OSBORNE |

(18)

| INTERNATIONAL UNION, UAW | GENERAL MOTORS CORPORATION |
|---|---|
| CLYDE SIMS | ALICE M. OSBURN |
| STAN STOKER | SHAWN J. PALLAGI |
| RAY ALLEN | THOMAS H. PARKHILL |
| PAUL ALLMAND | MARK C. PIERONI |
| TOM AMENO | JEAN L. ROSE |
| RON BAUG | JEFFREY E. SMITH |
| SCOTT BEAN | RICHARD M. STIFTER |
| GARRY BERNATH | ALAN H. STROHMAIER |
| CHARLIE BEST | THOMAS G. WEATHERUP |
| JIM BLANB | D. MIKE WHITE |
| BILL BOWERS | JAY C. WILBER |
| REBECCA CABREROS | MARCUS WILSON, M.D. |
| JERRY CHOTKOWSKI | AVA D. AUBREY |
| JAMES CIOTTI | JAMES F. BALL |
| JOHN G. CLARK | RENEE M. BARONE |
| JERRY CLIFTON | MAGDALENA T. CHAVEZ |
| JESSE CONWAY | MARY K. COARI |
| HAROLD COX | MICHAEL V. COLETTA |
| CHARLIE COY | THOMAS L. CRAGG |
| SHELLEY CZEIZLER | LEE CRAWFORD |
| STEVE CZERNESKI | DIANE M. DOWNS |
| DON DOUGLAS | DARVAN DRAPER |
| STEVE FEATHERSTON | KEVIN B. DUFF |
| JOHN FEDEWA | DIANNE ENDE |
| RAY GIBSON | DIANA GOWING |
| DAN GINGERICH | CYNTHIA M. HALEY |
| LARRY GONTKO | SHELLY L. HAMLIN |
| MOSES GREEN | CRAIG HARRINGTON |
| MIKE GRIMES | JAN L. HUBBELL |
| LESLIE HALLIBURTON | SONDRA P. HUDDLESTON |
| BILL HAYES | JEFFREY W. JOHNSON |
| DIANA HROVATIN | BETTY SUE JONES |
| MOHAMMED ISA | DON KARPINSKI |
| SAM ISAAC | MICHAEL W. KENERSON |
| MARK KELLY | CYNTHIA KIRMAN |
| JIM KING | JOANN KITCHEN |
| DAVID KOEPCKE | ANTHONY KLEMER |
| PETE KOROLENKO | ELIZABETH M. LAMARRA |
| DAN LACK | SUSAN MARTZ |
| DALE LEBEAU | CHARLES G. MATTHEWS |

(19)

| INTERNATIONAL UNION, UAW | GENERAL MOTORS CORPORATION |
|---|---|
| RANDY LENTZ | TIMOTHY J. MCDONALD |
| FAYE MCAFEE | DELORES J. MCFARLAND |
| RICK MCKIDDY | RHONDA B. ORR |
| STEVE MCLIMANS | PHILIP J. RANSDELL |
| PAUL MITCHELL | RICHARD H. RIVIER, JR. |
| CLAYTON MOLL | DAVID A. SAJDAK |
| RON MURRAY | GERALD H. SAMUELIAN |
| DON NEWTON | JENNY L. SCHULTE |
| ED PARKER | JENNIE F. SPRING |
| LINDA PATTON | THOMAS T. YODER |
| CARL PEDERSEN | ROBERT L. BOWERS |
| STEVE RAICH | STEPHEN D. BROCK |
| FRED RASPBERRY | PATRICK K. FRAZEE |
| BONNI REFFITT | PATRICK J. HEENAN |
| TOM ROBINSON | RICHARD A. HEITHAUS |
| RICHARD RUPPERT | JAMES J. KEENAN |
| DON SARKESIAN | PAUL LESKIW |
| JOEL SAWYER | BRIAN M. SAGE |
| LEWIS SCHULTZ | DAMIAN B. SMITH |
| RENE SCHUTTE | ANTHONY P. WROBLEWSKI |
| LEONARD SCHWARTZ | KAREN M. ZIMMER |
| BILL SCRASE | |
| DIANE SHIFFLETT | |
| DAVID SHOEMAKER | |
| LEON SKUDLAREK | |
| DARRELL SMITH | |
| RICHARD STALINSKI | |
| RICHARD STARR | |
| MAURICE STATEN | |
| JAMES STEVENS | |
| CRICKETT SWEET | |
| LARRY SZUMAL | |
| LIBBY TOMASKO | |
| EDDIE TRENT | |
| LULA TRICE | |
| RON WALKER | |
| JOANNA WHITAKER | |
| JEANNIE WINTER | |
| JIM YAKLIN | |
| AL YELLE | |

(20)

EXHIBIT B-1

THE GENERAL MOTORS

LIFE AND DISABILITY

BENEFITS PROGRAM FOR

HOURLY EMPLOYEES

Art. I, 1

# ARTICLE I

## ESTABLISHMENT OF LIFE AND DISABILITY BENEFITS PROGRAM, ELIGIBILITY FOR AND EFFECTIVE DATE OF COVERAGES, AND FINANCING AND ADMINISTRATION OF PROGRAM

**Section 1. Establishment and Effective Date of Program**

**(a)** *Establishment of Program*

General Motors Corporation on behalf of itself and its Divisions and as agent for certain of its directly or indirectly wholly-owned and substantially wholly-owned domestic subsidiaries, will establish a Life and Disability Benefits Program, hereinafter referred to as the Program, either through a self-insured plan or under a group insurance policy or policies issued by an insurance company or insurance companies as set forth in Article II.

**(b)** *Effective Date of Amended Program*

The Program shall become effective October 18, 1999, except as provided in Article II.

**Section 2. Enrollment Options**

An eligible employee electing to enroll in the Program must complete an application for the coverages in which such employee elects to participate. An employee may not elect to be covered under Article II without taking all of the coverages (other than Optional Life, Dependent Life and Personal Accident Insurance) thereunder; provided however that an employee electing to be insured for Optional Life, Dependent Life, and/or Personal Accident Insurance must be insured for Basic Life Insurance described in Article II, Section 2.

2

3

## Section 3. Eligibility For and Effective Date of Coverage

### (a) *Present Employees*

An employee hired prior to October 18, 1999, shall be eligible, and shall automatically become covered except as provided in subsection (f)(2) of this Section:

(1) for Basic Life, Extra Accident, and Survivor Income Benefit Insurance coverages provided under Article II, on that date or, if later, on the first day of the month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire, and

(2) for Sickness and Accident and Extended Disability Benefit coverages provided under Article II, on that date or, if later, on the first day of the sixth month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire.

### (b) *New Employees*

(1) An employee hired on or after October 18, 1999, shall be eligible for Basic Life, Extra Accident and Survivor Income Benefit Insurance on the first day of the month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire, and for Sickness and Accident and Extended Disability Benefit coverages on the first day of the sixth month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire.

(2) The provisions of subsection (1) above shall not apply, however, to an employee who loses seniority due to a quit from a location where such employee has

coverages in force to become or remain employed at another location. In such case, all coverages under Article II shall become effective on the day next following the date of such loss of seniority, providing the employee is then on the active employment roll at such other location.

### (c) *Rehired Employees*

In determining the eligibility for Basic Life, Extra Accident, Survivor Income Benefit, Sickness and Accident and Extended Disability Benefit coverages for a re-hired employee who was hired and laid-off before becoming eligible for any or all of such coverages, the initial date of hire shall be deemed to be the "most recent date of hire" provided that the employee is re-hired either within a period not to exceed the period of continuous employment with the Corporation immediately preceding the employee's date of layoff, or following a brief, temporary layoff of specified duration such as for model change or inventory.

### (d) *Employees Returning to Work*

If an employee's coverages are discontinued and the employee subsequently returns to work, such employee's eligibility for coverages under the Program shall be determined under subsections (b) and (c) herein except as follows:

### (1) *Employees on Layoff or Leave of Absence*

If an employee's coverages were discontinued while on a layoff or leave of absence and such employee returns to active work with seniority, the employee shall be eligible for all coverages under this Program immediately on the date the employee returns to active work with the Corporation.

4

5

### (2) Employees Separated From Service Due to a Quit or Discharge

If separation from service is due to a quit or discharge but the employee is reemployed within 31 days and no individual policy has been issued to the employee in accordance with Article IV, Section 6, the employee shall be eligible immediately on the date the employee returns to active work for all coverages under this Program for which such employee was covered at the time of such quit or discharge.

### (3) Employees Separated From Service for Reasons Other Than Quit or Discharge

If separation from service was due to a reason other than quit or discharge, and the employee never acquired seniority or seniority was canceled, and the employee returns to active work within a period of 24 consecutive months, the employee shall be eligible for all coverages under this Program for which the employee was covered at the time of such separation immediately on the date the employee returns to active work with the Corporation.

### (4) Employees Separated From Service Due to Retirement

If an employee retired under the terms of the General Motors Hourly-Rate Employees Pension Plan returns to active employment with the Corporation, but does not have seniority reinstated, such employee shall be deemed, solely for purposes of this Program, to have seniority while so employed.

Notwithstanding the other provisions of this subsection (d), if an employee's Sickness and Accident and Extended Disability Benefit coverages were discontinued while such employee was on a permanent

6

layoff and the employee returns to active work with the Corporation, the employee shall be eligible for Sickness and Accident and Extended Disability Benefit coverages on the day next following the 12th pay period in which the employee has earnings from one or more Corporation plants within a calendar year.

### (e) Employees Returning From Military Leaves of Absence

Notwithstanding any other provisions of the Program, an employee upon reporting for work from military leave of absence in accordance with the terms of such leave shall be immediately eligible for Basic Life, Extra Accident, and Survivor Income Benefit Insurance as set forth in Article II, for the remainder of the month in which such employee reports available for work.

### (f) Effective Date of Coverages

(1) An employee shall become covered on each of the dates such employee first becomes eligible as set forth in subsections (b), (c) and (d) of this Section if actively at work on that date and on the date the employee becomes eligible as set forth in subsection (e), and provided the employee has not waived coverage.

(2) If an employee is not actively at work on each of such dates such employee's coverages would otherwise become effective as set forth in subsections (b), (c) and (d) of this Section, the employee becomes covered on the date the employee returns to work provided that date is not more than 24 months later, or if later, the employee has not then broken seniority.

### (g) Additional Coverage

The provisions of subsections (b), (c), (d), (e) and (f) of this Section to the contrary notwithstanding, if an employee dies as a result of bodily injuries prior to

7

Art. I, 3(g)

Art. I, 4(a)(2)

becoming insured for Basic Life, Extra Accident and Survivor Income Benefit Insurance as set forth in subsections (b), (c), (d), (e) and (f) of this Section, such insurance coverages shall be provided for such death but only if:

(1)  a benefit would be payable for such death under Section 3(b) of Article II;

(2)  the bodily injuries are caused solely by employment with General Motors Corporation; and

(3)  the bodily injuries result solely from an accident in which both the cause and result are unexpected and definite as to time and place.

### Section 4. Program in States With Disability Benefits Laws

#### (a)  *Not Applicable in States With Laws Providing Such Benefits*

(1)  The provisions of this Program pertaining to Sickness and Accident and Extended Disability Benefits shall not be applicable to employees in states having laws which now or hereafter may provide such benefits, under whatever name, for employees who are disabled by non-occupational sickness or accident, or similar disability; and compliance by the Corporation with such laws shall be deemed full compliance with the provisions of the Program with respect to employees in such states. If such benefits exceed the benefits provided under the Program, the Corporation may require from employees in such states such contributions as it may deem appropriate for such excess benefits.

8

(2)  In any state where the benefits under such state laws are on a generally lower level than the corresponding benefits under the Program, the Corporation shall, to the extent it finds it practicable, provide benefits supplementary to the state plan benefits to the extent necessary to make the total benefits as nearly comparable as practicable to the benefits of the plan provided by the Program in states without such laws.

#### (b)  *Substitution of Applicable Provisions of Program for State Plan*    6180607IN

The provisions of subsection (a) above to the contrary notwithstanding, the Corporation may, in any state wherein the substitution of a private plan is authorized by the law of such state, modify the provisions of the Program to the extent and in the respects necessary to secure the approval of the appropriate state governing body to substitute the plan provided by the Program in lieu of any plan provided by state law, and upon such modification and approval as a qualified plan, the Corporation may make the plan provided by the Program available to its employees in such state or states with such employee contributions as may be appropriate with respect to any benefits under such modified plan which exceed the benefits provided under the Program.

### Section 5. Net Costs, Administration of Program and Non-Applicability of Grievance Procedure

#### (a)  *Net Costs*

The Corporation shall also pay the balance of the net cost of the Program over and above any employee contributions specified in Article III, and the cost of benefits as presently provided to General Motors employees under the New York, New Jersey, and California disability benefit laws. It shall also pay any 6607IN

9

increase in such costs and shall receive and retain any divisible surplus, credits or refunds or reimbursements under whatever name, arising out of any such Program.

**(b)** *Administration*

(1) The Corporation shall be responsible for the administration of the Program.

(2) All administrative expenses incurred by the Corporation to execute the Program shall be borne by the Corporation.

**(c)** *Grievance Procedure Not Applicable*

It is understood that the grievance procedure of any Collective Bargaining Agreement between the parties hereto shall not apply to this Program or any insurance contract in connection therewith.

**Section 6. Treatment of Existing Coverages on Effective Date**

(a) Protection of employees currently covered under Corporation life and disability benefits plans (except its New Jersey and New York Private Plans) shall be terminated on the effective dates of the provisions of the amended Program as to employees working on such effective dates, and the benefits provided by the Program set forth in Article II shall be in lieu of and substitute for any and all other plans and benefits thereunder providing for insurance or disability benefits or payments to employees or beneficiaries, for death, loss of member, sickness and accident, or extended disability benefits of any kind or nature, in which the Corporation participates.

(b) All employees currently covered under the Program who are not eligible to become covered on the effective date of the Program, as amended, or to whom any provision of the Program, as amended, is not applicable, shall be covered in accordance with

10

the conditions, provisions, and limitations of the Program as constituted on the date each such employee was last actively at work as if such Program were being continued during the existence of the Program set forth herein.

Notwithstanding the above provision of this subsection (b), the provisions of Article II, Sections 9(d), 10(f) and 11(e) as amended herein, will also apply to all individuals currently eligible for benefits under the provisions of the programs in place when they were last actively at work.

**Section 7. Named Fiduciary**

The Investment Funds Committee of the Corporation's Board of Directors shall be the named fiduciary with respect to the Plan. The Investment Funds Committee may delegate authority to carry out such of its responsibilities as it deems proper to the extent permitted by the Employee Retirement Income Security Act of 1974.

**ARTICLE II**

**BASIC LIFE INSURANCE, EXTRA ACCIDENT INSURANCE, SICKNESS AND ACCIDENT BENEFITS, EXTENDED DISABILITY BENEFITS, SURVIVOR INCOME BENEFIT INSURANCE, OPTIONAL LIFE INSURANCE, DEPENDENT LIFE INSURANCE AND PERSONAL ACCIDENT INSURANCE**

**Section 1. Amount of Basic Life and Extra Accident Insurance**

The amount of Basic Life and Extra Accident Insurance shall be as set forth in the following schedule:

11

Art. II, 1

## SCHEDULE OF BENEFITS
### BASIC LIFE AND EXTRA ACCIDENT INSURANCE

| Base Hourly Rate | | Basic Life Insurance | Extra Accident Insurance (2) | Total Basic Life and Extra Accident Insurance |
|---|---|---|---|---|
| Under | $ 15.00 | $ 34,000 | $ 17,000 | $ 51,000 |
| 15.00 | — 15.34 | 35,000 | 17,500 | 52,500 |
| 15.35 | — 15.69 | 36,000 | 18,000 | 54,000 |
| 15.70 | — 16.04 | 36,500 | 18,250 | 54,750 |
| 16.05 | — 16.39 | 37,500 | 18,750 | 56,250 |
| 16.40 | — 16.74 | 38,000 | 19,000 | 57,000 |
| 16.75 | — 17.09 | 38,500 | 19,250 | 57,750 |
| 17.10 | — 17.44 | 39,500 | 19,750 | 59,250 |
| 17.45 | — 17.79 | 40,500 | 20,250 | 60,750 |
| 17.80 | — 18.14 | 41,000 | 20,500 | 61,500 |
| 18.15 | — 18.49 | 42,500 | 21,250 | 63,750 |
| 18.50 | — 18.84 | 43,000 | 21,500 | 64,500 |
| 18.85 | — 19.19 | 44,000 | 22,000 | 66,000 |
| 19.20 | — 19.54 | 44,500 | 22,250 | 66,750 |
| 19.55 | — 19.89 | 45,500 | 22,750 | 68,250 |
| 19.90 | — 20.24 | 46,500 | 23,250 | 69,750 |
| 20.25 | — 20.59 | 47,000 | 23,500 | 70,500 |
| 20.60 | — 20.94 | 47,500 | 23,750 | 71,250 |
| 20.95 | — 21.29 | 48,500 | 24,250 | 72,750 |
| 21.30 | — 21.64 | 49,000 | 24,500 | 73,500 |
| 21.65 | — 21.99 | 50,000 | 25,000 | 75,000 |
| 22.00 | — 22.34 | 50,500 | 25,250 | 75,750 |
| 22.35 | — 22.69 | 51,500 | 25,750 | 77,250 |
| 22.70 | — 23.04 | 52,500 | 26,250 | 78,750 |
| 23.05 | — 23.39 | 53,000 | 26,500 | 79,500 |
| 23.40 | — 23.74 | 54,000 | 27,000 | 81,000 |
| 23.75 | — 24.09 | 54,500 | 27,250 | 81,750 |
| 24.10 | — 24.44 | 55,500 | 27,750 | 83,250 |
| 24.45 | — 24.79 | 56,500 | 28,250 | 84,750 |
| 24.80 | — 25.14 | 57,000 | 28,500 | 85,500 |
| 25.15 | — 25.49 | 58,000 | 29,000 | 87,000 |
| 25.50 | — 25.84 | 58,500 | 29,250 | 87,750 |
| 25.85 | — 26.19 | 59,500 | 29,750 | 89,250 |
| 26.20 | — 26.54 | 60,500 | 30,250 | 90,750 |
| 26.55 | — 26.89 | 61,000 | 30,500 | 91,500 |
| 26.90 | — 27.24 | 62,000 | 31,000 | 93,000 |
| 27.25 | — 27.59 | 62,500 | 31,250 | 93,750 |
| 27.60 | — 27.94 | 63,500 | 31,750 | 95,250 |
| 27.95 | — 28.29 | 64,500 | 32,250 | 96,750 |
| 28.30 | — 28.64 | 65,000 | 32,500 | 97,500 |
| 28.65 | — 28.99 | 66,000 | 33,000 | 99,000 |
| 29.00 | — 29.34 | 67,500 | 33,750 | 101,250 |
| 29.35 | — 29.69 | 68,000 | 34,000 | 102,000 |
| 29.70 | — 30.04 | 69,000 | 34,500 | 103,500 |
| 30.05 | — 30.39 | 70,000 | 35,000 | 105,000 |
| 30.40 | — 30.74 | 70,500 | 35,250 | 105,750 |
| 30.75 | & Over | 71,500 | 35,750 | 107,250 |

(1) The amount of Continuing Life Insurance [see Article II, Section 2(b)] and Extra Accident Insurance (equal to 50% of Continuing Life Insurance) shall be based on the employee's current base hourly rate for those employees who continue to work after age 65. [see Article IV, Section 2].

(2) Three times the scheduled amount may be payable for an occupation-related death. [see Article II, Section 3(b)].

12

---

Art. II, 2

### Section 2. Basic Life Insurance

#### (a) Prior to Age 65

The amount of Basic Life Insurance to which an employee is entitled prior to age 65 is as shown in Section 1 of this Article.

#### (b) Continuing Life Insurance After Age 65

(1) On the first day of the calendar month following the month in which the 65th birthday of the employee occurs, the amount of the employee's Basic Life Insurance in force on the employee's 65th birthday shall be reduced by 2% thereof, and shall be further reduced by an equal amount on the first day of each succeeding month in accordance with (i) and (ii) below; provided, however, that if an employee continues to work after the month in which such employee attains age 65 and the amount of the employee's Basic Life Insurance in force because of a change in the employee's pay rate, the employee's Basic Life Insurance in force and the amount of each monthly reduction shall be determined as though the amount of the employee's Basic Life Insurance applicable to the most recent pay rate had been the amount that was in force at the end of the month in which the employee attained age 65.

(i) If the employee has ten or more Years of Participation at age 65, such reductions shall be made until the Basic Life Insurance is reduced to 1-1/2% of the amount in force on the employee's 65th birthday (or, the amount determined by the Schedule of Benefits set forth in Section 1 of this Article for the employee's base hourly rate on the last day the employee is actively at work, if later), times the number of Years of Participation, but in no event to less than $5000, except as otherwise provided in subsection (b)(2) herein. Such remaining Life Insurance will be continued thereafter until the death of the employee, subject to the rights

13

reserved to the Corporation to modify or discontinue this Plan.

(ii)  If the employee has less than ten Years of Participation at age 65, such reductions shall be made until the earlier of 25 months of layoff, 12 months of leave of absence other than for disability, or such employee's separation from active service, and any amount remaining in force shall then be discontinued. If such an employee attains ten Years of Participation after the employee's 65th birthday, the amount of the employee's Basic Life Insurance in force at the end of the month in which the employee attains age 65 (or the amount determined by the Schedule of Benefits set forth in Section 1 herein for the employee's base hourly rate on the last day the employee is actively at work, if later) shall be reduced and continued as provided in Section 2(b)(1)(i) of this Article.

(2)  An employee who last worked prior to November 15, 1993 but on or after October 1, 1990, and otherwise is eligible for Continuing Life Insurance after age 65, shall have a minimum amount of Continuing Life Insurance of $4500. An employee who last worked prior to October 1, 1990, but on or after October 26, 1987, and otherwise is eligible for Continuing Life Insurance after age 65, shall have a minimum amount of Continuing Life Insurance of $3500. An employee who last worked prior to October 26, 1987 and is otherwise eligible for Continuing Life Insurance after age 65, shall have a minimum amount of Continuing Life Insurance of $3000, except that for an employee who last worked prior to September 17, 1984 and who, having reached age 60 but not age 65:

(i)  recovers from disability, and

(ii)  ceases to receive monthly instalment payments for total and permanent disability, and

(iii)  does not return to work,

14

and had Basic Life Insurance revived in an amount which is less than $3000, such lesser amount shall be the minimum amount of Continuing Life Insurance.

(3)  No employee contributions for Continuing Life Insurance are required after attainment of age 65.

(4)  Each retired employee eligible for Continuing Life Insurance shall be notified of the ultimate amount of such Life Insurance. Notification shall be provided following attainment of age 65 (or following retirement, if later), as well as when the ultimate amount of Continuing Life Insurance is reached.

(c)  *Insurance for Employees First Participating at or After Age 65*

Life Insurance for an employee who first participates in the Plan at or after age 65 shall be subject to the reductions set forth in Section 2(b) of this Article.

### Section 3. Extra Accident Insurance

(a)  *Eligibility for Insurance*

Extra Accident Insurance is provided while the employee is insured for Basic Life Insurance during active service and while Basic Life Insurance is continued during layoff or leave of absence as specified in Article III, Section 2 and during periods of total disability as set forth in Article III, Section 3, but in no event beyond the last day of the calendar month in which the employee attains age 65 or the last day of the calendar month immediately preceding the employee's retirement effective date, if later.

(b)  *Amount of Benefit*

If an employee while insured for Extra Accident Insurance sustains accidental bodily injuries which result in death within one year, or loss of hand, foot or sight of eye, within two years, of such injuries, benefits will be paid as specified in the schedule below:

15

Art. II, 3(b)

| Loss | Amount Payable |
|---|---|
| Loss of one hand by severance at or above wrist joint or one foot by severance at or above ankle joint or total and irrecoverable loss of sight of one eye. | One-half the amount of Extra Accident Insurance then in force (Article II, Section 1). |
| Loss of two or more such members, or Loss of life. | The full amount of Extra Accident Insurance then in force (Article II, Section 1). |

If loss of life results from accidental bodily injuries caused solely by employment with General Motors Corporation, and results solely from an accident in which the cause and result are unexpected and definite as to time and place, the amount payable shall be three times the full amount of Extra Accident Insurance then in force.

For any one accident the maximum amount of this insurance that will be paid shall not exceed the amount of Extra Accident Insurance in force for the employee at the date of the accident; except that in the event of loss of life resulting from an accident caused solely by employment with General Motors Corporation as set forth in the immediately preceding paragraph, the maximum amount of this insurance that will be paid for such accident shall not exceed three times the amount of such insurance in force for the employee at the date of the accident.

Such benefits are paid provided the death or loss is not caused wholly or partly, directly or indirectly by,

(1) disease or bodily or mental infirmity, or by medical or surgical treatment or diagnosis thereof, or

(2) any infection, except infection caused by an external visible wound accidentally sustained, or

16

Art. II, 3(b)(3)

(3) hernia, no matter how or when sustained, or

(4) war or any act of war, or

(5) intentional self-destruction or intentionally self-inflicted injury, while sane or insane.

(c) *Notice and Proof of Loss*

(1) Written notice of loss must be given to the insurer within 20 days after the date of such loss. Proof of such loss must be furnished within 90 days after the date of such loss.

(2) The insurer shall have the right and opportunity to examine the employee as often as it may reasonably require during the pendency of claim under the Plan, and also the right to have an autopsy made in case of death, where it is not forbidden by law.

(3) No action shall be brought to recover on the Plan prior to the expiration of 60 days after proof of claim has been filed, nor shall such action be brought at all unless brought within three years from the expiration of the time within which proof of claim is required.

### Section 4. Payment of Basic Life Insurance and Extra Accident Insurance

(a) The amount of Basic Life Insurance is payable to the beneficiary of record of the employee in the event of death from any cause while the employee is insured under the Plan for Basic Life Insurance. In the event of accidental death, the Extra Accident Insurance, if in force, is also payable to the beneficiary of record of the employee if surviving the employee, and otherwise to the estate of the employee. Such Extra Accident Insurance for loss of life will, in the absence of an election by the beneficiary of any other method

17

Art. II, 4(a)

Art. II, 5

of settlement, be payable with, and on the same basis as, the Basic Life Insurance of the employee. All other benefits provided under Extra Accident Insurance are payable to the employee.

(b)  At the written request of the beneficiary, the Basic Life Insurance and Extra Accident Insurance, if any, shall be paid either in a lump sum or in instalments. No instalment settlement election shall be valid if such settlement would result in instalment payments of less than $10.00 each.

(c)  If the insurance is payable in instalments and the beneficiary dies before all instalments have been paid, the unpaid instalments shall be commuted at the rate of interest used in computing the amount of instalment payments, and paid in one lump sum to the estate of the beneficiary unless otherwise provided in the election of an instalment settlement.

(d)  The employee's insurance certificate shall set forth the administrative provisions regarding the recording of beneficiary designations, changes of beneficiary and the procedure for payment of insurance in case there is no beneficiary living at the death of the employee.

(e)  All insurance is term insurance without cash, loan or paid-up values.

## Section 5.  Amount of Disability Benefits

The amount of Sickness and Accident and Extended Disability Benefits shall be as set forth in the following schedule:

18

### SCHEDULE OF BENEFITS
### (In States With No Disability Benefits Laws)

| Base Hourly Rate | Disability Coverage | | |
|---|---|---|---|
| | Before Retirement | Monthly Extended Disability Benefit | |
| | Weekly Sickness and Accident Benefit (Maximum 52 Weeks)(1) | Schedule I | Schedule II(2) |
| Under $ 15.00 | $ 355 | $ 1,285 | $ 1,415 |
| 15.00 — 15.34 | 365 | 1,315 | 1,445 |
| 15.35 — 15.69 | 375 | 1,345 | 1,480 |
| 15.70 — 16.04 | 385 | 1,375 | 1,515 |
| 16.05 — 16.39 | 390 | 1,405 | 1,545 |
| 16.40 — 16.74 | 400 | 1,435 | 1,580 |
| 16.75 — 17.09 | 405 | 1,465 | 1,615 |
| 17.10 — 17.44 | 415 | 1,500 | 1,645 |
| 17.45 — 17.79 | 425 | 1,525 | 1,680 |
| 17.80 — 18.14 | 430 | 1,560 | 1,715 |
| 18.15 — 18.49 | 440 | 1,590 | 1,745 |
| 18.50 — 18.84 | 450 | 1,620 | 1,780 |
| 18.85 — 19.19 | 455 | 1,650 | 1,815 |
| 19.20 — 19.54 | 465 | 1,680 | 1,845 |
| 19.55 — 19.89 | 475 | 1,710 | 1,880 |
| 19.90 — 20.24 | 480 | 1,740 | 1,915 |
| 20.25 — 20.59 | 490 | 1,770 | 1,945 |
| 20.60 — 20.94 | 500 | 1,800 | 1,980 |
| 20.95 — 21.29 | 505 | 1,830 | 2,015 |
| 21.30 — 21.64 | 515 | 1,860 | 2,045 |
| 21.65 — 21.99 | 525 | 1,890 | 2,080 |
| 22.00 — 22.34 | 530 | 1,920 | 2,115 |
| 22.35 — 22.69 | 540 | 1,950 | 2,145 |
| 22.70 — 23.04 | 550 | 1,985 | 2,180 |
| 23.05 — 23.39 | 555 | 2,015 | 2,215 |
| 23.40 — 23.74 | 565 | 2,045 | 2,245 |
| 23.75 — 24.09 | 575 | 2,075 | 2,280 |
| 24.10 — 24.44 | 585 | 2,105 | 2,315 |
| 24.45 — 24.79 | 590 | 2,135 | 2,350 |
| 24.80 — 25.14 | 600 | 2,165 | 2,380 |
| 25.15 — 25.49 | 610 | 2,195 | 2,415 |
| 25.50 — 25.84 | 615 | 2,225 | 2,450 |
| 25.85 — 26.19 | 625 | 2,255 | 2,485 |
| 26.20 — 26.54 | 635 | 2,290 | 2,515 |
| 26.55 — 26.89 | 640 | 2,320 | 2,550 |
| 26.90 — 27.24 | 650 | 2,350 | 2,585 |
| 27.25 — 27.59 | 660 | 2,380 | 2,615 |
| 27.60 — 27.94 | 665 | 2,410 | 2,650 |
| 27.95 — 28.29 | 675 | 2,440 | 2,685 |
| 28.30 — 28.64 | 685 | 2,470 | 2,715 |
| 28.65 — 28.99 | 690 | 2,500 | 2,750 |
| 29.00 — 29.34 | 700 | 2,530 | 2,780 |
| 29.35 — 29.69 | 710 | 2,560 | 2,815 |
| 29.70 — 30.04 | 715 | 2,590 | 2,850 |
| 30.05 — 30.39 | 725 | 2,620 | 2,880 |
| 30.40 — 30.74 | 735 | 2,650 | 2,915 |
| 30.75 & Over | 740 | 2,680 | 2,950 |

(1) Weekly Sickness and Accident Benefits will be adjusted for disability occurring prior to the day one year of seniority is attained. (see Article II, Section 6(e)).

(2) Schedule II applies to eligible employes who on their last day worked preceding a continuous period of disability have 10 or more Years of Participation under the Plan. Schedule I applies to all other employees eligible for Extended Disability Benefits.

19

## Section 6. Sickness and Accident Benefits

### (a) *Eligibility for Benefits*

(1) If while covered for these benefits, an employee becomes wholly and continuously disabled as a result of any injury or sickness so as to be prevented thereby from performing any and every duty of such employee's occupation, and during the period of such disability is under treatment by a physician legally licensed to practice medicine, the amount of weekly benefits for which the employee is then covered shall be paid to the employee each week during the period the employee is so disabled and under such treatment. Notwithstanding the above, Sickness and Accident Benefits shall be payable to an employee who becomes wholly and continuously disabled as a result of undergoing surgery for sterilization purposes, or becomes confined as a registered bed patient in a legally constituted hospital for the purpose of undergoing testing to determine such employee's suitability to be a donor for an organ or tissue transplant and, in either case, is otherwise eligible for such benefits.

The requirement that an employee be under treatment by a physician legally licensed to practice medicine shall be deemed to have been met if an employee under treatment for alcohol or drug abuse in an inpatient residential, day treatment or outpatient substance abuse treatment facility approved for benefits under the General Motors Health Care Program for Hourly Employees furnishes the Carrier with certification of disability, provided either by the facility's physician director, or by a physician consultant selected by the facility, based on information furnished by, and upon the recommendation of, the therapist who is supervising the employee's therapy. For such certification to be acceptable, the physician director or physician consultant providing it must be a licensed doctor of medicine or osteopathy.

20

(2) Sickness and Accident Benefits shall not be paid for any day for which an employee receives holiday pay.

### (b) *Duration and Commencement of Benefits*

(1) Sickness and Accident Benefits shall be payable during total disability for a period equal to the greater of an employee's seniority or Years of Participation on the first day of disability, but in no case for more than 52 weeks, for any one continuous period of disability, whether from one or more causes, or for successive periods of disability due to the same or related cause or causes. However, if such employee, is confined as a registered bed patient in a legally constituted hospital or is receiving payments because of employment with the Corporation under any Workers Compensation Law or Act or any Occupational Disease Law or Act for the same disability at the date of expiration of the maximum period for which the employee is entitled to receive Sickness and Accident Benefits, and such benefits were payable for less than 52 weeks, benefits shall continue to be payable while the employee continues to be so confined or while the employee receives such payments, but in no case beyond the end of such 52-week period. Notwithstanding the fact that all the requirements of this subsection (b) and subsection (a) above have been met, in no case shall Sickness and Accident Benefits be payable for the waiting periods specified below.

(2) If disability is due to an accident, the waiting period shall be the first seven days of disability, except that if during the first seven days of disability the employee, because of such accident, becomes confined as a registered bed patient in a legally constituted hospital or receives treatment by a Corporation Medical Department or by a physician legally licensed to practice medicine, there shall be no waiting period. If disability is due to sickness, the waiting period shall

21

Art. II, 6(b)(2)

be the first seven days of disability except that if during the first seven days of disability the employee becomes confined as a registered bed patient in a legally constituted hospital, the waiting period shall not extend beyond the day immediately preceding the day the employee becomes so confined and if during the first seven days of disability the employee undergoes a surgical procedure for which a benefit of $25 or more is payable under a Medical Expense Benefit plan pursuant to the General Motors Health Care Program for Hourly Employees, the waiting period shall not extend beyond the day of surgery.

### (c) Basis for Daily Benefit Payments

Any Sickness and Accident Benefits due for periods other than a whole week shall be paid on the basis of one-fifth of the weekly benefit for each day of a five day work week, Monday through Friday, the employee is disabled. If any one of such days is not included in an employee's regular work week, Saturday shall be substituted for that day and if two of such days are not included in the employee's regular work week, Saturday and Sunday shall be substituted for such two days.

### (d) Benefits for More Than One Absence

(1) If an employee returns to work after receiving Sickness and Accident Benefits for less than 52 weeks and is again absent within three months for the same reason or some disability related to it, there is no waiting period for the rest of the 52 weeks' period, if the employee is disabled that long.

(2) If the second absence results from a different kind of sickness or injury, the first absence does not affect any possible future benefits. If there are three months or more between two periods of disability, and the employee returned to work for at least one day

22

Art. II, 6(d)(2)

in the intervening period, the second period of disability shall not be considered as being due to the same or related cause or causes as the first disability.

### (e) Benefits for Disability Occurring Prior to the Day One Year of Seniority is Attained

The benefit amount for any period that an employee is otherwise eligible for benefits during any period of disability occurring prior to the day one year of seniority is attained shall be 75% of the benefit amount set forth in Section 5 of this Article.

### (f) Occupational Disabilities

(1) Benefits payable for any period shall be reduced by any payments for time lost from work in that period to which the employee is entitled under any Workers Compensation Law or Act or any Occupational Disease Law or Act.

(2) No deductions shall be made for any payments under such laws specifically for hospitalization or medical expense, or specific allowances for loss, or 100% loss of use, of a body member or for disfigurements, or permanent partial disability' payments for a work-related disability unrelated to the disability for which benefits under this Plan are payable, or for benefits for total disability due to pneumoconiosis, as defined on September 21, 1973 under the Federal Black Lung Benefits Act of 1972.

### (g) Unemployment Compensation

Benefits payable for any period shall be reduced by any payments of unemployment benefits to which the employee is entitled for that period under any Unemployment Compensation Law.

23

Art. II, 6(h)

#### (h)  *Social Security*

Sickness and Accident Benefits otherwise payable for any period of disability shall be reduced by the weekly equivalent of any Disability Insurance Benefits or Old-Age Insurance Benefits (Primary Insurance Amount only) to which the employee is entitled for the same period under the Federal Social Security Act or any future legislation providing similar benefits, except old-age benefits reduced because of the age at which received. For purposes of such reduction, the weekly equivalent of benefits paid on a monthly basis is computed by dividing the monthly benefit rate by 4.33.

Any Disability Insurance Benefits or Old-Age Insurance Benefits which are awarded retroactively shall be treated as having been received by the employee during the entire time period for which such benefits were payable and any overpayments of Sickness and Accident Benefits shall be calculated accordingly.

The Carrier shall have the right to periodically request recipients of Sickness and Accident Benefits to complete an authorization form allowing the Social Security Administration to advise the Carrier of the status of a claim for Social Security benefits. Failure to complete and return such authorization within two weeks of the date of such request, will result in the suspension of Sickness and Accident Benefit payments until receipt of the authorization.

#### (i)  *Notice and Proof of Claim*

(1)   Written notice of injury or sickness must be given to the Carrier within 20 days after the date of the accident causing such injury or the commencement of disability resulting from such sickness. Proof of such injury or sickness must be furnished to the Carrier within 90 days after the termination of the period for which weekly benefits are payable under the Plan.

24

Art. II, 6(i)(2)

(2)   The Carrier shall have the right to have such medical examinations of an employee who is eligible to receive Sickness and Accident Benefits, as it may reasonably require, made by a physician or physicians designated by it. Failure to report for such examination may result in denial of such benefits.

(3)   No legal action shall be brought by any employee to recover from the Carrier prior to the expiration of 60 days after proof of claim has been filed in accordance with the requirements of the Plan, nor shall such action be brought at all unless brought within three years from the expiration of the time within which proof of claim is required by the Plan.

#### (j)  *Payment of Claim*

(1)   Subject to due proof of claim, the weekly benefits will be paid to the employee each week during any period of disability for which such benefits are payable and any balance remaining unpaid at the termination of such period will be paid immediately upon receipt of proof.

(2)   If disability is due to or accompanied by mental incapacity, all or any part of such weekly benefits may, at the option of the Carrier, be paid to the beneficiary of record of the employee or to any other person or institution then in the judgment of the Carrier contributing toward or providing for the care or maintenance of the employee.

#### (k)  *Waiver*

In order to receive pension benefits under the provisions of the General Motors Hourly-Rate Employees Pension Plan an employee may waive irrevocably any right such employee may have to receive Sickness and Accident Benefits with respect to any period of disability by completing a waiver form furnished by the Corporation for that purpose. No Sickness and Accident Benefits shall be payable for any period of disability covered by such waiver.

25

## Section 7. Extended Disability Benefits

### (a)  *Eligibility*

Extended Disability Benefits coverage shall be provided while an employee is covered for Sickness and Accident Benefits.

An employee who is covered for Sickness and Accident Benefits and who, at the date of expiration of the maximum number of weeks for which such employee is entitled to receive Sickness and Accident Benefits and during a continuous period of disability thereafter, is totally disabled shall receive monthly Extended Disability Benefits for the period described in subsection (c) below.

For an employee to be deemed totally disabled, such employee must not be engaged in regular employment or occupation for remuneration or profit and be wholly prevented from engaging in regular employment or occupation with the Corporation at the plant or plants where the employee has seniority for remuneration or profit as a result of bodily injury or disease, either occupational or non-occupational in cause.

### (b)  *Amount of Benefit*

(1)  The monthly Extended Disability Benefit is the applicable amount shown in the Schedule of Benefits in Section 5 of this Article, reduced by an amount equal to the monthly equivalent of the total of the following benefits for which the person receiving Extended Disability Benefits is eligible:

(i)  All benefits under any pension plan or retirement program then in effect to which the Corporation or any of its subsidiaries has contributed;

(ii)  Lost time benefits under Workers Compensation Laws or other laws providing benefits for occupational injury or disease, including lump-

26

sum settlements, but excluding specific allowances for loss, or 100% loss of use, of a body member or permanent partial disability payments for a work-related disability unrelated to the disability for which benefits under this Plan are payable, and excluding benefits for total disability due to pneumoconiosis, as defined on September 21, 1973, under the Federal Black Lung Benefits Act of 1972;

(iii)  Disability or Old-Age Insurance Benefits (Primary Insurance Amount only) to which the person is entitled under the Federal Social Security Act or any future legislation providing similar benefits, except old-age benefits reduced because of the age at which received;

(iv)  Benefits under any state or federal law providing benefits for working time lost because of disability.

(2)  In determining the amount by which Extended Disability Benefits are reduced:

(i)  The monthly equivalent of benefits paid on a weekly basis is computed by multiplying the weekly benefit rate by 4.33.

(ii)  Lump-sum settlements under state Workers Compensation Laws result in reductions equal to the monthly equivalent of the amount of the Workers Compensation benefit to which the employee would have been entitled under the applicable law had there been no lump-sum payment, but not to exceed in total the amount of the settlement. The amount of such settlement shall be allocated to days of disability for which compensation has not previously been paid, in chronological order until such amount has been fully allocated, at the rate of one-seventh of the weekly Workers Compensation benefit which would have been applicable under the state law if the claim had been allowed and if there had been no lump-sum settlement

27

Art. II, 7(b)(2)(iii)

(iii) The amount of a person's benefit under subsections (b)(1)(ii), (iii) or (iv) above shall not be increased subsequent to the first day for which Extended Disability Benefits are payable, except that the amount of such increase shall not be disregarded if it represents an adjustment in the original determination of the amount of such benefit.

(iv) The amount of monthly Extended Disability Benefit shall not be reduced by any increase in an employee's benefit under subsection (b)(1)(i) above that is effective subsequent to the first day for which an employee's Extended Disability Benefit is reduced because of receipt of such benefit. However, the amount of Extended Disability Benefit shall be reduced by any such increase which represents an adjustment in the original determination of the amount of the employee's benefit under subsection (b)(1)(i).

(3) Extended Disability Benefit computations presume eligibility for Social Security Disability Insurance Benefits and pension plan and retirement program disability retirement benefits. However, such presumption of pension plan and retirement program disability retirement benefits shall not be made with respect to any Extended Disability Benefit payments due for the 24-month period immediately following the date of expiration of the maximum number of weeks for which the employee is entitled to receive Sickness and Accident Benefits. Amounts deducted from Extended Disability Benefits on this basis are paid upon presentation of satisfactory evidence that these benefits were applied for and denied; provided, however, that a reduction in Extended Disability Benefits is made in an amount equal to Social Security Disability Insurance Benefits that would have been payable except for refusal to accept vocational rehabilitation services.

28

Art. II, 7(b)(4)

(4) Benefits payable for less than a full calendar month are prorated on the basis of the ratio of calendar days of eligibility to total calendar days in the month.

(5) The Carrier may require each applicant or recipient of Extended Disability Benefits to certify or furnish verification of the amounts of such applicant's or recipient's income from sources listed in subsection (b)(1) above. Further, the Carrier shall have the right to periodically request recipients of Extended Disability Benefits to complete an authorization form allowing the Social Security Administration to advise the Carrier of the status of a claim for Social Security benefits. Failure to complete and return such authorization within two weeks of the date of such request, will result in the suspension of Extended Disability Benefit payments until receipt of the authorization.

(6) Any benefits described in subsection (b)(1) above which are awarded retroactively shall be treated as having been received by the employee during the entire time period for which such benefits were payable and any overpayments of Extended Disability Benefits shall be calculated accordingly.

(c) *Commencement and Duration of Benefits*

(1) Extended Disability Benefits to an eligible applicant shall be for the period commencing the day following the last day of disability included within the period for the maximum number of weekly Sickness and Accident Benefits, including weeks in which such Sickness and Accident Benefits were partially or wholly offset because of receipt of Workers Compensation benefits.

(2) The maximum period during which Extended Disability Benefits may be payable shall be:

(i) in the case of an employee who has ten or more Years of Participation as of the day on which

29

disability commenced, the number of months commencing with the month in which the date of the expiration of the maximum number of weekly Sickness and Accident Benefits occurs and terminating with the end of the month in which the employee attains age 65; and

(ii)  in the case of an employee who has less than ten Years of Participation as of the day on which disability commenced, the number of months by which the employee's Years of Participation at commencement of disability exceed the maximum number of weeks for which the employee is entitled to receive Sickness and Accident Benefits.

In any event, Extended Disability Benefits shall not be payable beyond the date of the employee's death, the end of the month in which the employee attains age 65, or the date the employee no longer satisfies the disability requirement, except that if the employee becomes disabled at or after age 63 and subsequently becomes eligible for Extended Disability Benefits, such benefits will be payable in accordance with the following schedule:

| Age at Commencement of Disability | | Maximum Duration of Extended Disability Benefits |
|---|---|---|
| Employee is | But Less Than | |
| 63 and 0 months | 68 and 1 month | 12 months |
| 68 and 1 month | 68 and 2 months | 11 months |
| 68 and 2 months | 68 and 3 months | 10 months |
| 68 and 3 months | 68 and 4 months | 9 months |
| 68 and 4 months | 68 and 5 months | 8 months |
| 68 and 5 months | 68 and 6 months | 7 months |
| 68 and 6 months and older | | 6 months |

If an employee's return to work with the Corporation does not qualify such employee for a new

30

period of Sickness and Accident Benefits or if the employee engages in some gainful occupation or employment other than one for which the employee is reasonably qualified by education, training or experience, the employee's satisfying of the disability requirement shall not be deemed to end, but Extended Disability Benefits shall be suspended for the period of the return to work or the period the employee engages in such occupation or employment.

(3)  If monthly Extended Disability Benefits payable to an employee are discontinued because the employee no longer satisfies the disability requirement, and within two weeks of the effective date of such discontinuance and before the employee returns to work with the Corporation, the employee again becomes disabled so as to satisfy the disability requirement, monthly Extended Disability Benefits will be resumed.

(4)  For purposes of applying the maximum period for monthly Extended Disability Benefits, a month in which such benefits are partially or wholly offset by benefit payments from sources listed in subsection (b)(1), suspended under subsection (c)(2), or not paid between periods of disability under circumstances described under subsection (c)(3), is counted as a full month. Fractions of the first and last month are counted as fractions of a month.

(5)  The cumulative total number of months during any previous periods of eligibility for Extended Disability Benefits, regardless of whether for the same or related disabling condition, reduces the maximum number of monthly benefit payments for which the individual is otherwise eligible under subsection (c)(2)(ii) when Extended Disability Benefits again commence.

31

Art. II, 7(c)(6)

(6) If disability is due to or accompanied by mental incapacity, all or any part of such monthly Extended Disability Benefits may, at the option of the Carrier, be paid to the beneficiary of record of the employee or to any other person or institution then in the judgment of the Carrier contributing toward or providing for the care or maintenance of the employee.

(d) *Rehabilitation*

There is no ineligibility for Extended Disability Benefits because of work which is determined to be primarily for training under a recognized program of vocational rehabilitation.

(e) *Proof of Disability*

The Carrier may require an applicant, as a condition of eligibility, to submit to examinations by a physician designated by it for the purpose of determining such applicant's initial or continuing disability.

## Section 8. Survivor Income Benefit Insurance

(a) *Transition Survivor Income Benefit*

A Transition Survivor Income Benefit in the amount of $550 per month for up to a maximum of 24 months shall be provided, except that the benefit amount shall be $300 for any month for which an eligible survivor of the deceased employee is eligible for an unreduced old-age benefit, a survivor's benefit not reduced because of age, or a disability benefit under the Federal Social Security Act as now in effect or as hereafter amended; provided, however, that with respect to an employee at work on or after November 1, 1999, the $550 and $300 amounts shall be $600 and $325, respectively. Such Transition Survivor Income Benefit shall be reduced by an amount equal to the full amount of any monthly benefit payable to a surviving spouse under any pension plan or retirement program then in effect to which the

32

Art. II, 8(a)

Corporation or any of its subsidiaries has contributed. For months in which two or more eligible survivors share a Benefit, each survivor's share is computed as a fraction of the Benefit that would be paid to such survivor as a sole survivor, according to the survivor's own eligibility for Social Security benefits. Survivor Income Benefit Insurance shall be in force only while an employee is insured for Extra Accident Insurance under this Article and only while such employee has at least one eligible dependent. Such insurance shall also be provided for an employee retired under the total and permanent disability provisions of the General Motors Hourly-Rate Employees Pension Plan, but only until such employee has attained age 65.

No other retired employee shall be insured hereunder.

(b) *Payment of Transition Survivor Income Benefit*

In the event of death of an insured employee from any cause, benefits shall be payable monthly commencing on the first day of the calendar month following the death of the employee, and on the first day of each month thereafter until 24 such payments have been made or, if earlier, until there are no eligible survivors in any Class of eligible survivors. In no event shall the maximum amount payable exceed $550 for any month or $13,200 in total; provided, however, that with respect to an employee at work on or after November 1, 1999, the $550 and $13,200 amounts shall be $600 and $14,400, respectively. Payments shall be made to the eligible survivor or in equal shares, except as otherwise provided in subsection (a) above, to the eligible survivors in the first of the Classes of survivors set forth in subsection (c) herein in which there is an eligible survivor or survivors.

33

Art. II, 8(c)

### (c)  Classes of Eligible Survivors

The Classes of eligible survivors (also referred to herein as eligible dependents) and the order of qualifying for benefits are as follows:

**Class A.** The widow of a deceased male employee, but only if she was legally married to the deceased employee for at least one year immediately prior to his death;

**Class B.** The widower of a deceased female employee, but only if he was legally married to the deceased employee for at least one year immediately prior to her death;

**Class C.** Any child of the deceased employee, who at the time a Transition Survivor Income Benefit first becomes payable to such child is both unmarried and either (i) under 21 years of age, or (ii) at least age 21 but under age 25 or (iii) totally and permanently disabled at any age over 21; provided, however, that a child under (ii) or (iii) must have been legally residing with and dependent upon the employee at the time of the employee's death. A child shall cease to be a Class C eligible survivor upon marrying or if not totally and permanently disabled, upon reaching age 25;

**Class D.** A parent of the deceased employee for whom the employee had, during the calendar year preceding the employee's death, provided at least 50% of the parent's support.

Notwithstanding the above definitions, the spouse of a deceased employee shall be a Class A or Class B eligible survivor if such spouse was legally married to the deceased employee at the time of the employee's death and had been legally married to the deceased employee for at least one year.

34

### (d)  Sequence of Payments

Payments shall be made to the eligible survivors as set forth in subsection (c) above in the following order:

#### (1)  Class A or B Eligible Survivors

If a Class A or Class B eligible survivor dies prior to the payment of the maximum number of 24 benefit payments, the right to any remaining payments shall pass in equal shares, except as otherwise provided in subsection (a) above, for the balance of the maximum number of payments to any surviving children who then qualify under Class C or, if there are none, then in equal shares, except as otherwise provided in subsection (a) above, for the balance of the maximum number of payments to any surviving parents who then qualify under Class D. In no event, however, would any such benefit be paid to a Class C or Class D eligible survivor for any month subsequent to 24 calendar months after the date of death of the insured employee.

#### (2)  Class C Eligible Survivors

If, after having qualified under Class C, a child marries, dies, or attains age 25 (if not totally and permanently disabled), any remaining payments shall be divided equally, except as otherwise provided in subsection (a) above, among any surviving children who continue to qualify under Class C. After the last child ceases to qualify, any remaining payments shall be divided equally, except as otherwise provided in subsection (a) above, among any surviving parents who then qualify under Class D.

#### (3)  Class D Eligible Survivors

If more than one parent qualifies under Class D and either parent dies, any remaining payments shall be payable to the surviving parent.

35

#### (4)  No Eligible Survivor

If no eligible survivor of the employee qualifies in any Class on the first of the month following the death of the employee, no payments will be made hereunder. Once begun, payments will cease when there is no eligible survivor in any Class.

#### (e)  Bridge Survivor Income Benefits for Class A or Class B Eligible Survivors

There shall also be payable in accordance with the terms and conditions of this subsection to a Class A or Class B eligible survivor, both terms as defined in subsection (c) above, who is 45 years of age or more on the date of the employee's death, or whose age, when combined with the employee's Years of Participation (both of which to be determined to the nearest 1/12, and as of the date of the employee's death), totals 55 or more, and who has received 24 monthly payments of the Transition Survivor Income Benefit provided in subsections (a) and (b) above, an additional survivor income benefit (hereinafter referred to as a Bridge Survivor Income Benefit) of $550 per month; provided, however, that with respect to an employee at work on or after November 1, 1999, the amount shall be $600. Such monthly Bridge Survivor Income Benefit shall be reduced by an amount equal to the full amount of any monthly benefit payable to a surviving spouse under any pension plan or retirement program then in effect to which the Corporation or any of its subsidiaries has contributed. Such benefit shall be paid as follows:

#### (f)  Payment of Bridge Survivor Income Benefit

(1)  The Bridge Survivor Income Benefit will become payable commencing with the first month following the month for which the 24th monthly payment of the Transition Survivor Income Benefit is paid; provided, however, that no benefit shall be

36

payable to a Class A or Class B eligible survivor for any month for which such survivor is eligible, because of the care of a child, to receive Mother's Insurance Benefits or a comparable benefit for a father, whether or not called a Father's Insurance Benefit, under the Federal Social Security Act as now in effect or as hereafter amended.

(2)  The Bridge Survivor Income Benefit will cease to be paid immediately upon the occurrence of:

(i)  the death or remarriage of the Class A or Class B eligible survivor or

(ii)  attainment by the Class A or Class B eligible survivor of age 62 (age 62 and one month, if such survivor attains age 62 on or after March 1, 1982, and receives an initial Social Security Old-Age Insurance Benefit which is paid during the second month following the survivor's 62nd birthday) or such lower age at which full Widow's or Widower's Insurance Benefits or Old-Age Insurance Benefits become payable under the Federal Social Security Act as now in effect or hereafter amended.

#### (g)  Privilege of Obtaining an Individual Policy of Life Insurance

The employee shall be entitled to have issued to such employee an individual policy of life insurance in accordance with the provisions set forth in Article IV, Section 6 provided the employee has at least one eligible dependent under any Class at the date of cessation of insurance, the employee's Basic Life Insurance ceases, and the employee applies within 31 days after the date the employee's Survivor Income Benefit Insurance ceases. The amount of such individual policy issued shall be increased by an amount equal to (or less at the option of the employee) the total amount of monthly Survivor Income Benefit Insurance payments that would have been made if the employee had died on the date the employee's insurance

37

ceased. If the employee dies during such 31-day period, whether or not the employee shall have made application for such individual policy, the insurance company shall pay any Survivor Income Benefit Insurance which would otherwise be payable in accordance with this Section 8.

(h)  *Non-Alienation*

Except as expressly provided for in Section 10(f) of this Article, no Survivor Income Benefit payable hereunder shall be subject in any manner to assignment, pledge, attachment or encumbrance of any kind, nor subject to the debts or liability of any eligible survivor except as required by applicable law.

No other Sections of this Article, except as specifically mentioned in this Section 8, shall be applicable to this Survivor Income Benefit Insurance.

### Section 9.  Optional Life Insurance

(a)  *Eligibility*

An employee as defined in Article V, Section 1 who is insured for the Basic Life Insurance described in Section 2 of this Article, shall become eligible for Optional Life Insurance on the first day of the calendar month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire.

The date the employee becomes eligible for Optional Life Insurance shall be referred to hereinafter as the employee's eligibility date.

(b)  *Enrollment and Effective Dates*

The employee's Optional Life Insurance shall become effective as set forth below:

(1)  If the employee enrolls on or before the employee's eligibility date, insurance becomes effective on the eligibility date.

38

(2)  If the employee enrolls during the 31-day period following the employee's eligibility date, insurance becomes effective on the first day of the calendar month next following the date of enrollment.

(3)  If the employee enrolls subsequent to the 31st day following the employee's eligibility date, or if the employee becomes insured for Optional Life Insurance and later decides to enroll for a higher amount of insurance as set forth in subsection (c) below, the employee must furnish evidence satisfactory to the insurance company (i) of the employee's good health, or (ii) that the employee has had an increase in family status because the employee has married or acquired children by birth or adoption during the 31-day period immediately prior to such enrollment. In either case, insurance shall become effective on the first day of the calendar month next following the date the insurance company approves such evidence, provided that in the case of (ii) above, the change in status still is in existence.

In any event, for an employee to become insured initially or for a higher amount of insurance, such employee must be actively at work on the date the insurance or higher amount of insurance otherwise would become effective. If the employee is not actively at work on such date, the insurance or higher amount of insurance becomes effective on the date the employee returns to active work, provided the employee then is still eligible as set forth in subsection (a) above.

If the employee becomes insured for Optional Life Insurance and later enrolls for a lower amount of insurance as set forth in subsection (c) below, the employee shall become insured for such lower amount of insurance on the first day of the calendar month next following the last month for which the employee contributed for the higher amount, whether or not the employee then is actively at work.

39

ceased. If the employee dies during such 31-day period, whether or not the employee shall have made application for such individual policy, the insurance company shall pay any Survivor Income Benefit Insurance which would otherwise be payable in accordance with this Section 8.

(h)  *Non-Alienation*

Except as expressly provided for in Section 10(f) of this Article, no Survivor Income Benefit payable hereunder shall be subject in any manner to assignment, pledge, attachment or encumbrance of any kind, nor subject to the debts or liability of any eligible survivor except as required by applicable law.

No other Sections of this Article, except as specifically mentioned in this Section 8, shall be applicable to this Survivor Income Benefit Insurance.

### Section 9. Optional Life Insurance

(a)  *Eligibility*

An employee as defined in Article V, Section 1 who is insured for the Basic Life Insurance described in Section 2 of this Article, shall become eligible for Optional Life Insurance on the first day of the calendar month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire.

The date the employee becomes eligible for Optional Life Insurance shall be referred to hereinafter as the employee's eligibility date.

(b)  *Enrollment and Effective Dates*

The employee's Optional Life Insurance shall become effective as set forth below:

(1)  If the employee enrolls on or before the employee's eligibility date, insurance becomes effective on the eligibility date.

38

(2)  If the employee enrolls during the 31-day period following the employee's eligibility date, insurance becomes effective on the first day of the calendar month next following the date of enrollment.

(3)  If the employee enrolls subsequent to the 31st day following the employee's eligibility date, or if the employee becomes insured for Optional Life Insurance and later decides to enroll for a higher amount of insurance as set forth in subsection (c) below, the employee must furnish evidence satisfactory to the insurance company (i) of the employee's good health, or (ii) that the employee has had an increase in family status because the employee has married or acquired children by birth or adoption during the 31-day period immediately prior to such enrollment. In either case, insurance shall become effective on the first day of the calendar month next following the date the insurance company approves such evidence, provided that in the case of (ii) above, the change in status still is in existence.

In any event, for an employee to become insured initially or for a higher amount of insurance, such employee must be actively at work on the date the insurance or higher amount of insurance otherwise would become effective. If the employee is not actively at work on such date, the insurance or higher amount of insurance becomes effective on the date the employee returns to active work, provided the employee then is still eligible as set forth in subsection (a) above.

If the employee becomes insured for Optional Life Insurance and later enrolls for a lower amount of insurance as set forth in subsection (c) below, the employee shall become insured for such lower amount of insurance on the first day of the calendar month next following the last month for which the employee contributed for the higher amount, whether or not the employee then is actively at work.

39

Art. II, 9(c)

**(c)** *Amount of Insurance*

An employee may elect one of the following Schedules of Optional Life Insurance:

| Amount of Optional Life Insurance | |
|---|---|
| Schedule I | $10,000 |
| Schedule II | 20,000 |
| Schedule III | 30,000 |
| Schedule IV | 40,000 |
| Schedule V | 50,000 |
| Schedule VI | 75,000 |
| Schedule VII | 100,000 |
| Schedule VIII | 125,000 |
| Schedule IX* | 150,000 |

*Effective January 1, 2000

**(d)** *Contributions*

The employee shall contribute the full cost of Optional Life Insurance. Contributions shall be payable monthly in advance and, where possible, from any monies then payable to the employee in the form of wages or benefits payable under a General Motors benefit plan. The required monthly contribution for each $1000 of Optional Life Insurance is as set forth in the following schedule, which will remain in effect for the term of the Agreement.

| Employee's Age (*) | Monthly Contribution for Each $1,000 of Insurance | |
|---|---|---|
| | Prior to January 1, 2000 | Effective January 1, 2000 |
| Under 25 | $  .04 | $  .05 |
| 25 - 29 | .04 | .06 |
| 30 - 34 | .07 | .08 |
| 35 - 39 | .09 | .09 |
| 40 - 44 | .17 | .14 |
| 45 - 49 | .24 | .21 |
| 50 - 54 | .47 | .48 |
| 55 - 59 | .62 | .46 |
| 60 - 64 | 1.17 | .61 |
| 65 - 69 | 2.00 | 1.15 |
| 70 - 74 | 3.76 | 2.00 |
| 75 - 79 | 8.00 | 3.60 |
| 80 - 84 | 9.95 | 6.50 |
| | | 10.50 |
| 85 & Over | 16.65 | 17.00 |

(*) Rates during any calendar year will be based on the covered person's age as of December 31 of such year.

40

**(e)** *Payment of Optional Life Insurance*

(1)  The amount of Optional Life Insurance is payable to the beneficiary of record of the employee in the event of death from any cause while the employee is insured under the Plan for Optional Life Insurance.

(2)  At the written request of the beneficiary, Optional Life Insurance shall be paid either in a lump sum or in instalments. No instalment settlement election shall be valid if such settlement would result in instalment payments of less than $10.00 each.

(3)  If the insurance is payable in instalments and the beneficiary dies before all instalments have been paid, the unpaid instalments shall be commuted at the rate of interest used in computing the amount of instalment payments, and paid in one lump sum to the estate of the beneficiary unless otherwise provided in the election of an instalment settlement.

(4)  The employee's insurance certificate shall set forth the administrative provisions regarding the recording of beneficiary designations, changes of beneficiary and the procedure for payment of insurance in case there is no beneficiary living at the death of the employee.

(5)  This insurance is term insurance without cash, loan or paid-up values.

**(f)**  *Cessation of Insurance*

Optional Life Insurance shall automatically cease on the earliest of the following:

(1)  The date the employee ceases to be insured for Basic Life Insurance provided in accordance with Section 2 of this Article.

41

Art. II, 9(e)

(2)  If the employee fails to make a required contribution for Optional Life Insurance when due, the last day of the calendar month immediately preceding the calendar month for which such contribution was due.

(3)  The date of discontinuance of Optional Life Insurance under the Plan as defined in Article V, Section 4.

(g)  *Conversion Privilege*

(1)  Upon written application made to the insurance company within 31 days after the date of cessation of the employee's Optional Life Insurance because of cessation of the employee's Basic Life Insurance in accordance with Article III, Section 5(a), the employee shall be entitled to have issued to such employee by the insurance company, without evidence of insurability, an individual policy of life insurance only, without disability or accidental means death benefits. Such individual policy shall be upon one of the forms then customarily issued by the insurance company, except term insurance, and the premium for such individual policy shall be the premium applicable to the class of risk to which the employee belongs and to the form and amount of the individual policy at the employee's attained age at the date of issue of such individual policy. The amount of such individual policy shall be equal to (or, at the option of the employee, less than) the amount of the employee's Optional Life Insurance under the Plan on the date of cessation of such insurance.

(2)  Any individual policy of life insurance so issued shall become effective at the end of the 31-day period during which application for such individual policy may be made. If, however, the employee dies during such 31-day period, the insurance company shall pay to the employee's beneficiary of record,

whether or not the employee shall have made application for such individual policy, the maximum amount of life insurance for which an individual policy could have been issued.

### Section 10. Dependent Life Insurance

(a)  *Eligibility*

An employee as defined in Article V, Section 1 shall become eligible for Dependent Life Insurance on the first day of the calendar month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire, provided the employee is then insured for Basic Life Insurance described in Section 2 of this Article and has at least one eligible Dependent as defined in subsection (c), below.

If the employee is not then insured for such Basic Life Insurance or does not then have such a Dependent, the employee shall become eligible for Dependent Life Insurance on the first day of the calendar month following the date both these conditions are first met.

The date that the employee becomes eligible for amounts of Dependent Life Insurance under the schedules shall be referred to hereinafter as the employee's eligibility date.

(b)  *Enrollment and Effective Dates*

The employee's Dependent Life Insurance shall become effective as set forth below:

(1)  If the employee enrolls on or before the employee's eligibility date, insurance becomes effective on the eligibility date.

(2)  If the employee enrolls during the 31-day period following the employee's eligibility date, insurance becomes effective on the first day of the calendar month following the date of enrollment.

42

43

Art. II, 10(b)(3)

(3)  If the employee enrolls subsequent to the 31st day following the employee's eligibility date, or if the employee becomes insured for Dependent Life Insurance and later decides to enroll for higher amounts of insurance as set forth in subsection (d), below, the employee must furnish evidence satisfactory to the insurance company of each Dependent's good health. In such case, insurance will become effective on the first day of the calendar month following the date the insurance company approves the evidence, with respect to those persons whose evidence has been approved and who are still eligible Dependents, as defined in subsection (c), below.

In any event, for insurance to become effective, the employee must be actively at work on the date insurance would otherwise become effective. If the employee is not actively at work on such date, insurance becomes effective on the date the employee returns to active work, provided the employee is then still eligible as set forth in subsection (a), above.

If the employee becomes insured for Dependent Life Insurance and later enrolls for lower amounts of insurance as set forth in subsection (d), below, the employee shall become insured for such lower amounts of insurance on the first day of the calendar month next following the last month for which the employee contributed for the higher amounts, whether or not the employee is then actively at work.

(c)  *Definition of Dependent*

"Dependent" means (a) the employee's spouse and (b) any unmarried child over 14 days of age

(i)  of the employee by birth, legal adoption, or legal guardianship, while such child legally resides with and is dependent upon the employee,

(ii)  of the employee's spouse while such child is in the custody of and dependent upon the employee's

44

spouse and is residing in and a member of the employee's household,

(iii)  as defined in (i) or (ii) who does not reside with the employee but is the employee's legal responsibility for the provision of health care,

(iv)  who resides with and is related by blood or marriage to the employee, for whom the employee provides principal support as defined by the Internal Revenue Code of the United States, and who was reported as a dependent on the employee's most recent income tax return or who qualifies in the current year for dependency tax status, or

(v)  who was eligible hereunder on the date of the employee's death and following the death of the employee, resides with the surviving spouse of the employee, for whom the surviving spouse provides principal support as defined by the Internal Revenue Code of the United States, and was reported as a dependent on the employee's surviving spouse's most recent income tax return or who qualifies in the current year for dependency tax status.

A child as defined in (i), (ii), (iii), (iv) or (v) is included until the end of the calendar year in which the child attains age 25, or regardless of age if totally and permanently disabled as defined hereinafter, provided that any such child after the end of the calendar year in which the child attains age 19 must be dependent upon the employee within the meaning of the Internal Revenue Code of the United States and must legally reside with, and be a member of the household of, the employee. "Totally and permanently disabled" means having any medically determinable physical or mental condition which prevents the child from engaging in substantial gainful activity and which can be expected to result in death or to be of long continued or indefinite duration.

45

For the purposes of Dependent Life Insurance continued as set forth in subsection (e) below, a child born after the employee's death shall be an eligible Dependent only if such child is the issue of the surviving spouse's marriage to the deceased employee, and was conceived prior to such employee's death. Any such child shall be eligible on the same basis as a child born prior to the employee's death.

The Definition of Dependent used in this Section shall apply only to the Dependent Life Insurance set forth herein and shall be entirely independent of any such definition used for the Health Care Benefits set forth in the General Motors Health Care Program for Hourly Employees.

### (d)  *Amount of Insurance*

The amount of Dependent Life Insurance applicable to each Dependent is as follows:

**AMOUNT OF INSURANCE**
**DEPENDENT**

|  | SPOUSE | CHILD |
|---|---|---|
| Schedule I | $5,000 | $2,000 |
| Schedule II | $10,000 | $4,000 |
| Schedule III | $15,000 | $6,000 |
| Schedule IV | $20,000 | $8,000 |
| Schedule V | $25,000 | $10,000 |
| Schedule VI | $30,000 | $12,000 |
| Schedule VII* | $35,000 | $14,000 |

*Effective January 1, 2000

No increase in the amount of insurance in force on account of any Dependent will occur after the employee's death.

46

### (e)  *Continuation for Certain Survivors*

In the event an employee dies while insured for Dependent Life Insurance, the insurance as set forth in subsection (d) above, may be continued for the surviving spouse of the employee and any Dependent child who continues to be eligible, as set forth in subsection (c), above.

### (f)  *Contributions*

The employee shall contribute the full cost of Dependent Life Insurance. Contributions shall be payable monthly in advance and, where possible, from any monies then payable to the employee in the form of wages or benefits payable under any General Motors benefit plan. The required monthly contribution, regardless of the number of Dependents on whose account the employee is insured, is as set forth in the following schedules, which will remain in effect for the term of the Agreement.

47

Art. II, 10(f)

## Monthly Contribution Prior to January 1, 2000

| Employee's Age | Schedule I $5,000/$2,000 | Schedule II $10,000/$4,000 | Schedule III $15,000/$6,000 | Schedule IV $20,000/$8,000 | Schedule V $25,000/$10,000 | Schedule VI $30,000/$12,000 |
|---|---|---|---|---|---|---|
| Under 30 | $ .25 | $ .40 | $ .60 | $ .80 | $ 1.00 | $ 1.20 |
| 30 – 34 | .45 | .90 | 1.35 | 1.80 | 2.25 | 2.70 |
| 35 – 39 | .50 | 1.00 | 1.50 | 2.00 | 2.50 | 3.00 |
| 40 – 44 | .75 | 1.50 | 2.25 | 3.00 | 3.75 | 4.50 |
| 45 – 49 | 1.10 | 2.20 | 3.30 | 4.40 | 5.50 | 6.60 |
| 50 – 54 | 1.55 | 3.10 | 4.65 | 6.20 | 7.75 | 9.30 |
| 55 – 59 | 2.75 | 5.50 | 8.25 | 11.00 | 13.75 | 16.50 |
| 60 – 64 | 5.10 | 10.20 | 15.30 | 20.40 | 25.50 | 30.60 |
| 65 – 69 | 7.95 | 15.90 | 23.85 | 31.80 | 39.75 | 47.70 |
| 70 – 74 | 18.20 | 36.40 | 54.60 | 72.80 | 91.00 | 109.20 |
| 75 – 79 | 26.95 | 53.90 | 80.85 | 107.80 | 134.75 | 161.70 |
| 80 – 84 | 38.05 | 76.10 | 114.15 | 152.20 | 190.25 | 228.30 |
| 85 & Over | 69.10 | 138.20 | 207.30 | 276.40 | 345.50 | 414.60 |

Art. II, 10(f)

## Monthly Contribution Effective January 1, 2000

| Employee's Age | Schedule I $5,000/$2,000 | Schedule II $10,000/$4,000 | Schedule III $15,000/$6,000 | Schedule IV $20,000/$8,000 | Schedule V $25,000/$10,000 | Schedule VI $30,000/$12,000 | Schedule VI (*) $35,000/$14,000 |
|---|---|---|---|---|---|---|---|
| Under 25 | $ .20 | $ .40 | $ .60 | $ .80 | $ 1.00 | $ 1.20 | $ 1.40 |
| 25 – 29 | .20 | .40 | .60 | .80 | 1.00 | 1.20 | 1.40 |
| 30 – 34 | .45 | .90 | 1.35 | 1.80 | 2.25 | 2.70 | 3.15 |
| 35 – 39 | .50 | 1.00 | 1.50 | 2.00 | 2.50 | 3.00 | 3.50 |
| 40 – 44 | .70 | 1.40 | 2.10 | 2.80 | 3.50 | 4.20 | 4.90 |
| 45 – 49 | 1.05 | 2.10 | 3.15 | 4.20 | 5.25 | 6.30 | 7.35 |
| 50 – 54 | 1.45 | 2.90 | 4.35 | 5.80 | 7.25 | 8.70 | 10.15 |
| 55 – 59 | 2.60 | 5.20 | 7.80 | 10.40 | 13.00 | 15.60 | 18.20 |
| 60 – 64 | 4.85 | 9.70 | 14.55 | 19.40 | 24.25 | 29.10 | 33.95 |
| 65 – 69 | 7.55 | 15.10 | 22.65 | 30.20 | 37.75 | 45.30 | 52.85 |
| 70 – 74 | 18.00 | 36.00 | 54.00 | 72.00 | 90.00 | 108.00 | 126.00 |
| 75 – 79 | 32.50 | 65.00 | 97.50 | 130.00 | 162.50 | 195.00 | 227.50 |
| 80 – 84 | 52.50 | 105.00 | 157.50 | 210.00 | 262.50 | 315.00 | 367.50 |
| 85 & Over | 85.00 | 170.00 | 255.00 | 340.00 | 425.00 | 510.00 | 595.00 |

(*) Effective January 1, 2000

48

49

Art. II, 10(f)

Art. II, 10(g)(2)

When the employee attains a birthday which places the employee in a higher age bracket, the monthly contribution will change on the first day of the calendar month next following the month in which such birthday occurs.

In the case of Dependent Life Insurance continued after the employee's death, the surviving spouse of the employee shall contribute the full cost of such insurance. Contributions shall be deducted monthly, in advance, from any monies then payable to the surviving spouse under (i) Section 8 of this Article, or (ii) the General Motors Hourly-Rate Employees Pension Plan. However, to continue this insurance when the surviving spouse is not eligible for a benefit under the General Motors Hourly-Rate Employees Pension Plan and the surviving spouse's Bridge Survivor Income Benefit is suspended as set forth in Section 8(f)(1) of this Article because of the surviving spouse's eligibility for certain Social Security benefits, the spouse must make the required contribution, annually and in advance. In either case, the monthly rate of contribution for any such surviving spouse will be determined under the applicable Schedule, based on the progressing age of the surviving spouse.

(g)  *Payment of Dependent Life Insurance*

(1)  If a Dependent dies from any cause while the employee is insured for Dependent Life Insurance, the amount of such insurance in force on account of the Dependent shall be paid in a lump sum to the employee.

· The employee's insurance certificate shall set forth the procedure for payment of insurance in case a Dependent dies subsequent to the death of the employee.

50

(2)  If a Dependent child dies from any cause while Dependent Life Insurance is being continued as set forth in subsection (e), above, the insurance in force on account of the Dependent child shall be paid in a lump sum to the surviving spouse of the employee.

(3)  If the surviving spouse of the employee dies from any cause while Dependent Life Insurance is being continued as set forth in subsection (e), above, the insurance in force on account of the surviving spouse shall be paid in a lump sum to the spouse's beneficiary of record if one has been designated, otherwise to the estate of the surviving spouse.

(4)  The surviving spouse's insurance certificate shall set forth the administrative provisions regarding the recording of beneficiary designations, changes of beneficiary and the procedure for payment of insurance in case there is no beneficiary living at the death of a Dependent.

(5)  In no event will more than one claim be paid hereunder on account of the death of any insured person.

(6)  This insurance is term insurance without cash, loan or paid-up values.

(h)  *Cessation of Insurance*

(1)  An employee's Dependent Life Insurance shall automatically cease on the earliest of the following:

(i)  The date the employee ceases to have a Dependent as defined in subsection (c), above.

(ii)  The date the employee ceases to be insured for Basic Life Insurance, provided in accordance with Section 2 of this Article.

51

(iii) If the employee fails to make a required contribution for Dependent Life Insurance when due, the last day of the calendar month immediately preceding the calendar month for which such contribution was due.

(iv) The date of discontinuance of Dependent Life Insurance under the Plan as defined in Article V, Section 4.

(2) Any Dependent Life Insurance continued in accordance with the provisions of subsection (e), above, shall automatically cease on the earliest of the following:

(i) The date of the surviving spouse's remarriage.

(ii) The date the surviving spouse dies.

(iii) If the surviving spouse fails to make a required contribution as set forth in subsection (f), above, when due, the last day of the calendar month immediately preceding the calendar month for which such contribution was due.

(iv) The date of discontinuance of Dependent Life Insurance under the Plan as defined in Article V, Section 4.

(3) The Dependent Life Insurance on account of any Dependent shall, in any case, automatically cease on the day immediately preceding the date such person ceases to be a Dependent as defined in subsection (c) above.

(i) *Conversion Privilege*

Upon written application made by a person to the insurance company within 31 days after the date of cessation of the Dependent Life Insurance on account of such person because of:

52

(1) cessation of the employee's Basic Life Insurance provided in accordance with Section 2 of this Article, unless such cessation was due to discontinuance of Dependent Life Insurance under the Plan as defined in Article V, Section 4, or

(2) cessation of Dependent Life Insurance in accordance with subsection (h)(2)(i), (iii) and (v), above, or

(3) such person's ceasing to be a Dependent as defined in subsection (c), above,

such person shall be entitled to have an individual policy of life insurance only, without disability or extra accident insurance, issued by the insurance company, without evidence of insurability. Such individual policy shall be upon one of the forms then customarily issued by the insurance company, except term insurance, and the premium for such individual policy shall be the premium applicable to the class of risk to which such person belongs and to the form and amount of the individual policy at such person's attained age at the date of issue of such individual policy. The amount of such individual policy shall be equal to (or at the option of such person less than) the amount of Dependent Life Insurance in force on account of such person on the date of cessation of such insurance.

Any individual policy of life insurance so issued shall become effective at the end of the 31-day period during which application for such individual policy may be made. If, however, the person who is entitled to the privilege of obtaining an individual policy of life insurance dies during such 31-day period, the insurance company shall pay benefits in accordance with subsection (g), above, as though insurance had been in force, whether or not application for such individual policy shall have been made, the maximum amount of life insurance for which an individual policy

53

could have been issued. The employee's insurance certificate shall set forth the procedure for payment of insurance in case such person dies subsequent to the death of the employee.

### Section 11. Personal Accident Insurance

#### (a)  *Eligibility*

An employee as defined in Article V, Section 1, who is insured for the Basic Life Insurance described in Section 2 of this Article, shall become eligible for Personal Accident Insurance on the employee's own account (Personal coverage) on the first day of the calendar month next following the month in which employment with the Corporation commences subsequent to such employee's most recent date of hire. If the employee is not then insured for such Life Insurance, the employee shall become eligible for Personal coverage on the first day of the calendar month following the date both these conditions are first met.

An employee shall become eligible for Family coverage (as set forth in subsection 11(d)(2) below) on the date the employee becomes eligible for Personal coverage, provided the employee has at least one eligible dependent as defined in subsection (c) below. If the employee does not then have such a dependent, the employee shall become eligible for Family coverage on the first day of the calendar month following the date the employee first acquires an eligible dependent. The date the employee becomes eligible for Personal Accident Insurance shall be referred to hereinafter as the employee's eligibility date.

#### (b)  *Enrollment and Effective Dates*

The employee's Personal Accident Insurance shall become effective as set forth below:

(1)  If the employee enrolls on or before the employee's eligibility date, insurance becomes effective on the eligibility date.

(2)  If the employee enrolls subsequent to the employee's eligibility date, or if the employee becomes insured for Personal Accident Insurance and later decides to enroll for a higher amount of insurance as set forth in subsection (d) below, insurance shall become effective on the first day of the calendar month next following the date of enrollment or change.

In any event, for an employee to become insured initially or for a higher amount of insurance, the employee must be actively at work on the date the insurance or higher amount of insurance otherwise would become effective. If the employee is not actively at work on such date, the insurance or higher amount of insurance becomes effective on the date the employee returns to active work, provided the employee then is still eligible as set forth in subsection (a) above.

If the employee becomes insured for Personal Accident Insurance and later enrolls for a lower amount of insurance as set forth in subsection (d) below, the employee shall become insured for such lower amount of insurance on the first day of the calendar month next following the month for which the employee last contributed for the higher amount, whether or not the employee then is actively at work.

#### (c)  *Definition of Dependent*

An eligible dependent for purposes of Personal Accident Insurance shall be as defined in Section 10(c)

Art II, 11(c)

of this Article, except that a child will be covered from the moment of live birth.

No person may be considered a dependent of more than one employee. In the event that Family coverage is elected under this Program by more than one eligible employee, only the amount of insurance elected by the employee with the earlier birthday in the calendar year will be paid. Such payment will satisfy the Program's liability on account of the dependent's death, dismemberment, or other covered loss.

### (d)  Amount of Insurance

#### (1)  Personal Coverage

An employee may elect coverage in units of $10,000. An employee may elect a principal sum of up to ten (10) times annual base wage, rounded to the next $10,000, up to a maximum benefit of $500,000.

#### (2)  Family Coverage

An employee may elect coverage in units of $10,000. An employee may elect a principal sum of up to ten (10) times annual base wage, rounded to the next $10,000, up to a maximum benefit of $500,000.

The amount of Personal Accident Insurance for an employee's spouse is equal to 50% of the employee's coverage amount. The amount of Personal Accident Insurance for a dependent child is equal to 10% of the employee's coverage.

The maximum amount of Personal Accident Insurance in force after the employee retires shall be $150,000. If an employee is insured for an amount greater than $150,000, such amount shall be automatically reduced to $150,000 on the effective date of the employee's retirement.

56

Art II, 11(d)(2)

If the employee, or any covered family member, while insured for Personal Accident Insurance, sustains accidental bodily injuries which result in one of the following losses within 365 days of the accident, the following benefits apply:

#### (3)  Schedule of Losses

| Loss | Amount Payable |
|------|----------------|
| Loss of life | The full amount |
| Loss of both hands or both feet | The full amount |
| Loss of one hand and one foot | The full amount |
| Loss of the entire sight of both eyes | The full amount |
| Loss of speech and hearing | The full amount* |
| Loss of the entire sight of one eye and one hand or foot | The full amount |
| Loss of one hand or one foot | 1/2 The full amount |
| Loss of the entire sight of one eye | 1/2 The full amount |
| Loss of speech or hearing | 1/2 The full amount* |
| Loss of thumb and index finger (of the same hand) | 1/4 The full amount* |

* No benefit amount payable following the employee's retirement.

"Loss", used with reference to hand or foot, means complete severance through or above the wrist or ankle joint; as used with reference to eye, means irrecoverable loss of the entire sight thereof; as used with reference to speech and hearing, means entire and irrecoverable loss of speech or hearing and as used with reference to thumb and index finger, means complete severance through or above metacarpophalangeal joints

57

**Art II, 11(d)(3)**

For each insured individual, only one amount will be paid, the greatest applicable, for all losses sustained as a result of any one injury, except that an additional benefit will be paid as set forth in subsections (d)(6), (d)(7), (d)(8), (d)(10), and (d)(11), below.

(4) "Paralysis" means the loss of use, without severance, of a limb and includes quadriplegia, which is total paralysis of both upper and lower limbs; paraplegia, which is total paralysis of both lower limbs; or hemiplegia, which is total paralysis of upper and lower limbs on one side of the body. This loss must be determined by a physician to be complete and not reversible. Benefits for paralysis for an insured employee, spouse or child are as set forth below:

**Paralysis**

| | |
|---|---|
| Quadriplegia | The full amount |
| Paraplegia | 3/4 The full amount |
| Hemiplegia | 1/2 The full amount |

(5) *Comatose*

If an insured employee, covered spouse, or covered child becomes comatose within 365 days of the accident, a benefit equal to one percent (1%) of the full amount in force on account of such comatose person shall be payable on the 32nd day of the coma and each month thereafter for a maximum of 100 months, or until death if earlier at which time any balance would be paid. If the covered person regains consciousness, benefits shall cease and coverage for Personal Accident Insurance would resume only upon re-enrollment and payment of premiums.

(6) *Special Education*

If family coverage has been elected and the insured employee suffers a loss of life as a result of a

58

**Art II, 11(d)(6)**

covered accident, an additional benefit in the amount of up to five percent (5%) of the employee's full amount [subject to a maximum of $5000 per year ($6000 per year for losses occurring on or after January 1, 2000)] will be paid for each eligible dependent child enrolled within 365 days of the death of the employee as a full-time student in an accredited college or university.

The benefit will be payable annually for up to four consecutive years providing the eligible child consecutively continues education as a full-time student. Benefits payable beyond the first year require evidence that the child has successfully completed all academic requirements of the prior school year.

No payment will be made for room, board, or other living, traveling, or clothing expenses. If there is no dependent child who qualifies, an additional benefit of $1000 will be paid to the beneficiary. No benefit amount is payable following the employee's retirement.

(7) *Special Child Care Center*

If family coverage has been elected and the insured employee or insured spouse suffers a loss of life as a result of a covered accident, the beneficiary will receive an additional benefit in the amount of five percent (5%) of the employee's full amount [subject to a maximum of $5000 per year ($6000 per year for losses occurring on or after January 1, 2000)] for up to four years for each eligible child, under the age of 13, enrolled (or who becomes enrolled within 90 days) in a qualified child care center.

If there is no dependent child who qualifies, an additional benefit of $1000 will be paid to the beneficiary. No benefit amount is payable following the employee's retirement.

59

Art II, 11(d)(8)

### (8)  *Spousal Occupational Training*

If family coverage has been elected and the insured employee suffers a loss of life as a result of a covered accident, a surviving spouse enrolled in a formal occupational training program in order to become specifically qualified for active employment in an occupation for which the spouse would not have sufficient qualification otherwise, will be reimbursed for expenses actually incurred up to five percent (5%) of the employee's full amount [subject to a maximum of $5000 per year ($6000 per year for losses occurring on or after January 1, 2000)]. To be reimbursed, such expenses must be reasonable and necessary and must be incurred within three (3) years of the date of the employee's death. No payment will be made for room, board, or other living, traveling, or clothing expenses. No benefit amount is payable following the employee's retirement.

### (9)  *Common Disaster*

If family coverage has been elected and an insured employee and insured spouse suffer a loss of life in the same covered accident, or separate covered accidents which occur within 48 hours of each other (common disaster), the amount payable by reason of the spouse's death will equal the amount payable by reason of the insured employee's death. The common disaster benefit for the insured employee and insured spouse will not exceed $1,000,000.

### (10)  *Seat Belt and Air Bag Benefit*

If an insured employee, covered spouse or covered child suffers a loss of life as a result of a covered accident which occurs on or after January 1, 2000 in a private passenger car and the covered person's seat belt was properly used, an additional benefit of ten percent (10%) of the covered person's full amount (subject to a maximum of $25,000) will be paid. An additional benefit of ten percent (10%) of the covered person's full amount (subject to a maximum of

60

Art II, 11(d)(10)

$25,000) will also be payable if an air bag is deployed for the seat which such person occupied and while properly using a seat belt.

### (11)  *Repatriation Expense Benefit*

If the insured employee, covered spouse or covered child suffers a loss of life as the result of a covered accident which occurs on or after January 1, 2000, a repatriation benefit of $2,500 will be paid for the preparation and transportation of the covered person's body to the city of the such person's principal residence, provided the death occurred at least one hundred (100) miles away from such person's principal residence.

### (e)  *Contributions*

Employees and retirees shall contribute the full cost of Personal Accident Insurance. Employee contributions shall be payable monthly in advance and, where possible, from any monies then payable to the employee in the form of wages or benefits payable under a General Motors benefit plan. Retiree contributions shall be payable annually and in advance. The required contribution for each $10,000 of Personal Accident Insurance is as set forth in the following schedules, which will remain in effect for the term of the Agreement.

**Prior to Employee's Retirement**

| Personal Coverage Monthly | | Family Coverage Monthly | |
|---|---|---|---|
| Contribution for each $10,000 of coverage | $0.20 | Contribution for each $10,000 of coverage | $0.32 |

**After Employee's Retirement**

| Personal Coverage Annual | | Family Coverage Annual | |
|---|---|---|---|
| Contribution for each $10,000 of coverage | $3.24 | Contribution for each $10,000 of coverage | $4.80 |

61

The required contribution for Family coverage is for the employee and the employee's eligible dependents regardless of the number insured.

### (f)  Exclusions

In no case shall payment be made for any loss which is contributed to or caused, wholly or partly, directly or indirectly, by:

(1)  suicide or self-destruction or any attempt thereat, whether sane or insane;

(2)  bodily infirmity, sickness or disease;

(3)  medical or surgical treatment (except medical or surgical treatment necessitated only due to an accidental injury);

(4)  war, declared or undeclared, or any act of war except while the employee is outside the United States and Puerto Rico on Company assignment or while insured dependents are outside the United States and Puerto Rico because of the employee's assignment;

(5)  injury sustained while serving in the armed forces of any country, for which period premiums will be refunded; provided, however, that a member of an Organized Reserve Corps or National Guard Unit shall be covered during short periods of training or participation in public ceremonies;

(6)  injury sustained while engaged in or taking part in aeronautics and/or aviation of any description or resulting from being in an aircraft. This policy covers riding as a passenger but not as an operator or crew member, in or on, boarding or unloading from any aircraft having a current and valid airworthiness certificate or any transport type aircraft operated by the Military Airlift Command (MAC) of the United States of America or by any similar air transport service

62

of any duly constituted governmental authority of the recognized government of any nation anywhere in the world. Persons who are not members of the operating crew of any aircraft, who are engaged in testing, measuring, calibrating and similar operations, shall be considered passengers and not crew members;

(7)  the insured person's act of aggression, participation in a felonious enterprise or illegal use of drugs.

### (g)  Payment of Personal Accident Insurance

(1)(a)  If the employee dies as a result of accidental death while insured for Personal Accident Insurance and the employee has designated a beneficiary for Personal Accident Insurance, the amount of such insurance in force shall be paid to such beneficiary.

(b)  If the employee dies as a result of accidental death while insured for Personal Accident Insurance and the employee has not designated a beneficiary for Personal Accident Insurance, the amount of such insurance in force shall be paid to the beneficiary of record designated by the employee for Basic Life Insurance.

(2)  If a covered family member dies as a result of accidental death while insured for Personal Accident Insurance, the amount of such insurance in force on account of the dependent shall be paid to the employee (the employee is the beneficiary for Personal Accident Insurance).

(3)  At the written request of the beneficiary, the Personal Accident Insurance shall be paid either in a lump sum or in instalments. No instalment settlement election shall be valid if such settlement would result in instalment payments of less than $10.00 each.

63

Art II, 11(g)(4)

Art II, 11(h)

(4) If the insurance is payable in instalments and the beneficiary dies before all instalments have been paid, the unpaid instalments shall be commuted at the rate of interest used in computing the amount of instalment payments, and paid in one lump sum to the estate of the beneficiary unless otherwise provided in the election of an instalment settlement.

(5) The employee's insurance certificate shall set forth the administrative provisions regarding the recording of beneficiary designations, changes of beneficiary and the procedure for payment of insurance in case there is no beneficiary living at the death of the employee.

(6) If the surviving spouse of the employee dies as a result of accidental bodily injuries while Personal Accident Insurance is being continued as set forth in subsection (h), below, the insurance in force on account of the surviving spouse shall be paid in a lump sum to the spouse's beneficiary of record if one has been designated, otherwise to the estate of the surviving spouse.

(7) If a dependent child sustains a loss as a result of accidental bodily injuries while Personal Accident Insurance is being continued as set forth in subsection (h) below, the benefit shall be paid to the surviving spouse of the employee.

(8) The surviving spouse's insurance certificate shall set forth the administrative provisions regarding the recording of beneficiary designations, changes of beneficiary and the procedure for payment of insurance in case there is no beneficiary living at the death of a dependent.

(9) All other indemnities are payable to the employee.

(10) This insurance is term insurance without cash, loan or paid-up values.

64

(b) *Continuation for Survivors*

In the event an employee dies while insured for Family coverage under this Personal Accident Insurance, such insurance, applicable to the spouse and dependent child(ren) may be continued by the surviving spouse for 12 months following the month of the employee's death unless such insurance ceases earlier as set forth in subsection (i) below.

(i) *Cessation of Insurance*

(1) The Personal Accident Insurance on account of an employee shall automatically cease on the earliest of the following:

(i) The date the employee ceases to be insured for Basic Life Insurance provided in accordance with Section 2 of this Article except as set forth in subsection (j) below.

(ii) If the employee fails to make a required contribution for Personal Accident Insurance when due, the last day of the calendar month immediately preceding the calendar month for which such contribution was due.

(iii) The date of discontinuance of Personal Accident Insurance under the Plan as defined in Article V, Section 4.

(2) The Personal Accident Insurance on account of a covered family member shall automatically cease on the earliest of the following:

(i) On the date of termination of the employee's insurance, for reasons other than death.

(ii) On the date the dependent ceases to be an eligible dependent as defined in subsection (c) above.

65

Art II, 11(i)(3)

(3) Any Personal Accident Insurance continued in accordance with the provisions of subsection (h) above, shall automatically cease on the earliest of the following:

(i) On the date the dependent ceases to be an eligible dependent as defined in subsection (c) above.

(ii) On the date the surviving spouse remarries.

(iii) The date of discontinuance of Personal Accident Insurance under the Plan as defined in Article V, Section 4.

(j) *Continuation After Cessation of Active Work*

(1) *Employee on Leave of Absence*

During the month in which an approved leave of absence commences, an insured employee on such leave will be covered for the full calendar month provided the contribution has been made for that month.

Personal Accident Insurance coverage may be continued thereafter while the employee remains on an approved leave of absence provided the required contribution is paid to the insurer.

(2) *Employees on layoff*

During the month in which a layoff commences, an insured employee on such layoff will be covered for the full calendar month provided the contribution has been made for that month.

Personal Accident Insurance coverage may be continued thereafter while the employee remains on layoff, as set forth in the following schedule provided the required contribution is paid to the insurer.

66

Art II, 11(j)(2)

| Years of Seniority on Last Day Worked Prior to Layoff | Maximum Number of Months for Which Coverage Can be Continued |
|---|---|
| Less than 1 | 0 |
| 1 but less than 2 | 16 |
| 2 but less than 3 | 18 |
| 3 but less than 4 | 20 |
| 4 but less than 5 | 22 |
| 5 but less than 10 | 24 |
| 10 and over | 36 |

Contributions must be paid to the insurer within 31 days of the last month for which contributions were paid by payroll deduction and by the first day of each month thereafter.

(3) *Retirees*

Employees insured for Personal Accident Insurance on the day immediately preceding their retirement effective date may continue Personal Accident Insurance provided the required contribution is paid to the insurer annually and in advance.

67

# ARTICLE III

## CONTINUATION OF COVERAGES, CORPORATION AND EMPLOYEE CONTRIBUTIONS, AND CESSATION OF COVERAGES

### Section 1. Employees in Active Service

The Corporation shall pay the full monthly charge for coverages provided under Article II (other than Optional Life, Dependent Life and Personal Accident Insurance) for an employee with respect to any month in which the employee has earnings from the Corporation, except as may otherwise be provided under Article I, Section 4. The employee shall contribute the full cost of Optional Life, Dependent Life and Personal Accident Insurance.

### Section 2. Employees on Layoff or Leave of Absence Other Than for Disability

Coverages (other than Personal Accident Insurance) may be continued for the periods set forth below after the month in which the employee last works prior to layoff or leave of absence upon payment of any required contributions. Personal Accident Insurance may be continued as set forth in Article II, Section 11(j).

(a) For the first month all coverages provided under Article II will be continued and the Corporation shall pay the full monthly charge for such coverages (other than Optional and Dependent Life Insurance). The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(b) For the next 12 months in case of a layoff (24 months in the case of an employee who has 10 or

68

more years of seniority as of the last day worked prior to layoff) and the next 11 months in case of a leave of absence other than for disability; only Basic Life, Extra Accident, Survivor Income Benefit, Optional Life and Dependent Life Insurance may be continued.

(1) For such period in case of a layoff, contributions shall be in accordance with certain schedules established by the Corporation related to eligibility for Supplemental Unemployment Benefits, to seniority, or on some other basis, under which coverages (other than Optional and Dependent Life Insurance) continued by a laid-off employee shall be continued without cost to such employee during a specified number of full calendar months of layoff. Corporation contributions shall commence with the first month after the month in which the Corporation contributed under the provisions of subsection (a) of this Section.

An employee shall contribute 50¢ per month per $1000 of Basic Life Insurance for such coverages (other than Optional and Dependent Life Insurance) continued in any month of layoff in which such employee is not eligible for such Corporation contributions. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(2) For such period in case of a leave of absence other than for disability an employee shall contribute 50¢ per month per $1000 of Basic Life Insurance for such coverages (other than Optional and Dependent Life Insurance) continued. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(c) Basic Life, Extra Accident, Survivor Income Benefit, Optional Life and Dependent Life Insurance may be continued by an employee while on layoff for

69

up to 12 additional months beyond the last month for which the Corporation contributed in accordance with subsection (b)(1) of this Section. Employees shall contribute 50¢ per month per $1000 of Basic Life Insurance for such coverages (other than Optional and Dependent Life Insurance) continued for such period. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

Notwithstanding any other provisions of this Section 2, for an employee who is on a permanent layoff and returns to active work with the Corporation, and who is subsequently laid off prior to satisfying the eligibility requirements for Sickness and Accident and Extended Disability Benefit coverages set forth in Article I, Section 3(d), the number of months for which coverage may be continued as of the first day of the month next following the month in which the employee last works, and the number of months for which the Corporation shall contribute for any such continued coverage, shall be equal to the number of such months, respectively, which were available as of the last day of the month immediately preceding the date of return to work with the Corporation following the permanent layoff, increased by two additional months for which the Corporation shall pay the full monthly charge.

At the end of any period set forth above except as otherwise provided in this Article, or at any time the employee fails to make the required contributions for Basic Life, Extra Accident and Survivor Income Benefit Insurance during such period, the employee's Basic Life, Extra Accident and Survivor Income Benefit Insurance is canceled and the employee is entitled to the conversion privilege as described in Article IV, Section 6.

70

#### (d)  Special Provisions

##### (1)  Employee Placed on Leave of Absence Other Than for Disability Because of A Clinically Anticipated Disability

If an employee is granted a leave of absence other than for disability, because of a clinically anticipated disability based on the natural course of the employee's diagnosed condition, Sickness and Accident coverage which may have ceased in accordance with subsection (b) above during the period of such leave shall be reinstated, provided the employee is insured for Basic Life Insurance, as of the date the employee presents medical certification from the employee's personal physician, satisfactory to the Carrier, that the employee is totally disabled and shall remain in force on the same basis as set forth in Section 3 of this Article. Commencing with the month in which such Sickness and Accident Benefit coverage is reinstated, the Corporation shall pay the full monthly charge for such coverage on the same basis as set forth in Section 3(a) of this Article for an employee on an approved disability leave of absence. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

##### (2)  Employee Placed on Layoff From Disability Leave of Absence

For an employee at work on or after March 1, 1982 who, upon reporting for work from an approved disability leave of absence, is immediately placed on layoff, the day such employee reports for work shall be deemed to be the day the employee last works prior to layoff and the coverages to be continued during such layoff will be that for which the employee was covered on the actual day the employee last worked, but only for purposes of this Section 2.

71

### (3) *Employee Placed on Layoff From Military Leave of Absence*

Notwithstanding any other provisions of the Program, if an employee upon reporting for work from military leave of absence in accordance with the terms of such leave is immediately placed on layoff, the day such employee reports for work shall be deemed to be the employee's last day worked prior to layoff but only for purposes of determining the period of continuation and eligibility for Corporation contributions for Basic Life, Extra Accident and Survivor Income Benefit Insurance coverages under the provisions of the Program applicable to laid-off employees.

### Section 3. Disabled Employees

Coverages (other than Personal Accident Insurance) may be continued for the periods set forth below after the month in which the employee last works prior to disability upon payment of any required contributions. Personal Accident Insurance may be continued as set forth in Article II, Section 11(j).

(a) For any period during which an employee

(1) shall be entitled to receive Sickness and Accident Benefits, or

(2) is totally and continuously disabled while covered for Sickness and Accident Benefits and such employee remains on an approved disability leave of absence but not to exceed the period equal to the employee's Years of Participation as of the first day of disability,

all the employee's coverages under Article II shall remain in force, except that if an employee's disability leave is canceled because the period of such leave equaled the employee's length of seniority, all the

72

employee's coverages under Article II shall continue to remain in force in any month in which the employee continues to receive Extended Disability Benefits subsequent to such cancellation. The Corporation shall pay the full monthly charge for such coverages (other than Optional and Dependent Life Insurance) continued. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(b) For an employee at work on or after March 1, 1982 if, within three working days after an employee's disability leave of absence is canceled by the plant because the employee's disability has ceased, the employee is again disabled so as to satisfy the disability requirements for Sickness and Accident Benefits and is thereby unable to return to work, all the employee's coverages under Article II shall remain in force while the employee is so disabled, on the same basis as if the employee had become disabled while Sickness and Accident coverage was in force, but in no case will the duration of Sickness and Accident Benefits exceed the maximum period for which benefits would have been payable at the onset of the initial disability as set forth under Article II, Section 6(b)(1). The Corporation shall pay the full monthly charge for such coverages (other than Optional and Dependent Life Insurance) continued. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(c) An employee who is placed on an approved disability leave of absence from layoff and while not covered for Sickness and Accident Benefits may continue Basic Life, Extra Accident, Survivor Income Benefit, Optional Life and Dependent Life Insurance in any month in which such employee is totally and continuously disabled while the employee remains on such leave on the same basis as if the employee became disabled while Sickness and Accident coverage was in force.

73

Art. III, 3(c)

The Corporation shall pay the full monthly charge for such insurance (other than Optional and Dependent Life Insurance) continued. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(d) If at the expiration of the applicable period specified in subsections (a), (b) or (c) above, an employee is receiving payments because of employment with the Corporation under any Workers Compensation Law or Act or any Occupational Disease Law or Act, only such employee's Basic Life, Extra Accident, Survivor Income Benefit, Optional Life and Dependent Life Insurance shall be continued for the period the employee continues to receive such payments.

The Corporation shall continue to pay the full monthly charge for such insurance (other than Optional and Dependent Life Insurance) continued. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(e) If at the expiration of the applicable period specified in subsections (a), (b), (c) or (d) above the employee shall continue to be disabled, the following provisions apply:

(1) *Employees With Less Than Ten Years of Participation*

An employee may continue during such employee's period of continuing total disability only Basic Life, Extra Accident, Optional Life and Dependent Life Insurance which was in force on the last day of the month in which disability commenced for a minimum period of one year from the date of disability, or, if longer, for a period not to exceed the employee's Years of Participation as of the first day of

74

Art. III, 3(e)(1)

disability, but not after age 65. The employee shall contribute 50¢ per month per $1000 of Basic Life Insurance for such insurance (other than Optional and Dependent Life Insurance) continued. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

(2) *Employees With Ten or More Years of Participation*

An employee may continue during such employee's period of continuing total disability up to age 65 only Basic Life, Extra Accident, Optional Life and Dependent Life Insurance which was in force on the last day of the month in which disability commenced. The employee shall contribute 50¢ per month per $1000 of Basic Life Insurance for such insurance (other than Optional and Dependent Life Insurance) continued, except that while the employee is adjudged totally and permanently disabled no further contributions for such insurance (other than Optional and Dependent Life Insurance) will be required. The employee shall contribute the full cost of Optional and Dependent Life Insurance continued.

Continuing Basic Life Insurance on and after age 65 shall be determined as set forth in Article II, Section 2(b). Sickness and Accident coverage will be canceled upon retirement or upon termination of an approved disability leave of absence, if earlier. Years of Participation in such cases include the period of total and permanent disability during which contributions were not required. On and after age 65 Optional Life, Dependent Life and Personal Accident Insurance shall be determined as set forth in Article II, Section 9, 10 and 11, respectively.

75

Art. III, 4

## Section 4. Special Continuation of Insurance

### (a)  Insured Employee Between Ages 60 and 65

An insured employee who ceases active work at or after age 60 and was insured from age 60 to the date such employee ceases active work or who has ceased active work prior to age 60 but is insured at age 60, and who in either case has five or more Years of Participation at the end of the month in which the employee attains age 60 may continue only Basic Life and Extra Accident Insurance to age 65 by making the required contributions at the rate of 50¢ per month per $1000 of Basic Life Insurance, except that such contributions shall not be required of any such retired employee eligible for benefits under Article II, Section 2 or 3 of the General Motors Hourly-Rate Employees Pension Plan.

### (b)  Insured Employee Prior to Age 60

An insured employee who retires or is retired prior to age 60 under the provisions of Article II, Section 2(a) or (b) of the General Motors Hourly-Rate Employees Pension Plan and who was insured to the date such employee retires or was retired shall have only Basic Life and Extra Accident Insurance continued to age 65 without any premium contribution.

### (c)  Uninsured Employee Retiring With Benefits

An uninsured employee retiring with benefits under any Corporation pension plan or retirement program without returning to work from a layoff or leave of absence who thereby is unable to continue Basic Life and Extra Accident Insurance in accordance with subsections (a) or (b) above shall become insured, if

76

---

Art. III, 4(c)

such employee is then under age 65 on the first day of the month following the month in which seniority is canceled because of such retirement for the same amount the employee otherwise could have continued at the time of the employee's retirement, subject to reduction at age 65 in accordance with Article II, Section 2(b). Contributions shall not be required of any such retired employee.

### (d)  Conversion Privilege and Coverage After Age 65

(1)  If the employee does not continue Basic Life Insurance in the manner set forth in (a) or (b) above, the employee may exercise the conversion privilege described in Article IV, Section 6. At attainment of age 65, an employee who has continued Basic Life and Extra Accident Insurance to that date, as set forth herein, shall have Basic Life Insurance reduced as provided in Article II, Section 2(b), and the employee's Extra Accident Insurance shall be discontinued.

(2)  An employee separated at or after age 55 who is not eligible to continue Basic Life and Extra Accident Insurance under the provisions of subsections (a) and (b) above shall have all coverages discontinued and the employee shall be entitled to the conversion privilege as described in Article IV, Section 6; except that if such separation is due to total disability the employee may continue the coverages as described in Section 3 of this Article.

## Section 5. Cessation of Coverages

(a)  If an employee quits or is discharged, all coverages shall automatically cease as of the day the employee quits or is discharged or on the date seniority is broken, if later.

77

(b) If the employee fails to make the required contributions for coverages under Article II, such coverages shall automatically cease on the date of the expiration of the last period for which such contribution was made by the employee or the Corporation.

(c) All coverages shall automatically cease upon the discontinuance of the Plan, or, if the provisions thereunder for any one of the forms of coverage in Article II are discontinued, that form of coverage shall be discontinued.

(d) If Sickness and Accident Benefit coverage does not cease in accordance with subsection (a) herein, such coverage shall automatically cease on the later of the date of:

(1) the expiration of the maximum number of weeks for which weekly benefits are payable under this coverage on account of the employee's disability, and

(2) the earlier of the expiration of the employee's approved disability leave of absence, or retirement.

Sickness and Accident Benefit coverage may be reinstated only if and when the employee returns to active work for the Corporation. However, in the event Sickness and Accident Benefits cease while an employee's personal physician continues to certify to total disability and the employee remains on approved disability leave of absence, Sickness and Accident coverage shall remain in force but in no case would the duration of benefits exceed the maximum period for which benefits would have been payable at the onset of disability as set forth under Article II, Section 6(b)(1).

78

## ARTICLE IV

## GENERAL PROVISIONS

### Section 1. Amount of Coverage Depends on Base Hourly Rate

(a) Amounts of Basic Life, Extra Accident, Sickness and Accident, and Extended Disability Benefit coverages are determined by the base hourly rate on the date the employee becomes covered under the Program.

(b) If the employee is working on an incentive method of pay, the employee's average earned hourly rate for the four pay periods (or the period of employment, if less) which include and immediately precede the applicable date as set forth in the preceding paragraph is substituted for the base hourly rate specified in the preceding paragraph in determining the amounts of coverage.

(c) Neither base hourly rate nor average earned hourly rate, as used in this Section, shall include overtime or night shift premiums or any Cost-of-Living Allowance.

(d) An employee retired under the General Motors Hourly-Rate Employees Pension Plan, other than on disability retirement, who returns to work while still covered, shall have the amount of such employee's coverages determined on the employee's base hourly rate on the date the employee returns to work, subject to reduction as set forth in Article II, Section 2(b).

### Section 2. Amount of Coverage Subsequent to Becoming Covered Under the Program

(a) Subsequent to the date an employee becomes covered under the Program the amounts of Basic Life,

79

Art. IV, 2(a)

Extra Accident, Sickness and Accident, and Extended Disability Benefit coverages for which such employee is covered shall be based on the employee's current base hourly rate, except that if the employee is not actively at work on the date when the amount of coverage would change, the employee shall be covered for such changed amount when the employee returns to work.

(b)  Changes in amounts of Basic Life, Extra Accident, Sickness and Accident, and Extended Disability Benefit due to transfers from salaried to hourly payrolls shall become effective on the date of transfer, provided the employee is then actively at work. If the employee is not actively at work on such date, the change will be effective on the date of the employee's return to work.

(c)  Irrespective of the foregoing, in the event of death or commencement of total disability, if an employee's base hourly rate on either of the two quarterly review dates (January 1, April 1, July 1, or October 1) immediately preceding such employee's last day worked [or in the case of an employee working on an incentive method of pay, the employee's average earned hourly rate for the four pay periods in which such employee worked full weeks (or the period of employment, if less) which include and immediately precede the employee's last day worked] would entitle the employee to larger amounts of Basic Life, Extra Accident, Sickness and Accident, and Extended Disability Benefit coverages than those which were in effect on the date of death or total disability, payment of benefits shall be on the basis of such larger amounts.

(d)  An employee who returns from an occupational disability absence and because of a continuing physical limitation connected with such occupational disability is placed on a job paying a lower base hourly rate than the job such employee held immediately prior to the

80

Art. IV, 2(d)

employee's disability absence, will have amounts of Basic Life, Extra Accident, Sickness and Accident, and Extended Disability Benefit coverages determined in accordance with the higher base hourly rate of the employee's former job, as determined by the Schedules of Benefits in Article II, Sections 1 and 5, for as long as the employee receives payments under any applicable Workers Compensation Law in reimbursement for the loss in pay occasioned by such physical limitation.

## Section 3. Benefits for Part-Time Employees

For a part-time employee the benefit amounts set forth in Article II, Sections 1, 5, and 8 shall be payable in the same percentage relationship as the established working hours for such employee's job is to 40 hours.

## Section 4. Recovery of Benefit Overpayments

(a)  If it is determined that any benefit(s) paid to an employee under Article II should not have been paid or should have been paid in a lesser amount, written notice thereof shall be given to such employee and the employee shall repay the amount of the overpayment to the Carrier; provided, however, that no repayment shall be required if notice has not been given within one year from the date the overpayment was established and the overpayment was caused solely by Carrier error.

(b)  If the employee fails to repay such amount of overpayment promptly, the Carrier shall arrange to recover the amount of the overpayment by making an appropriate deduction or deductions from any future benefit payment or payments payable to the employee under Article II, or may request the Corporation to make or arrange for an appropriate deduction or deductions from any monies then payable, or which may become payable, by the Corporation, or on the

81

Art. IV, 4(b)

Corporation's behalf, or otherwise, to the employee in the form of wages or benefits. The Corporation shall have the right to make or arrange to have made deductions for recovering such overpayments from any such present or future wages or benefits which are or become payable to such employee.

(c)  At the direction of the Corporation, the Carrier shall make an appropriate deduction or deductions from any future benefit payment or payments payable to the employee under Article II for the purpose of recovering overpayments made to an employee under any General Motors employee benefit plan.

Amounts so deducted shall be remitted by the Carrier to the applicable benefit plan. The Carrier, by such remittance, shall be relieved of any further liability with respect to such payments.

(d)  If the benefit overpayment is caused by a retroactive award under any state Workers Compensation Law or Act or any Occupational Disease Law or Act and applicable state law allows coordination of benefits resulting in a reduction of such award payable, the Carrier in its sole discretion, may waive part or all of the overpayment in consideration of such benefit coordination.

### Section 5. Recovery of Disability Benefit Advances

If the Corporation makes advances to an employee on account of a claim for disability benefits under the Program and subsequently it is determined that no such benefits are payable or a smaller amount is payable than was anticipated, the employee shall be obligated to repay in cash the amount of such advances or overpayment, as the case may be, upon notice of the amount to be repaid, and, if such repayment is not made within 60 days after request is made, by the Corporation for repayment thereof, the amount may

82

Art. IV, 5

be deducted by the Corporation from any wages thereafter payable to the employee.

### Section 6. Conversion Privilege

(a)  Upon written application made to the insurance company within 31 days after the date Basic Life Insurance ceases in accordance with Article III, Section 5(a), the employee shall be entitled to have issued to such employee by the insurance company, without evidence of insurability, an individual policy of life insurance only, without disability or extra accident insurance. Such individual policy shall be upon one of the forms then customarily issued by the insurance company, except term insurance, and the premium for such individual policy shall be the premium applicable to the class of risk to which the employee belongs and to the form and amount of the individual policy at the employee's attained age at the date of issue of such individual policy. The amount of such individual policy shall be equal to (or at the option of the employee less than) the amount of the employee's Basic Life Insurance under the Program on the date specified above. For an employee who is insured for Survivor Income Benefit Insurance on the date of cancellation of such employee's Basic Life Insurance, the amount of such individual policy may, at the option of the employee, be increased by an amount not to exceed the total amount of monthly Survivor Income Benefit payments that would have been made if the employee had died on the date the employee's insurance ceased.

(b)  Any individual policy of life insurance so issued shall become effective at the end of the 31-day period during which application for such individual policy may be made. If, however, the employee dies during such 31-day period, the insurance company shall pay to the employee's beneficiary of record, whether or not the employee shall have made application for such individual policy, the maximum

83

amount of life insurance for which an individual policy could have been issued, excluding any increase in such amount because of Survivor Income Benefit Insurance. In addition, if the employee dies during such 31-day period, the insurance company shall pay any Survivor Income Benefit Insurance which would otherwise be payable in accordance with Article II, Section 8.

### Section 7. Recovery of Loans Not Repaid Under the Guaranteed Income Stream Relocation Loan Program

If an employee fails to repay any loan made to such employee under the Guaranteed Income Stream Relocation Loan Program, benefit amounts due to the employee under the General Motors Life and Disability Benefits Program for Hourly Employees may be withheld and applied to repay to the Corporation the full amount of any loan (including interest) not repaid under the Guaranteed Income Stream Relocation Loan Program, pursuant to written authorization and direction acceptable to the Corporation.

## ARTICLE V

## DEFINITIONS

### Section 1. Employee

(a)  Any person regularly employed in the United States by the Corporation or by a wholly-owned or substantially wholly-owned domestic subsidiary thereof, on an hourly-rate basis, herein referred to as hourly persons or hourly employees, including:

(1)  hourly persons employed on a full-time basis;

(2)  hourly persons employed on incentive pay plans;

84

(3)  students from educational institutions who are enrolled in cooperative training courses on hourly rate; and

(4)  part-time hourly employees who, on a regular and continuing basis, perform jobs having definitely established working hours, but the complete performance of which requires fewer hours of work than the regular work week, provided the services of such employees are normally available for at least half of the employing unit's regular work week.

(b)  The term "employee" shall not include

(1)  employees of any directly or indirectly wholly-owned or substantially wholly-owned subsidiary of the Corporation acquired or formed by the Corporation on or after January 1, 1984 unless specifically approved for inclusion herein by the General Motors Corporation Board of Directors;

(2)  employees represented by a labor organization which has not signed an agreement making the Program applicable to such employees;

(3)  leased employees as defined under Section 414(n) of the Internal Revenue Code; or

(4)  employees of Saturn Corporation.

### Section 2. Years of Participation

(a)  For service prior to September 1, 1950, Years of Participation shall equal the length of service from the continuous plant service date to September 1, 1950, plus additional recognized length of service, if any, as a salaried employee at continuous plant service date. If the employee is represented under a Collective Bargaining Agreement, length of service from continuous plant service date to September 1, 1950 shall be the employee's seniority as defined in such Agreement, at September 1, 1950. Any employee who

85

Art. V, 2(a)

had contributed under Group Policy 3200-G or 14000-G for Life Insurance coverage prior to September 1, 1950, and prior to such employee's seniority date shall be given credit for Years of Participation for such periods of contribution except that no such period of contribution shall be counted if prior to a period of six months or longer under Policy 3200-G or 24 months or longer under Policy 14000-G during which the employee did not contribute.

(b)  For service subsequent to September 1, 1950 and prior to October 1, 1975, Years of Participation shall be the total duration of all periods after September 1, 1950 during which the employee is insured for Life Insurance whether or not the employee's service is continuous for such periods, plus any time spent by the employee on military leave, plus any period during which the employee received Total and Permanent Disability Benefits under the Program. After September 1, 1950 and prior to October 1, 1975, any employee who is not insured for Life Insurance under Article II for the whole of a period in excess of 24 consecutive months shall lose Years of Participation for any period prior to a subsequent resumption of coverage, except that there shall be no loss of Years of Participation while the employee's seniority remains unbroken.

(c)  Notwithstanding the definition of Years of Participation in subsections (a) and (b) above, prior to October 1, 1975, in the case of any employee under age 65 whose years of credited service accrued prior to the end of the month in which such employee attains age 65 under the General Motors Hourly-Rate Employees Pension Plan exceed the employee's Years of Participation under the Program, such credited service shall be used for the purposes of such subsections (a) and (b) in lieu of Years of Participation.

(d)  For an employee at work on and after October 1, 1975, Years of Participation shall be the sum of:

86

Art. V, 2(d)(1)

(1)  the greater of such employee's Years of Participation or credited service accrued under the General Motors Hourly-Rate Employees Pension Plan as of September 30, 1975, plus

(2)  the employee's credited service accrued under such Plan on and after October 1, 1975.

## Section 3.  Seniority

Seniority as used in this Program is whichever of the following periods is applicable to the employee:

(a)  If the employee is represented under a Collective Bargaining Agreement, the employee's seniority for the purposes of this Program shall be the same as the employee's seniority as defined in such Agreement. However, if the employee has, or has had, seniority in more than one bargaining unit under a Collective Bargaining Agreement, seniority shall mean the longest seniority held in any bargaining unit. If an employee has seniority in one bargaining unit (or is in active service and subsequently acquires seniority in such bargaining unit) at the time the employee's seniority is broken in a second bargaining unit;

(1)  under the time-for-time provisions of the Collective Bargaining Agreement,

(2)  because of a refusal of recall to such second bargaining unit,

(3)  because of a quit at such second bargaining unit to respond to recall at another bargaining unit, or

(4)  because of a quit at such second bargaining unit to accept placement as a journeyman in another bargaining unit where the employee completed apprentice training,

the seniority lost at such second bargaining unit shall be included in the "longest" seniority."   E18060 1IN

87

Art. V, 3(b)

(b) If the employee is non-represented, the employee's seniority for the purposes of this Program shall be the employee's unbroken service as defined by rules established by the Corporation.

(c) If an employee retired under terms of the General Motors Hourly-Rate Employees Pension Plan is rehired, but does not have seniority reinstated, such employee shall be deemed, solely to satisfy the purposes of the Program, to have seniority while so employed.

### Section 4. Plan

Plan means that portion of the Program referred to in Article II.

### Section 5. Carrier

Carrier as used in this Program means the entity by which coverages are underwritten or benefits are paid. As used in this Program, the term shall include, but is not limited to, the following types of entities:

(a) an insurance company

(b) General Motors Corporation

(c) a non-governmental administrative service.

### Section 6. Layoff

Layoff means any layoff resulting from a reduction in force or temporary layoff, or from the discontinuance of a plant or operation, or a layoff occurring or continuing because the employee was unable to do the work offered by the Corporation although able to perform other work in the plant to which the employee would have been entitled if the employee would have had sufficient seniority.

NIL090813     26 0067

**MISCELLANEOUS**

**LIFE AND DISABILITY**

**BENEFITS PROGRAM**

**DOCUMENTS**

Misc. (Items Agreed To)

### Items Agreed To
### September 28, 1999

As discussed during these negotiations General Motors will implement the following procedures:

1. Subject to the completion of a Reimbursement Agreement form provided by the Corporation, General Motors Disability Advances shall be paid with respect to all claims for Sickness and Accident Benefits involving an alleged work-related injury when General Motors does not voluntarily accept liability under any Workers Compensation Law or Act for an occupational accident if medical evidence of total and continuous disability, satisfactory to the Carrier, is submitted. Such payments shall cease if the Carrier subsequently finds that the claimant is not eligible for Sickness and Accident Benefits.

2. The Claims Administrator may authorize payment of Sickness and Accident Benefits on a claim previously denied by the Carrier if the claimant submits medical evidence which, in the judgment of the Claims Administrator, would be satisfactory to support payment of the claim.

3. Sickness and Accident Benefits payable after the seventh day of disability involving an alleged accident shall not be delayed pending a determination by the Carrier as to whether benefits are payable for all or part of the first seven days of disability.

4. If a dispute arises with respect to whether Sickness and Accident Benefits are payable for all or part of the first seven days of disability for an alleged accident, and a state governmental agency responsible for administration of workers compensation or disability benefits determines that such disability was due to an accident, benefits will be paid in accordance with such determination.

90

91

Misc. [Items Agreed To. 6]

5. The Corporation will encourage medical examiners under the Impartial Medical Opinion Program to discuss their findings concerning a claimant's disability with the attending physician if there is a question as to the employee's ability to return to work.

6. For purposes of coverages provided under Article II of Exhibit B-1 to the Supplemental Agreement (Life and Disability Benefits Program) between the parties dated September 28, 1999, and the Corporation contributions for such coverages, an employee who is on an approved vacation in accordance with the provisions of the Collective Bargaining Agreement between the Corporation and the Union dated September 28, 1999, will be considered to be in active service with earnings from the Corporation while on such vacation.

7. The following outlines the procedures for reducing Sickness and Accident and Extended Disability Benefits as provided in Article II, Sections 6(h) and 7(b)(1)(iii) of the Supplemental Agreement Covering Life and Disability Benefits Program.

(a) In the twenty-fourth week of disability, an employee will be notified of the eligibility requirements for Social Security Disability Insurance Benefits (DIB). The employee will be advised that, effective with the payment for the twenty-sixth week of disability, Sickness and Accident (and monthly Extended Disability) Benefit computations will presume eligibility for DIB except as provided below. The employee will also be advised that, subject to the employee's completion of a Reimbursement Agreement, the employee may receive unreduced Sickness and Accident (or Extended Disability) Benefit payments, commencing with the twenty-sixth week of disability, while the employee is otherwise eligible.

92

Misc. [Items Agreed To, 7(a)]

Further, the employee will be instructed that, if the employee's physician anticipates that the employee's disability will not extend beyond twelve months, the employee's physician should complete a statement indicating such a prognosis. Where such a statement is provided, a reduction of Sickness and Accident (or Extended Disability) Benefits, based on presumed eligibility for DIB, will not be instituted in the twenty-sixth week of disability.

(b) In the thirtieth week of disability, any employee whose physician has not completed the statement referenced in (a) above, will be advised to apply for DIB and instructed to complete an authorization form allowing the Social Security Administration to advise the Carrier of its determination. An employee's failure to complete the authorization form within two weeks from the date of the notice instructing such employee to do so will result in the suspension of an amount of Sickness and Accident (or Extended Disability) Benefits equal to the presumed amount of DIB until the employee provides satisfactory proof that the authorization form has been completed. The employee also will be advised that the employee may authorize release of information in the Sickness and Accident (and Extended Disability) Benefit claim files to the Social Security Administration.

(c) Upon receipt of an initial determination of disallowance of DIB, a notice will be sent instructing the employee that within two weeks from the date of the notice the employee must (1) request a Reconsideration, and (2) complete an authorization form allowing the Social Security Administration to advise the Carrier of its determination. Failure to comply with this instruction, request such Reconsideration or complete the authorization form will result in the suspension of an amount of Sickness and Accident (or Extended Disability) Benefits

93

Misc. (Items Agreed To, 7(c))

payments equal to the presumed amount of DIB until the employee provides satisfactory proof that such request has been filed and the authorization form has been completed.

(d) Upon receipt of a Reconsideration determination of disallowance, the Carrier will review the employee's disability claim and may send a notice to the employee instructing the employee that within two weeks from the date of the notice the employee must file for a Hearing before an administrative law judge of the Social Security Administration and complete an authorization form allowing the Social Security Administration to advise the Carrier of its determination. Failure to comply with this instruction will result in the suspension of an amount of Sickness and Accident (or Extended Disability) Benefit payments equal to the presumed amount of DIB until the employee provides satisfactory proof that such request has been filed and the authorization form has been completed.

(e) In the event of a Reconsideration or an administrative law judge Hearing determination denying DIB, and provided any subsequent review does not reverse such determination, the employee will not be required to repay any Sickness and Accident (or Extended Disability) Benefits otherwise payable, unless such denial of DIB resulted from the employee's refusal to accept vocational rehabilitation. Where such denial occurs, the employee is obligated to repay Sickness and Accident (and Extended Disability) Benefits in an amount not to exceed the amount of DIB (Primary Insurance Amount only) to which the employee would otherwise have been entitled for the same period or periods of disability.

(f) In the event an employee files for a Hearing before an administrative law judge pursuant to instructions issued under subsection (d), above, and the administrative law judge determination denies DIB,

94

Misc. (Items Agreed To, 7(l))

an amount equal to any reasonable expenses which an employee incurs in conjunction with the Hearing before the administrative law judge will be paid to the employee by the Carrier upon submission of satisfactory proof of such expenses.

(g) Upon receipt of a notice of award of DIB, any overpayment of Sickness and Accident (or Extended Disability) Benefits caused by the retroactive award of DIB is to be repaid. The amount of the overpayment will be based on the actual amount (Primary Insurance Amount) of such award.

(h) In the event of a DIB award resulting from a Reconsideration or Hearing before an administrative law judge, the amount of Sickness and Accident (and Extended Disability) Benefits to be repaid will be reduced by an amount equal to any attorney fees associated with the award, provided the employee makes such repayment within 30 days of the date the employee is notified of the amount to be repaid. This reduction applies only to attorney fees associated with a successful appeal of a denial of DIB and includes only that portion of the attorney's fee associated with the period of time the employee was entitled to receive Sickness and Accident (and Extended Disability) Benefits. This reduction for such attorney fees may not exceed 25 percent of the repayment due. Attorney fees for services prior to denial of the initial application for DIB will not reduce the amount of repayment due.

(i) As an alternative, or in addition, to the DIB procedures set forth above, the Carrier may authorize an organization to evaluate an employee's claim for DIB and represent the employee in the filing of a claim or an appeal for DIB. The cost of such representation will not be paid by the employee. Failure on the part of an employee to comply, in a timely fashion, with reasonable requests from such an organization in conjunction with its representation of the employee, will result in the suspension of an

95

Misc. [Items Agreed To, 7(i)]

amount of Sickness and Accident (or Extended Disability) Benefit payments equal to the presumed amount of DIB until the employee complies with such requests.

(j)   An employee age 65 or older may be entitled to Old-Age Benefits as early as the first day of total disability. No reduction of Sickness and Accident Benefits shall be made until the employee provides evidence that the employee is receiving Old-Age Benefits.

(k)   In addition to the requirements set forth in (b), (c) and (d) above, the Carrier shall have the right to require the employee to complete an authorization form allowing the Social Security Administration to advise the Carrier of the status of a claim for DIB. An employee's failure to complete such authorization form within two weeks from the date of the notice informing such employee of such requirement will result in the suspension of an amount of Sickness and Accident (or Extended Disability) Benefit payments equal to the presumed amount of DIB until such time as the authorization form is completed.

8. The local union benefit representative shall be given a copy of the EDB-1 letter which is furnished to an hourly employee in the benefit representative's benefit district during the 40th week of disability.

9. On request, a copy of the employee's initial Extended Disability Benefits approval notice, and any subsequent correspondence concerning the amount of the employee's Extended Disability Benefits shall be given to the local union benefit representative.

96

---

Misc. [Items Agreed To, 10]

10.   The local union benefit representative shall be notified promptly of an employee's or retiree's death, the age at death, and the date of death.

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Date: September 28, 1999

Accepted and Approved:

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By:  Richard Shoemaker

Date: September 28, 1999

97

## PROCEDURE FOR
## REVIEW OF DENIED CLAIMS

To afford employees a means by which they can seek review and possible reconsideration of a denied claim, internal procedures of General Motors Corporation will provide a procedure along the following lines:

With respect to claims denied by the Metropolitan Life Insurance Company

**Step 1.** Following receipt of the formal notification letter from Metropolitan by which the employee (or beneficiary, following the death of the employee) is advised of the reasons for the denial of the employee's or beneficiary's claim, the employee or beneficiary may request the representative whom the employee's local union has designated to discuss Life and Disability Benefits Program matters to review the reasons for the denial with the management representative.

**Step 2.** The management representative will review the employee's case with the local union benefit representative. If needed, more details with respect to the reasons for the denial will be obtained from Metropolitan by the management representative and, if appropriate, the management representative will advise what, if anything, the employee or beneficiary can do to support the claim for payment of benefits. At this meeting, there will be furnished to the local union benefit representative copies of all of the material pertinent to the claim which Metropolitan has made available for examination.

**Step 3.** If, after discussion with the management representative, the local union benefit representative contests the position of Metropolitan as reflected by the management representative, the local union representative may refer the case on an appeal form provided for that purpose to the International Union

98

for review with the Corporation. A copy of such appeal form shall be presented to the management representative.

**Step 4.** The International Union will notify the Corporation of its intent to review a case on a Step 4 appeal form provided for such purpose. The Corporation will request a review by Metropolitan and will attempt to resolve the case with the International Union by providing a written answer with respect to Metropolitan's determination on such form.

**Step 5.** If the Corporation and the International Union are unable to resolve their differences, the Corporation upon written request of the International Union, will request a review by Metropolitan. Such request to the Metropolitan will be in writing and will incorporate the Union's position. The Metropolitan review of the claim will be conducted by a committee of three employees of Metropolitan, at least one of whom shall be an officer of Metropolitan.

**Step 6.** Metropolitan will report to the International Union and to the Corporation its action as the result of such review.

Information regarding any undue delay in the issuance of a Sickness and Accident Benefit check, in the release of a determination by Metropolitan with respect to a suspended claim, lack of coverage, insufficient payment of a claim, or an anticipated claim, may be requested by the local union benefit representative in the same manner as set forth in Steps 1 and 2 of the procedure outlined herein. In such instances, the management representative shall expedite either the benefit check or the Metropolitan determination, or shall provide the requested information with respect to lack of coverage, insufficient payment of a claim, or an anticipated claim. Any such issue which cannot be resolved locally may

99

Misc. [Denied Claims Procedure, Step 9]

be appealed as set forth in Step 4 of the procedure outlined herein.

Joint meetings of representatives of the Corporation and the International Union with the Metropolitan Life Insurance Company may be held at a mutually agreed upon location once every six months for the purpose of reviewing unresolved administrative problems or Life and Disability Benefits Program complaints. The basis for any such meeting shall be an agenda mutually agreed upon by the Corporation and the Union at least 30 days in advance of a mutually agreed upon meeting date and location.

100

Misc. [Representation]

## Statement of Intent

Notwithstanding the provisions of Exhibit A, Section 3(c) of the General Motors Hourly-Rate Employees Pension Plan; Exhibit D, Articles V and VI of the Supplemental Unemployment Benefit Plan, and the Items Agreed to by GM-UAW SUB Board of Administration; and Exhibit E, Section 6(a) of the Guaranteed Income Stream Benefit Program, which deal with local union representatives for each of these benefit plan areas, the Corporation and the Union agreed as follows:

### 1. Appointment of Benefit Representatives

(a) Local union benefit representative(s) and alternate(s) shall be appointed or removed by the GM Department of the International Union. Management benefit representative(s) shall be appointed or removed by management.

(b) Temporary replacement appointments may be made by the local union President for a minimum of one week and a maximum of four weeks. Replacement appointments for any absence in excess of four weeks also shall be made by the GM Department of the International Union. Replacement appointments in situations when the benefit representative(s) and alternate(s) are both absent but for less than one week and are on a leave of absence pursuant to the provisions of Paragraph 109 of the GM-UAW National Agreement may be made by the local union President. Any problems that may arise under this procedure may be discussed by the Corporation with the GM Department of the International Union.

(c) A local union benefit representative shall be an employee of the Corporation having at least one year of seniority, and working at the plant where, and at the time when, such employee is to serve as such

101

Misc. (Representation, 1(c))

representative or alternate. No such representative or alternate shall function until written notice has been given by the GM Department of the International Union to the Corporation. In the case of temporary appointments, the notice should be given to local Management with additional copies forwarded to the GM Department of the International Union and the Corporation.

### 2. Number of Local Union Benefit Representatives

(a) In plants having a total of less than 600 employees, there may be one local union benefit representative and one alternate.

(b) In plants having a total of 600 but less than 1,200 employees, there may be two local union benefit representatives and two alternates.

(c) In plants having a total of 1,200 but less than 2,000 employees, there may be three local union benefit representatives and three alternates.

(d) In plants having a total of 2,000 but less than 5,000 employees, there may be four local union benefit representatives and three alternates. If such plants have a total of 1,400 or more employees on the second and third shifts combined, there may be five local union benefit representatives and two alternates.

(e) In plants having a total of 5,000 but less than 8,000 employees, there may be five local union benefit representatives and two alternates.

(f) In plants having a total of 8,000 but less than 10,000 employees, there may be six local union benefit representatives and two alternates.

(g) In plants having a total of 10,000 or more employees, there may be seven local union benefit representatives and two alternates.

102

Misc. (Representation, 2(g))

The number of employees as used herein shall include active employees, employees on sick leave of absence, and employees on temporary layoff.

3. Of the total number of local union benefit representatives and alternates otherwise available, one or more representatives and alternates may be assigned to the second shift or third shift so long as the total number of representatives and alternates set forth in Paragraph 2 above is not exceeded.

4. When plant population changes occur which would increase or decrease the number of local benefit plan representatives, such population changes must be in effect for a period of six consecutive months before such adjustment is made in the number of representatives, unless such population change results from the discontinuance or addition of a shift or the opening or closing of a plant. In the event of a cessation of operations, the Corporation, at the request of the UAW General Motors Department of the International Union, will provide for the continuance of Benefit Representation. Other situations involving a sudden significant change in the number of employees at a location may be discussed by the Corporation and the GM Department of the International Union.

5. Benefit Plan districts will be established by local mutual agreement. Only one local union benefit representative will function in a benefit district and will handle specified benefit plan problems raised by employees within that district pertaining to the Pension Plan, Life and Disability Benefits Program, Health Care Program, Supplemental Unemployment Benefit Plan, and Guaranteed Income Stream Benefit Program agreements. An alternate will be permitted to function in the absence of a local benefit plan representative on the benefit plan representative's shift.

103

Misc. [Representation, 6]

**6.** Any local union benefit representative may function as the member of the Pension Committee, as the member of the local Supplemental Unemployment Benefit Committee, as a member of the Guaranteed Income Stream Benefit Committee or handle benefit problems under the Life and Disability Benefits Program and the Health Care Program with respect to employees in such representative's Benefit Plan district. An alternate may function in the absence of a local union benefit representative.

**7.** The time available to a local union benefit representative and alternate with respect to a Benefit Plan district may not exceed eight (8) regular working hours of available time in a day.

**(a)** On a local union benefit representative's regular shift and without loss of pay, a local union benefit representative(s) may accompany the management benefit representative for a mutually agreeable joint off-site visit to a local hospital, an impartial medical opinion clinic or a health maintenance organization, or other similar type joint ventures, with respect to benefit plan matters.

**(b)** A local union benefit representative attending a scheduled Management-Union Benefit Plan meeting on a shift other than the representative's regular shift will be paid for time spent in such meeting.

**(c)** One local union benefit representative attending the local union retiree chapter meeting will be paid for time spent in such meeting.

**(d)** The time spent in such local union retiree chapter meetings, off-site visits or Management-Union Benefit Plan meetings will not result in additional hours which exceed regularly scheduled shift hours, overtime premiums or an increase in representation time being furnished as a result of the representative(s) not working a full shift on the representative's regular shift.

104

Misc. [Representation, 8]

**8.** The local union benefit representative shall be retained on the shift to which the representative was assigned when appointed as such representative regardless of seniority, provided there is a job that is operating on the representative's assigned shift which the representative is able to perform.

**9.** The Benefit Plans - Health and Safety office may be used by local union benefit representatives during their regular working hours:

**(a)** To confer with retirees, beneficiaries and surviving spouses who ask to see a local union benefit representative with respect to legitimate benefit problems under the Pension Plan, Life and Disability Benefits Program and Health Care Program Agreements.

**(b)** If the matter cannot be handled appropriately in or near the employee's work area, to confer with employees who, during their regular working hours, ask to see a local union benefit representative with respect to legitimate benefit problems under the Pension, Life and Disability Benefits, Health Care, SUB, and GIS Agreements.

**(c)** To confer with employees who are absent from, or not at work on, their regular shift and who ask to see a local union benefit representative with respect to legitimate benefit problems under the Pension, Life and Disability Benefits, Health Care, SUB, and GIS Agreements.

**(d)** To write position statements and to complete necessary forms with respect to a case being appealed to the Pension, SUB, or GIS Boards by an employee in the local union benefit representative's Benefit Plan district, and to write appeals with respect to denied life, health care, and disability claims involving employees within the representative's Benefit Plan district.

105

Misc. [Representation, 9(e)]

(e) To file material with respect to the Pension, Life and Disability Benefits, Health Care, SUB and GIS Agreements.

(f) To make telephone calls with respect to legitimate benefit problems raised by employees under the Pension, Life and Disability Benefits, Health Care, SUB, and GIS Agreements.

10. Notwithstanding Item 7 of this Statement of Intent, during overtime hours, Local Union Benefit Representatives will be scheduled to perform in-plant benefit-related activities, if they would otherwise have work available in their equalization group.

**MISCELLANEOUS
LIFE AND DISABILITY
BENEFITS PROGRAM
LETTERS**

Misc. [Adjusted Seniority Letter]

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties agreed that,
provisions of the National Agreement between the
parties dated September 28, 1999 to the contrary
notwithstanding, a laid-off employee who had seniority
on the last day of work prior to layoff, and who either
broke seniority during the term of the 1979 or
subsequent National Agreements, under the provisions
of Paragraph 64(e), and who is rehired at the same
plant during the term of such 1999 National Agreement,
but more than 24 months following such employee's last
day worked, and who reacquires seniority and receives
an adjusted seniority date upon completion of the
employee's probationary period, will have eligibility for
coverages and the amount and type of coverages
provided under the Life and Disability Benefits Program
determined on the basis of such adjusted seniority date,
but the effective date of such coverages shall be no
earlier than the date on which the employee is actively
at work after completing the employee's probationary
period.

108

109

Misc. (Adjusted Seniority Letter)

For the purpose of determining the effective date of coverages for an employee who had acquired seniority during the term of the 1979 or subsequent National Agreements, the eligibility provisions of the respective Program, rather than the 1999 Program, will apply.

For the purpose of determining eligibility for Basic Life, Extra Accident, Survivor Income Benefit, Sickness and Accident and Extended Disability Benefit coverages, an employee's adjusted seniority date shall be deemed to be such employee's most recent date of hire.

Except as specifically modified herein, the applicable provisions of the Life and Disability Benefits Program shall govern.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger

Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

110

---

Misc. (MIC Programs Letter)

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties discussed the automobile and homeowners insurance programs offered to General Motors employees by MIC General Insurance Corporation, a subsidiary of Motors Insurance Corporation (MIC). Insurance policies issued under these programs are individually underwritten by MIC. Currently, MIC has established automobile coverage in seventeen states and homeowners coverage in nine states.

The Union requested (1) the MIC programs be expanded to provide coverage in additional states, and (2) to study the feasibility of payroll deductions for MIC coverages. The Corporation contacted representatives of MIC and communicated these requests. MIC has agreed to develop an expansion plan. The parties agreed that within a reasonable time after the present negotiations have concluded, arrangements will be made to offer employee payroll deductions for coverages provided by MIC.

111

NIL09081 3     4495 0078

Misc. [MIC Programs Letter]

The parties recognize these commitments are subject to various state regulations and other practicable considerations.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

112

---

Misc. [IMO Letter]

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

General Motors and the UAW agreed to arrange for the establishment of a single Impartial Medical Opinion (IMO) administrator to schedule all IMO examinations for employees residing in areas not presently covered by local IMO agreements. Furthermore, upon approval of the local parties, such administrator also may be used in areas covered by local IMO agreements where either a physician specialty is not available or an examination cannot be obtained in a timely manner from an examiner on the approved list of physicians.

Effective January 1, 1991, such an administrator, mutually agreeable to the parties, was contracted with by the carrier responsible for administering the Corporation's disability coverages.

113

NIL0908L3   4495 0079

Page 79 87

Misc. (IMO Letter)

In any event, either party continues to have the right to terminate either the designated administrator or this arrangement, effective 90 days after giving written notice of such decision to the other party.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

114

---

Misc.  (OLI and PAI Premium Waiver Letter)

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties discussed the levels of Rate Stabilization Reserves of the Optional and Dependent Life Insurance coverages and the Personal Accident Insurance coverage.

It was agreed, with respect to current reserve levels only, premium contributions for Optional Life Insurance coverage would be waived for a period of two (2) months and contributions for Personal Accident Insurance coverage would be waived for six (6) months. The premium waivers would commence as soon as practicable after October 18, 1999 and will apply to employees participating at such time. Such waivers of contributions will not extend any period of continuation of coverage provided under the Plan.

115

Misc. (OLI and PAI Premium Waiver Letter)

Further, it was agreed that, during the term of the Collective Bargaining Agreement Dated September 28, 1999, the Union may request a review of the reserve levels of such coverages at any time. Additionally, in the event the reserves of either Optional and/or Dependent Life Insurance coverages attain or exceed thirty percent (30%) of annual premium, General Motors will initiate a review of such reserves with the International UAW.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

116

---

Misc. [Reinstated Sickness and Accident]

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

This will confirm an understanding between the Company and the Union with respect to the 1999 GM-UAW Life and Disability Benefits Program, incorporated as Exhibit B-1 to the 1999 Collective Bargaining Agreement between the parties, dated as of the date of this letter.

In the event the provisions of the 1987 SUB Plan are reinstated, the applicable provisions of the 1987 GM-UAW Life and Disability Benefits Program (including benefit eligibility, calculation, and duration) shall be reinstated to provide thereunder Reinstated Sickness and Accident Benefits for subsequent Weeks of layoff to otherwise eligible employees.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

117

Misc. [Definition of Employee]

# GENERAL MOTORS CORPORATION

### September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

As discussed during these negotiations, this will
confirm our understandings that for purposes of Article
V Section 1 (a) of the Program, the definition of
Employee will include all hourly persons employed by
New Venture Gear, Muncie, Indiana, formerly Hydra-
matic Muncie, who had unbroken seniority at any
General Motors Plant covered by the GM-UAW
Collective Bargaining Agreement, at commencement of
such persons' employment at New Venture Gear.

Very truly yours,

GENERAL MOTORS CORPORATION


Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

118

---

Misc. [Optional and Dependent and Personal Accident
Insurance Contribution Deductions]

# GENERAL MOTORS CORPORATION

### September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the Union requested that
deductions for Optional and Dependent Life Insurance
coverages automatically be deducted from EDB and
SUB. Deductions for Optional Life, Dependent Life and
Personal Accident insurance coverages will continue
being deducted from S&A payments and will be
deducted from EDB during the term of the 1999
Agreement.

We have agreed that the Corporation will make such
deductions from SUB as soon as changes can be made
to the SUB system to accommodate the deductions.

Very truly yours,

GENERAL MOTORS CORPORATION


Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

119

Page 82 87

Misc. [Total Control Account]

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

As discussed during these negotiations, it is the intent of the parties to continue, during the term of the Agreement, the MetLife Total Control Account® feature, or a similar arrangement, for any life insurance proceeds payable under the Life and Disability Benefits Program.

Very truly yours,

GENERAL MOTORS CORPORATION


Gary L. Cowger
Group Vice President – Labor Relations


Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

120

---

Misc. [Benefits Training and Education]

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties renewed their commitment to provide on-going training programs for Company and Union Benefit Representatives so as to improve the quality of service provided to hourly employees. The parties also recognized the importance of communications programs aimed at educating employees about their benefits.

It was agreed that such training and education programs will be developed jointly and the cost of developing and implementing such programs properly will be paid from the National Joint Skill Development and Training Fund as approved by the Executive Board for Joint Activities. These include, but are not limited to, the following:

- Joint GM-UAW Benefits Training Conference may be scheduled upon approval by the parties.

- Continuing education program for Union Benefit Representatives will be provided by the parties. Training sessions will be scheduled for newly appointed Union Benefit Representatives and Alternates as agreed to by the parties. The sessions will concentrate on areas such as eligibility to receive benefits, description and interpretation of benefit plan provisions, and calculation of benefits.

121

Page 83 87

Misc. (Benefits Training and Education)

- Conduct periodic on-site plant surveys and audits to evaluate training and education needs to improve employee service.

- Ad hoc training meetings on legal developments or other special needs.

Included also are any travel, lodging and living expenses incurred by Company and Union representatives in relation to the above. In addition, the Fund will pay for lost time (eight hours per day base rate plus COLA) of Union Benefit Representatives attending such programs away from their locations. The Company will pay for the time (eight hours per day base rate plus COLA) of alternate Union Benefit Representatives who replace those attending such programs.


Very truly yours,

GENERAL MOTORS CORPORATION


Gary L. Cowger
Group Vice President – Labor Relations


Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

122

---

Misc. (Improving Benefits Service Through Technology)

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties recognized the need to move ahead with the development of technological applications to improve the quality of service provided to hourly employees.

1. The parties recognized the need to provide the necessary tools to Local Union Benefit Representatives so that they may improve the service they are providing to hourly employees. Local Union Benefit Representatives require basic information that can be accessed quickly in order to confidently and accurately answer many of the questions they receive. Therefore, the parties have designed a process, the Benefits Data Access System, whereby Local Union Benefit Representatives have access to certain data elements from several benefit data systems. The Benefits Data Access System provides inquiry only access to Local Union Benefit Representatives who complete a computer training program. Access is limited to information for UAW hourly employees at their particular location.

2. The parties jointly will develop and implement a new benefit documentation feature to the existing Benefits Data Access System that will be available to Local Union Benefit Representatives. This system will include benefit plan booklets, administrative manuals (where applicable), relevant contract provisions and appropriate process descriptions. Upon approval by the Executive Board of joint

123

Misc. [Improving Benefits Service Through Technology]

Activities, the cost of development, hardware and
software requirements, conversion of written
documentation, and installation and training, will
be charged to the National Joint Skill Development
and Training Fund. It is contemplated the benefit
documentation feature will be implemented during
the term of the 1999 Agreement.

3. The parties further agreed to continue to provide
hourly employees with the use of a Voice
Response System for inquiry and transactions in
the Personal Savings Plan.

4. The parties agree to enhance the Benefit Data
Access System to provide the Pension Plan survivor
coverage election/rejection and the cost of such
survivor option. The cost of development and
implementation will be charged to the National Joint
Skill Development and Training Fund.

In conclusion, during the term of the new Agreement,
the parties pledge to carefully consider every
opportunity to improve the quality and efficiency in
benefits delivery.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

124

---

Misc. [Special Enrollment - Optional and Dependent Life Insurance]

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties agreed that
employees will be given an opportunity to enroll for or
to increase the amount of Optional Life Insurance and/
or Dependent Life Insurance coverage without
providing evidence of insurability.

Employees who are actively employed and are current
participants will be provided an opportunity to select a
one-level increase in the amount of coverage in force
without providing evidence of insurability. Employees
who are actively employed but are not currently
participating will be provided an opportunity to enroll
in Schedule I of the applicable coverage without
providing evidence of insurability.

125

Misc. (Special Enrollment - Optional and Dependent Life Insurance)

The insurance or the increased amount of insurance will become effective on the first day of the calendar month next following the date the employee elects such increase, provided the employee is actively at work on such date.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

126

---

Misc. (Optional Life Insurance Plans – Understandings)

# GENERAL MOTORS CORPORATION

September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the Union requested that new optional life, including universal life, insurance alternatives be studied by the parties. We have agreed that within a reasonable time after the present negotiations have been concluded this matter will be taken up by the Company and Union.

In response to Company concerns regarding local endorsement of optional insurance plans, you have advised the Company that local unions will not be authorized to enter into agreements with providers, or endorse or recommend providers, unless the International Union has reviewed them with the Company and approved the arrangements.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

127

Page 86  87

Misc. (Procedure for Review of Denied Claims)

# GENERAL MOTORS CORPORATION

### September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties discussed the Procedure for Review of Denied Claims.

The parties agreed to incorporate a meeting into Step 5 of the Procedure at which representatives of the International Union, the Corporation and Metropolitan will review and discuss the claim under consideration.

Following such meeting, a committee of Metropolitan employees, as presently provided in Step 5, will review all pertinent information regarding the claim, including all facts and issues discussed in the meeting, and render a decision.

Metropolitan's decision will be reported to the International Union and the Corporation in accordance with Step 5 of the Procedure.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

128

Misc. (Change in Appeal Process for SSDIB Claims)

# GENERAL MOTORS CORPORATION

### September 28, 1999

Mr. Richard Shoemaker
Vice President and Director
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Shoemaker:

During these negotiations, the parties discussed pending changes in the appeal process for Social Security Disability Insurance Benefit (DIB) claims. The Social Security Administration has announced plans for a pilot in all or a portion of ten states. Under such pilot program, the Social Security Administration will eliminate the Reconsideration level in the current appeal process and add (at the discretion of the initial claims examiner) a claimant conference to the initial application review level.

In regard to such changes, the Parties agreed that implementation of this pilot program, and possible future expansion of these changes, necessitates a revision to the procedures set forth in Miscellaneous (Items Agreed To, 7(c) and (d)). The Parties further agreed, where no Reconsideration level is available, the claimant will be encouraged to participate in any conference offered by the Social Security Administration as part of the initial application process. As outlined in the current DIB procedures referenced above, the Carrier will determine if the claimant is required to file for a hearing before an Administrative Law Judge following an initial determination of disallowance.

129

NIL090607813

4495 0087

Page 87  87

**Misc. (Change in Appeal Process for SSDIB Claims)**

If the final process revisions released by the Social Security Administration or any future changes vary substantively from those assumed in this letter or from the process set forth in Miscellaneous Items Agreed To, 71, the parties will meet to determine any required action.

Very truly yours,

GENERAL MOTORS CORPORATION

Gary L. Cowger
Group Vice President – Labor Relations

Accepted and Approved:

INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

By: Richard Shoemaker

130