# EXHIBIT B

OCT-11-2012 12:44 From:RES SOUTHFIELD        2489458210         To:915705533645              P.2/6
12285019650291

Metropolitan Life Insurance Company  **MetLife**
**BENEFICIARY DESIGNATION**

Relating to Group Policies under the General Motors Life and Disability Benefits Program for Salaried Employees and the General Motors Life and Disability Benefits Program for Hourly Employees

Please read the instructions on the next page before completing this form. Do not erase or attempt to make corrections; use a new form.

Employee Name: **David Pate**          Social Security No.: [redacted]

Place an "X" in the box next to ALL Coverage(s) Currently In Force if you wish your beneficiary(ies) to receive all coverage(s) currently in force OR place an "X" next to the applicable coverage(s) below for which you wish your designation to apply.

[X] ALL Coverages Currently In Force OR  [ ] Basic Life Insurance  [ ] Optional Life Insurance  [ ] Personal Accident Insurance

I hereby revoke any previous designations of primary beneficiary(ies) and contingent beneficiary(ies) (if any) and designate as primary beneficiary(ies) and contingent beneficiary(ies) (if any) in the event of the insured's death, the following:

**Primary Beneficiary Designation**

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Address (Street, City, State, Zip) | Share% |
|---|---|---|---|---|
| PATE, Linda, R | Wife | 1956 | 528 Pineland Circle | 100% |

Payment will be made in equal shares or all to the survivor unless otherwise indicated.    TOTAL: 100%

In the event said primary beneficiary(ies) predecease(s) the insured, I designate as contingent beneficiary(ies) the following:

**Contingent Beneficiary Designation**

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Address (Street, City, State, Zip) | Share% |
|---|---|---|---|---|
|  |  |  |  |  |

Payment will be made in equal shares or all to the survivor unless otherwise indicated.    TOTAL: 100%

Note: See Next Page for Important Information

[ ] Trust(ee) Designation (applies only if a trust has been created in an executed trust agreement)

Name of Trustee(s): _____

Address: _____ State _____ Zip Code: _____

and successor(s) in trust, as Trustee(s) under _____

Dated _____ executed by me and said Trustee(s)

MetLife shall not be responsible for the application or disposition of the Insurance proceeds by said trustee(s), and the receipt by such trustee(s) shall be full discharge of MetLife's liability under the above Group Life Insurance Policy(s).

If this form is executed by the insured, it is understood and agreed, however, that if MetLife receives proof satisfactory to it that the aforesaid trust has been revoked or is not in effect at the insured's death, or if the trust is under a Last Will and Testament and no trustee under any such Last Will and Testament shall be duly appointed, the beneficiary shall be determined in accordance with the terms of the Group Certificate, and payment made in good faith shall be full discharge of MetLife's liability under the Group Certificate.

If this form is executed by the current owner (who is not the insured), it is understood and agreed, however, that if MetLife receives proof satisfactory to it that the aforesaid trust has been revoked or is not in effect at the insured's death, the beneficiary shall be the current owner, if living at the insured's death, or the current owner's estate if the current owner is not living at the insured's death, and payment to the estate's legal representative based on such proof shall be full discharge of MetLife's liability under the Group Plan(s) or certificate.

[ ] Trust(ee) (Under Will) Designation (applies only if a trust has been set forth in your Will).

If for any reason whatsoever, no Trust(ee) under any such Last Will and Testament shall be duly appointed, the beneficiary shall be determined in accordance with the terms of the Group Plan(s), and payment made in good faith shall be full discharge of MetLife's liability under the Group Plan(s) or certificate.

I reserve the right to change the designated beneficiary(ies) at any time without his/her/their consent.

_David P. Pate_ (signature)           **12-24-2011**
Name of Insured or Owner (if assignee or applicant owner)    Date        [ ] Check here if signed as a legal Power of Attorney

_____           _____        (___)_____
Signature of Insured or Owner (if assignee or applicant owner)  Date        Daytime Phone No. - Optional

Please Retain a Copy for Your Records