# EXHIBIT C

10-04-12;10:09   ;From:Gary Hershner        To:15705588645        ;8047880885        # 7/ 13
                                 12278010930091

*Claim # 21210001829*

# METROPOLITAN LIFE INSURANCE COMPANY

P.O.Box 14406
Lexington, KY 40511-4406

## BENEFICIARY DESIGNATION

**Do not attempt to make corrections: please use new form.**

**Name of Employer**   General Motors

**Insured's Social Security No.**   

The Employee signing below names the following persons as primary beneficiary(ies) for any MetLife payment upon his/her death. For any other type of beneficiary, please use a beneficiary designation form available from your employer. Unless designated otherwise, payments will be made in equal shares or all to the survivor. The Employee understands that he/she has the right to change this designation at any time.

| Primary Beneficiary Designation |||||
|---|---|---|---|---|
| Name: Carlotta R. White ||||||
| Address: 8419 Klarey Ct | City: Richmond | State: VA | Zip: 23228 |
| Relationship: Child | Date of Birth: /1965 | | Share: 100.00% |
| | | | Total: 100% |

| Contingent Beneficiary Designation |||||
|---|---|---|---|---|
| Name: | | | | |
| Address: | City: | State: | Zip: |
| Relationship: | Date of Birth: | | Share: |

(Please Print)
DAVID A PATE JR

Name of Insured                             Daytime Phone No.
528 PINELAND CIRCLE UNIT 103.               NEWPORT NEWS              VA        23608

Street Address                              City                      State     Zip Code
E-signed by DAVID A PATE JR # 3410307197    03/28/2011

Signature of Insured                        Date (Mo./Day/Yr.)

**Submit Completed Form To MetLife Recordkeeping Center and Retain a Copy for Your Records**

10-04-12;10:09  ;From:Gary Hershner           To:15705568645    ;8047880885         # 8/ 13

Claim # 21227801093091 ~~12278010930091~~

Please read the instructions on the next page before completing this form. Do not erase or attempt to make corrections; use a new form.

Employee Name: ~~General Motors~~ David A. Pate, Jr.   Social Security No.: [redacted]

Place an "X" in the box next to ALL Coverage(s) Currently in Force if you wish your beneficiary(ies) to receive all coverage(s) currently in force OR place an "X" next to the applicable coverage(s) below for which you wish your designation to apply.

☐ ALL Coverages Currently in Force OR  ☒ Basic Life Insurance  ☐ Optional Life Insurance  ☐ Personal Accident Insurance

I hereby revoke any previous designations of primary beneficiary(ies) and contingent beneficiary(ies) (if any) and designate as primary beneficiary(ies) and contingent beneficiary(ies) (if any) in the event of the insured's death, the following:

### Primary Beneficiary Designation

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Address (Street, City, State, Zip) |
|---|---|---|---|
| White, Carlotta R | Daughter | [redacted]/1965 | 8419 Klarey Ct Richmond, VA 23228 |
| | | | |
| | | | |

Payment will be made in equal shares or all to the survivor unless otherwise indicated.
TOTAL:     100%

In the event said primary beneficiary(ies) predecease(s) the insured, I designate as contingent beneficiary (ies) the following:

### Contingent Beneficiary Designation

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Address (Street, City, State, Zip) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Payment will be made in equal shares or all to the survivor unless otherwise indicated.
TOTAL:     100%

Note: See Next Page for Important Information

Trust(ee) Designation (applies only if a trust has been created in an executed trust agreement)

Name of Trustee(s): _____

Address: _____  City: _____
State: _____ Zip Code: _____

and successor(s) in trust, as Trustee(s) under _____

Dated _____ executed by me and said Trustee(s).  ("Title of Agreement")

MetLife shall not be responsible for the application or disposition of the insurance proceeds by said trustee(s), and the receipt by such trustee(s) shall be full discharge of MetLife's liability under the above Group Life Insurance Plan(s).

If this form is executed by the insured, it is understood and agreed, however, that if MetLife receives proof satisfactory to it that the aforesaid trust has been revoked or is not in effect at the insured's death, or if the trust is under a Last Will and Testament and no trustee under any such Last Will and Testament shall be duly appointed, the beneficiary shall be determined in accordance with the terms of the Group Certificate, and payment made in good faith shall be full discharge of MetLife's liability under the Group Certificate.

Claim # 2122778019930000924

If this form is executed by the current owner (who is not the insured), it is understood and agreed, however, that if MetLife receives proof satisfactory to it that the aforesaid trust has been revoked or is not in effect at the insured's death, the beneficiary shall be the current owner, if living at the insured's death, or the current owner's estate if the current owner is not living at the insured's death, and payment to the estate's legal representative based on such proof shall be full discharge of MetLife's liability under the Group Plan(s) or certificate.

Trust(ee) (Under Will) Designation (applies only if a trust has been set forth in your Will).

If for any reason whatsoever, no Trust(ee) under any such Last Will and Testament shall be duly appointed, the beneficiary shall be determined in accordance with the terms of the Group Plan(s), and payment made in good faith shall be full discharge of MetLife's liability under the Group Plan(s) or certificate.

I reserve the right to change the designated beneficiary(ies) at any time without (his/her/their) consent.

_David C. Pate Jr_      _3/28/2011_      ☐ Check here if
Name of Insured or Owner (If assigned or applicant owner)    Date
signed as a legal Power of Attorney

_____    _____    (___) _____
Signature of Insured or Owner (If assigned or applicant owner)    Date    Daytime Phone No. -
Optional

**Please Retain a Copy for Your Records**

*Your beneficiary designation will apply only to those Insurance Coverages which you designate by marking an "X" in the box next to the desired coverage(s). You may designate your beneficiary(ies) to receive all coverage(s) currently in force or you may select the applicable coverage(s) for which you wish your designation to apply. If you wish to have different designations for each coverage type, obtain a separate form for each designation.*

*If you do not designate a beneficiary for Personal Accident Insurance (except for grandfathered GM salaried retirees) or for GM Salaried Optional Life Insurance, proceeds will be payable to the beneficiary(ies) designated to receive the Insured's Basic Life Insurance.*

*The employee is the beneficiary for Dependent Life Insurance and Personal Accident Insurance for the employee's spouse and dependent children. Therefore, this form does not apply to Dependent Life Insurance or Personal Accident Insurance for the employee's spouse or dependent child.*

Please type or print all information in ink. If you make a mistake or require additional forms you can print a new beneficiary form from the MyBenefits website at http://mybenefits.metlife.com or you can call 1-888-LIFEGM1 (1-888-543-3461) to request a new form.

You may find the following definitions helpful in completing your Beneficiary Designation form.

**Primary Beneficiary:** Your primary beneficiary should be the Individual(s) or organization that you wish to receive the insurance proceeds. You may have the proceeds divided among several primary beneficiaries. To do this, you must indicate what percentage of the proceeds you would like them to receive. Your total shares must equal 100%.

**Contingent Beneficiary:** Your contingent beneficiary should be the Individual(s) or organization that you wish to receive the insurance proceeds if your primary beneficiary(ies) (see definition above) predecease(s) the insured. You may have the proceeds divided among several contingent beneficiaries. To do this, you must indicate what percentage of the proceeds you would like them to receive. Your total shares must equal 100%.

**Trust(ee) Beneficiary:** If you plan to have the insurance proceeds distributed through a Trust, you should complete this section with the appropriate information. Your Trust(ee) will be held fully responsible for the application for and disposition of the insurance proceeds. This section should only be used if you have a legally drawn inter vivos trust agreement or an appropriate Trust(ee) is designated under your Last Will and Testament. If you complete this section, do NOT complete the Primary or Contingent Beneficiary sections.

An Inter vivos trust is a trust established during the life of the trustor (the person who creates the trust) for the benefit of the trustor or other living persons.

**INSTRUCTIONS FOR COMPLETING BENEFICIARY DESIGNATION**

1. Complete the Insured's Name and Social Security number at the top of the form. At the bottom of the form, print and sign the name of the insured person or owner (if assigned or owned by an Applicant Owner –salaried only), date the form and include the daytime phone number with area code.

2. Complete the Primary Beneficiary(ies) and Contingent Beneficiary(ies), if any. For each Primary and Contingent Beneficiary listed, enter the relationship (when the relationship is other than by blood or marriage, the