# EXHIBIT E

Oct. 10. 2012  1:01PM     JosephJenkinsFuneralHm                              No. 3404    P. 3
                          12284018220211

# JOSEPH JENKINS, JR. FUNERAL HOME, INC.
2011 – 2049 Grayland Avenue
Richmond, Virginia 23220
Phone (804) 358-9177  •  (804) 353-2967

FOR VALUE RECEIVED the undersigned beneficiary (ies) or claimant (s) under policy (ies) No. (s) ▓▓▓▓▓▓▓ /212-/000-/829 , of MetLife Ins. upon the life of David Pate subject to the conditions of said policy (ies), do hereby assign, set over and transfer unto JOSEPH JENKINS, JR. FUNERAL HOME, INC the sum of Twelve Thousand and Two Hundred and Forty-Four 25/100 Dollars ($ 12,244.25 ) out of the proceeds which may be or are due the undersigned from the above mentioned policy (ies) as beneficiary (ies) or claimant (s) thereunder and do direct said MetLife Ins. to pay over the same unto said assignee, and the balance, if any, shall be paid to the undersigned, who does (do) hereby remise, release and forever discharge MetLife INs. , its successors and assigns, from any and all claims under the above named and numbered policy (ies) to the extent of the payment to said assignee pursuant to the foregoing assignment.

WITNESS my (our) hand (s) and seal (s) this 24th day of Sept. , 2012

_Linda R. Pate_ (SEAL)
_____ (SEAL)
_____ (SEAL)
_____ (SEAL)
_____ (SEAL)

STATE OF      VA             : To Wit:
CITY OF   Richmond

On this  24th  day of Sept. , 2012 , before me personally came Linda Pate  to me known to be the individual (s) described in and who executed the foregoing assignment and acknowledged that   she   executed the same.

_Ivan D. Pate_ Notary Public
My Com. expires: June 30, 2013
222159