# EXHIBIT F

10-04-12;10:09   ;From:Gary Hershner           To:15705588645      ;8047380885         # 1/ 13
                                12278010930041

# GARY R. HERSHNER
Attorney At Law
Nine South Adams Street
Richmond, Virginia 23220-5601
804-788-1956
Facsimile 804-783-0885

## _FACSIMILE COVER SHEET_

DATE: _11-4-2012_                    FACSIMILE NO.: _570-558-8645_

TO: _Claims Dept    # 212100001829_

FROM: _Carlotta White_

RE: _David Allen Pate, JR_

NUMBER OF PAGES (INCLUDING COVER SHEET) _13_

**PLEASE NOTIFY US IMMEDIATELY IF ALL PAGES ARE NOT RECEIVED**

REMARKS:

_____
_____
_____
_____
_____
_____
_____

*This Facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If you have received it in error, please notify us at the above telephone number.*

10-04-12;10:09     ;From:Gary Hershner              To:15705588645        ;8047880885           # 2/ 13
                    12278010930051

October 4, 2012

Ms. Carlotta White
8419 Klarey Ct
Richmond, VA 23228

RE: DAVID A. PATE, JR SS# ▮▮▮▮▮
CLAIM# 21210001829

Dear Sir:

This is a follow-up from my conversation on yesterday with a claims rep. I would like to contest the beneficiary on my father's insurance policy.

As you can see from the attached documents Linda Pate can not be legally declared anything because my father was diagnosed before any papers she may have submitted with his signature.

Attached are the following:

Dr.'s Statement  Dr. C. Kent Titus   dated 11/3/11
Power of Attorney: Fontaine Pate-Ferguson (his sister) dated March 25, 2011
POA Document from Fidelity Investments dated April 5, 2011
Primary Beneficiary Designation  dated 3/28/11
Last Will And Testament   dated April 5, 2011
Copy of Death Certificate

If further information is needed you may contact me at 804 864-2778 or my aunt Fontaine Pate-Ferguson at 804 399-2478 or his attorney Gary Hershner at 804 788-1956

Also if you look at Linda Pate's Power of Attorney your will notice that his name is not spelled correctly. His middle name is ALLEN not ALLAN check my documents and his signature.

Cordially,

*Carlotta White*

Carlotta White
Daughter

Claim # 21210001829

**2201 GROVE AVENUE**
**RICHMOND, VIRGINIA 23220**
**TELEPHONE (804) 359-1351**

C. KENT TITUS, M.D.
W. CLIFFORD HENDRIX, IV, M.D.
DANKO W. TURNER, M.D.

NANCY JO PAHLE, M.D.
J. STEPHEN CHRISTENSEN, M.D.

11/8/11

David A Pate DOB ▮/45 suffers from advanced dementia and can no longer live independently

CK Titus

Claim # 2121001829

## POWER OF ATTORNEY

*KNOW ALL MEN BY THESE PRESENTS:*

That I, **David Allen Pate, Jr.**, social security number ▇▇▇▇▇▇▇, hereby make, constitute and appoint my Sister, **Fontaine Pate-Ferguson**, of 1309 Minefee Street, , Richmond, Virginia 23224, my true and lawful attorney in fact for me and in my name, place and stead, giving unto said Fontaine Pate-Ferguson full power to do and perform all and every act that I may legally do through an attorney in fact (including, but not limited to, selling and transferring any and all of my real or personal property; entering any and all safety deposit boxes that I have in any Bank, signing, executing, endorsing and making any check or draft on my behalf; and depositing or withdrawing any and all sums of money in any checking, savings or other accounts that I have in any Bank or Savings and Loan Institution), and every proper power necessary to carry out the purposes for which this power is granted; hereby ratifying and confirming that which Fontaine Pate-Ferguson shall lawfully do or cause to be done by virtue of the power herein conferred upon her.

This power of attorney shall not terminate on disability of the principal.

*Witness* the following signature and seal, this 25th day of *March, 2011*.

_David Allen Pate, Jr._
David Allen Pate, Jr.

Claim # 2121060 1829

**STATE OF VIRGINIA**

**CITY OF RICHMOND, to-wit;**

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do certify that David Allen Pate, Jr., whose name is signed to the above Power of Attorney, bearing date on the 25th day of *March, 2011*, has this day acknowledged the same before me in my jurisdiction aforesaid.

Given under my hand this 25th day of March, 2010.

_____
Notary Public

My commission expires: March 31, 2012





April 05, 2011

DAVID A PATE JR
1309 MINEFEE ST.
RICHMOND VA 23224

**Key Reference Information**
Plan Sponsor: GENERAL MOTORS
Reference Number: W035471-04APR11
Re: Status of Power of Attorney

Dear DAVID A PATE JR:

Fidelity Employer Services Company LLC ("FESCo") received your POA documentation requesting third party access to your account in the GENERAL MOTORS Plan. Fidelity provides administrative recordkeeping services to the Plan, which is maintained by the Plan Sponsor, GENERAL MOTORS.

**POA Status**
The *POA* has been approved for the agent(s) named below. This access will allow the agent(s) the ability to exercise control over your account based on the documentation that has been received by Fidelity and pursuant to Plan procedure.

- DAVID ALLEN PATE JR

**Next Steps**
You are not required to take any action at this time. This letter is a confirmation that the individual(s) referenced above has been established as having third party access to your account(s) in the GENERAL MOTORS Plan.

**Contact Information**
If you have any questions, please contact 1-800-489-4646 between 8:30 a.m. and Midnight Eastern Time. Please reference the above Reference Number.

Sincerely,
Fidelity Employer Services Company
Qualification & Compulsory Processing

Fidelity Employer Services Company
P.O. Box 770003
Cincinnati, OH 45277

*W035471-04APR11*

10-04-12;10:09 ;From:Gary Hershner To:15705588645 ;8047880885 # 7/ 13
12278010930091

Claim # 21210001829

# METROPOLITAN LIFE INSURANCE COMPANY

P.O. Box 14406
Lexington, KY 40511-4406

## BENEFICIARY DESIGNATION

### Do not attempt to make corrections: please use new form.

**Name of Employer** General Motors

**Insured's Social Security No.** 

The Employee signing below names the following persons as primary beneficiary(ies) for any MetLife payment upon his her death. For any other type of beneficiary, please use a beneficiary designation form available from your employer. Unle designated otherwise, payments will be made in equal shares or all to the survivor. The Employee understands that he she has the right to change this designation at any time.

### Primary Beneficiary Designation

| Name: Carlotta R. White | | | |
|---|---|---|---|
| Address: 8419 Klarey Ct | City: Richmond | State: VA | Zip: 23228 |
| Relationship: Child | Date of Birth: 1965 | | Share: 100.00% |
| | | | Total: 100% |

### Contingent Beneficiary Designation

| Name: | | | |
|---|---|---|---|
| Address: | City: | State: | Zip: |
| Relationship: | Date of Birth: | | Share: |

(Please Print)
DAVID A PATE JR

**Name of Insured**
528 PINELAND CIRCLE UNIT 103.

**Street Address**
E-signed by DAVID A PATE JR # 3410307197

**Signature of Insured**

Daytime Phone No.
NEWPORT NEWS VA 23608

City  State  Zip Code
03/28/2011

Date (Mo./Day/Yr.)

**Submit Completed Form To MetLife Recordkeeping Center and Retain a Copy for Yo Records**

Claim # 212188018829 12278010930091

Please read the instructions on the next page before completing this form. Do not erase or attempt to make corrections; use a new form.

Employee Name: ~~General Motors~~ David A. Pate, Jr. Social Security No.:
[redacted]

Place an "X" in the box next to ALL Coverage(s) Currently in Force if you wish your beneficiary(ies) to receive all coverage(s) currently in force OR place an "X" next to the applicable coverage(s) below for which you wish your designation to apply.

☐ ALL Coverages Currently in Force OR ☒ Basic Life Insurance ☐ Optional Life Insurance ☐ Personal Accident Insurance

I hereby revoke any previous designations of primary beneficiary(ies) and contingent beneficiary(ies) (if any) and designate as primary beneficiary(ies) and contingent beneficiary(ies) (if any) in the event of the insured's death, the following:

**Primary Beneficiary Designation**

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Address (Street, City, State, Zip) |
|---|---|---|---|
| White, Carlotta R | Daughter | [redacted]/1965 | 8419 Klarey Ct Richmond, VA 23228 |
| | | | |
| | | | |

Payment will be made in equal shares or all to the survivor unless otherwise indicated.
TOTAL: 100%

In the event said primary beneficiary(ies) predecease(s) the insured, I designate as contingent beneficiary (ies) the following:

**Contingent Beneficiary Designation**

| Full Name (Last, First, Middle Initial) | Relationship | Date of Birth | Address (Street, City, State, Zip) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Payment will be made in equal shares or all to the survivor unless otherwise indicated.
TOTAL: 100%

COPY

**Note: See Next Page for Important Information**

Trust(ee) Designation (applies only if a trust has been created in an executed trust agreement)

Name of Trustee(s): ______________________________

Address: ______________________________ City: ______________
State: ______ Zip Code: ________

and successor(s) in trust, as Trustee(s) under
______________________________ ("Title of Agreement")

Dated ________________ executed by me and said Trustee(s).

MetLife shall not be responsible for the application or disposition of the insurance proceeds by said trustee(s), and the receipt by such trustee(s) shall be full discharge of MetLife's liability under the above Group Life Insurance Plan(s).

If this form is executed by the Insured, it is understood and agreed, however, that if MetLife receives proof satisfactory to it that the aforesaid trust has been revoked or is not in effect at the Insured's death, or if the trust is under a Last Will and Testament and no trustee under any such Last Will and Testament shall be duly appointed, the beneficiary shall be determined in accordance with the terms of the Group Certificate, and payment made in good faith shall be full discharge of MetLife's liability under the Group Certificate.

If this form is executed by the current owner (who is not the insured), it is understood and agreed, however, that if MetLife receives proof satisfactory to it that the aforesaid trust has been revoked or is not in effect at the insured's death, the beneficiary shall be the current owner, if living at the insured's death, or the current owner's estate if the current owner is not living at the insured's death, and payment to the estate's legal representative based on such proof shall be full discharge of MetLife's liability under the Group Plan(s) or certificate.

**Trust(ee) (Under Will) Designation** (applies only if a trust has been set forth in your Will).

If for any reason whatsoever, no Trust(ee) under any such Last Will and Testament shall be duly appointed, the beneficiary shall be determined in accordance with the terms of the Group Plan(s), and payment made in good faith shall be the full discharge of MetLife's liability under the Group Plan(s) or certificate.

I reserve the right to change the designated beneficiary(ies) at any time without (his/her/their) consent.

_[signature]_  3/28/2011  ☐ Check here if
Name of Insured or Owner (if assigned or applicant owner)   Date
signed as a legal Power of Attorney

_____   _____   ( ) _____
Signature of Insured or Owner (if assigned or applicant owner)   Date   Daytime Phone No. -
Optional

**Please Retain a Copy for Your Records**

Your beneficiary designation will apply only to those Insurance Coverages which you designate by marking an "X" in the box next to the desired coverage(s). You may designate your beneficiary(ies) to receive all coverage(s) currently in force or you may select the applicable coverage(s) for which you wish your designation to apply. If you wish to have different designations for each coverage type, obtain a separate form for each designation.

If you do not designate a beneficiary for Personal Accident Insurance (except for grandfathered GM salaried retirees) or for GM Salaried Optional Group Life Insurance, proceeds will be payable to the beneficiary(ies) designated to receive the Insured's Basic Life Insurance.

The employee is the beneficiary for Dependent Life Insurance and Personal Accident Insurance for the employee's spouse and dependent children. Therefore, this form does not apply to Dependent Life Insurance or Personal Accident Insurance for the employee's spouse or dependent child.

Please type or print all information in ink. If you make a mistake or require additional forms you can print a new beneficiary form from the MyBenefits website at https://mybenefits.metlife.com, or you can call 1-888-LIFEGM1 (1-888-543-3461) to request a new form.

You may find the following definitions helpful in completing your Beneficiary Designation form.

**Primary Beneficiary:** Your primary beneficiary should be the individual(s) or organization(s) that you wish to receive the insurance proceeds. You may have the proceeds divided among several primary beneficiaries. To do this, you must indicate what percentage of the proceeds you would like them to receive. Your total shares must equal 100%.

**Contingent Beneficiary:** Your contingent beneficiary should be the individual(s) or organization(s) that you wish to receive the insurance proceeds if your primary beneficiary(ies) (see definition above) predeceases(s) the insured. You may have the proceeds divided among several contingent beneficiaries. To do this, you must indicate what percentage of the proceeds you would like them to receive. Your total shares must equal 100%.

**Trust(ee) Beneficiary:** If you plan to have the insurance proceeds distributed through a Trust, you should complete this section with the appropriate information. Your Trust(ee) will be held fully responsible for the application for and disposition of the insurance proceeds. This section should only be used if you have a legally drawn inter vivos trust agreement or an appropriate Trust(ee) is designated under your Last Will and Testament. If you complete this section, do NOT complete the Primary or Contingent Beneficiary sections.

An inter vivos trust is a trust established during the life of the trustor (the person who creates the trust) for the benefit of the trustor or other living persons.

**INSTRUCTIONS FOR COMPLETING BENEFICIARY DESIGNATION**

1. Complete the Insured's Name and Social Security number at the top of the form. At the bottom of the form, print and sign the name of the insured person or owner (if assigned or owned by an Applicant Owner – salaried only), date the form and include the daytime phone number with area code.

2. Complete the Primary Beneficiary(ies) and Contingent Beneficiary(ies), if any. For each Primary and Contingent Beneficiary listed, enter the relationship (when the relationship is other than by blood or marriage), the

*Claim # 2131088798529* 122780400030101

# LAST WILL AND TESTAMENT

# OF

# DAVID ALLEN PATE, JR.

I, David Allen Pate, Jr., Social Security Number: ███████, Date of Birth: ███████ 1945, of the City of Richmond, Commonwealth of Virginia, being of sound and disposing mind and memory, and over the age of twenty-one (21) years, do hereby make, publish and declare this to be my Last Will and Testament, hereby revoking all wills and codicils by me at anytime heretofore made.

## ARTICLE I

I direct my Executrix hereinafter named, to pay, as promptly as may be practicable after my death, all of my just debts and funeral and testamentary expenses. I further direct my Executrix to pay from my estate, as a general cost of administration, Federal and State estate, inheritance and/or other succession taxes, if any, levied or leviable as a result of my death, without proration of charge therefore to the beneficiaries under the will, or others succeeding to property or interest in property, by virtue of my death, intending hereby that my beneficiaries, both hereunder and otherwise, shall receive their legacies or gifts free of any such taxes.

## ARTICLE II

I give, devise and bequeath all of my estate, real, personal and mixed, wheresoever situated and howsoever held to my four daughters, Carlotta White, Tangenika Scott, Lekia Pate and Charity Pate, in equal shares, should they survive me. If any of my daughters do not survive me, then I give their share of my estate to their biological children.

1 of 1

*David Allen Pate Jr.*
Testator

*Claim # 21210001829*

### ARTICLE III

I do hereby nominate and appoint Carlotta White, my daughter, as Executrix of this my Last Will and Testament if she survives me, and do hereby direct that no security be required of her upon her qualification, and I further direct that no appraisal of my estate be made. In the event that Carlotta White, does not survive me, or otherwise fails to qualify to serve as Executrix herein, then I nominate and appoint Tangenika Scott, my daughter, as Executrix of this my Last Will and Testament to serve under the same conditions and with the same powers and privileges given Carlotta White, as Executrix in and by this instrument.

### ARTICLE IV

My Executrix hereunder shall have broad powers, and I vest my said Executrix with full power and authority to sell, transfer, and convey any property, real or personal, which I may own at the time of my death at such time and price and upon such terms and conditions (including credit) as she may determine to be proper, subject to the express terms of this instrument, and to do every other act and thing necessary or appropriate for the complete administration of my estate. Without in any way limiting the generality of the foregoing provision, I hereby authorize my Executrix to exercise any or all of the powers set forth at the date of execution of this instrument in §64.1-57, Code of Virginia, 1950, as amended, which are not inconsistent with the express terms of this instrument, these provisions being hereby incorporated into this will by reference as if stated herein verbatim.

*IN WITNESS WHEREOF*, I hereunto set my hand and seal to this my Last Will and Testament, consisting of three (3) typewritten pages, including this one, and two (2) additional typewritten pages for the signatures and        acknowledgments of the witnesses and the

2 of 2

*David Allen Pate Jr* (signature)
Testator

10-04-12;10:09   ;From:Gary Hershner   To:15705588645   ;8047880885   # 12/ 13
12278010930101

*Claim # 2121001829*

notary public, in the City of Richmond, Commonwealth of Virginia, this _25th_ day of *April, 2011* upon each page of which I have written my name, and acknowledged the same to be my Last Will and Testament, in the presence of the undersigned witnesses.

_____David Allen Pate Jr._____ (SEAL)
                                                    Testator

Signed, sealed, published and declared by the Testator, as, and for his Last Will and Testament, in the presence of us, all being present at the same time, who, at his request, in his presence, and in the presence of each other, have hereunto subscribed our names as attesting witnesses, this _25th_ day of *April, 2011*

_JANET S. MEINER_ residing at _RICHMOND, VA_

_Patricia C. Alexander_ residing at _Richmond, VA_

**COMMONWEALTH OF VIRGINIA**

**CITY OF RICHMOND, to-wit:**

Before me, the undersigned Notary Public in and for the aforesaid jurisdiction, personally appeared David Allen Pate, Jr., _Janet S. Meinert_____, and _Patricia C. Alexander_, known to me to be the Testator and the witnesses, respectively, whose names are signed to the attached or foregoing Will and, all of these persons being by me first duly sworn David Allen Pate, Jr., the Testator, declared to me and to the witnesses in my

3 of 3

_____David Allen Pate Jr._____
Testator

presence that said instrument is his Last Will and Testament and that he had willingly signed the same, and executed it in the presence of said witnesses as is/her free and voluntary act for the purposes therein expressed; that said witnesses stated before me that the foregoing Will was executed and acknowledged by the Testator as his/her Last Will and Testament in the presence of said witnesses who, in his/her presence and at his/her request, and in the presence of each other, did subscribe their names thereto as attesting witnesses on the day of the date of the said Will, and that the Testator, at the time of the execution of said Will, was over the age of twenty-one (21) years and of sound and disposing mind and memory.

_____ (SEAL)
Testator

_____ (SEAL)

_____ (SEAL)

Subscribed, sworn, and acknowledged before me by **David Allen Pate, Jr.**, the Testator, and subscribed and sworn to before me by _____, and _____ the witnesses, this _25th_ day of April, 2011.

_____
Notary Public

My Commission Expires: _3/31/12_        Registration No.: _219792_

4 of 4

_____
Testator