# EXHIBIT G

Oct. 10. 2012 1:01PM — JosephJenkinsFuneralHm    No. 3404   P. 1
12284018220201

# MetLife

**Group Life Claims**
P.O. Box 6100
Scranton, PA 18505-6100
1-800-638-6420

## Life Insurance Claim Form
### Claimant's Statement

**Insured's Employer Name:** General Motors
**Insured Employee Name:** David Pate Jr

In order to process your claim as quickly as possible we need some information about you and about the deceased. Each beneficiary must submit his or her own Claimant's Statement. Return this completed Claimant's Statement to the Employer or directly to MetLife, in accordance with the instructions you received with this form. Be sure to include a certified copy of the death certificate that indicates the cause and manner of death. A certified copy of the death certificate is one that has been certified by the local Bureau of Vital Statistics or other responsible agency, and bears a raised or colored seal. You can usually obtain one from the funeral director who handled the arrangements. Only one death certificate need be submitted. Please note that original documents cannot be returned.

**Additional Information if Beneficiary is a Minor:**

If no legal guardian is appointed to handle the minor's estate, a responsible adult should complete and sign the Claimant's Statement on behalf of the minor beneficiary. Be sure to complete Section A with information regarding the minor, not the party completing the form. If a legal guardian of the minor child's estate has been or will be appointed, the guardian must complete and sign the Claimant's Statement. Be sure to include a copy of court-issued guardianship papers in the claim submission to MetLife.

### A. Information about the beneficiary:

1. Your Name (please print in capital letters or type) **Linda R. Pate**
   First Middle Initial Last
   Maiden Name (if applicable) _____

2. Social Security No./TIN: [REDACTED]

3. Date of Birth [REDACTED] / __ / 1956   ☐ Male ☑ Female
   Mo.  Day  Year

4. Country of Citizenship: **USA**

5. Phone Number: Day (**804**) **356** - **1018**    Evening (**804**) **356** - **1018**
   (Area Code)                                       (Area Code)

6. Fax Number (optional) (___) ___ - ____
   (Area Code)

7. Mailing Address **528 Pineland Circle, Unit 103**    **103**
   Number    Street                                     Apt./Box No. (if any)
   **Newport News**    **Virginia**    **23608**
   City    State    Zip

8. Relationship to the deceased
   You are the ☑ Spouse  ☐ Child  ☐ Parent  ☐ Other _____
                                                        Explain

9. If you have signed a document with a funeral home (a funeral home assignment) that authorizes MetLife to make a payment directly to it, please attach the document and check here ☑

### B. Information about the deceased:

1. His/Her Name **David**    **A.**    **Pate Jr.**
   First    Middle Initial    Last
   Maiden Name (if applicable) _____

2. Residence Address **528 Pineland Circle**    **103**
   Number    Street                                Apt./Box No. (if any)
   **Newport News**    **Virginia**    **23608**
   City    State    Zip

3. Marital Status  ☐ Single  ☑ Married  ☐ Widow/Widower  ☐ Separated  ☐ Divorced

4. Date of Birth [REDACTED] / __ / 1945
   Mo.  Day  Year

5. Social Security No. [REDACTED]

6. Certified copy of death certificate is  ☑ attached (or was previously submitted)  ☐ not attached.
   If not attached, please explain _____

7. If the decedent also held an individual life insurance policy with MetLife, please provide the policy number: _____
   or call 1-800-638-5000 for information.

Oct. 10. 2012  1:01PM   JosephJenkinsFuneralHm                                        No. 3404   P. 2
                        12284018220201

Employee Name: David A. Pate, JR

## C. Total Control Account (TCA)

Our standard payment method is in the form of a Total Control Account. A personalized checkbook and a kit that includes information about your Account will be sent to you if an Account is established. Your Account will be guaranteed by MetLife and your money will be accessible to you when you need it.

## D. Certifications and Signature:

By signing below, I acknowledge:

1. All information I have given is true and complete to the best of my knowledge and belief.
2. I consent to the pro-rata deduction of any contributions owed by the insured from insurance proceeds paid to me.
3. I have read the applicable Fraud Warning(s) provided in this form.

Under penalty of perjury, I certify:

1. That the number shown on this form is my correct taxpayer identification number; and
2. That I am not subject to IRS required backup withholding as a result of failure to report all interest or dividend income; and
3. I am a U.S. citizen, or a U.S. resident for tax purposes.

(Please note: You must cross out item 2 above if the IRS has notified you that you are currently subject to backup withholding because you failed to report all interest and dividend income on your tax return.)

The IRS does not require your consent to any provision of this document other than the certification to avoid backup withholding.

Please sign below as you would sign on checks (include first and last name). If you're receiving a Total Control Account, this signature will be placed on file with your Account. If Beneficiary is a minor, the legal guardian or adult submitting this form must sign, not the minor.

Claimant Signature                                                    Date Signed: 10-9-2012