```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683019666
Cashier ID: lgarrett
Transaction Date: 01/14/2013
Payer Name: OGLETREE DEAKINS NASH
-----------------------------------
CIVIL FILING FEE
 For: OGLETREE DEAKINS NASH
 Amount:          $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 83004117
 Amt Tendered:  $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CIVIL FILING FEE
3:13CV30
```